24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

P1
635
3/5

DOCKET NO. 758.682                                    DIVISION _____

SUCCESSION

OF

**FILED**

EVAN MATTHEW HARRIS

MAR 0 9 2016

FILED:_____              D. _____
                                     DEPUTY CLERK

DEPUTY CLERK

## LETTERS OF INDEPENDENT ADMINISTRATION

**BE IT KNOWN:**

That FRIEDRICHS H. HARRIS, JR. has been named, appointed and confirmed as Independent Administrator of the late EVAN MATTHEW HARRIS, and having complied with all legal requirements relative thereto, is fully qualified, authorized and empowered to collect all property of said deceased, and to perform all other lawful acts as Independent Administrator.

WITNESS our hand and the Seal of said Court,

at the City of Gretna, State of Louisiana,

this 9TH day of MARCH _____, 2016.

_____
DEPUTY CLERK