IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**FRIEDRICHS HARRIS,**
**Administrator of the Estate of Evan M. Harris,**

    Plaintiff,

v.                                                                    Civil Action No. 2:16-CV-46
                                                                      (BAILEY)

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, Individually,**
**KEITH BISHOP, Individually,**
**MATTHEW SHOCKLEY, Individually,**
**SANDY SCHMIEDEKNECHT, Individually, and**
**TAMMY ROBBINS, Individually,**

    Defendants.

### FIRST ORDER AND NOTICE REGARDING
### DISCOVERY AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("LR Civ P") 16.01 and 26.01 it is hereby **ORDERED** that:

| | |
|---|---|
| **1. Initial Planning Meeting**<br>On or before: **August 29, 2016** | **3. Initial Disclosures**<br>On or before: **September 26, 2016** |
| **2. Meeting Report**<br>On or before: **September 12, 2016** | **4. Scheduling Conference:**<br>**If necessary** |

    (1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and LR Civ P 16.01(b), parties to this action shall meet in person or by telephone on or before **August 29, 2016**. At this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and LR Civ P 16.01(b).

    (2) **Meeting Report and Proposed Discovery Plan:** Pursuant to Fed. R. Civ. P. 26(f) and LR Civ P 16.01(c), the parties shall submit to this Court a **written report** on the

results of the initial discovery meeting **and a completed Scheduling Order Checklist** (see attached) on or before **September 12, 2016**. The written report shall include the parties' report on those matters set forth in LR Civ P 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). The parties may refer to Form 52 of the Federal Rules of Civil Procedure for an example of a report on a planning meeting. However, the parties should be certain to supplement Form 52 with LR Civ P 16.01(b)(1-5) and 16.01(c) disclosures. The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and LR Civ P 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures:** Pursuant to Fed. R. Civ. P. 26(a)(1) and LR Civ P 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **September 26, 2016**.

(4) **Telephonic Scheduling Conference:** Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate. *See* Fed. R. Civ. P. 16(b) and LR Civ P 16.01(d). However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered. *See* Fed. R. Civ. P. 16(b) and LR Civ P 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein along with copies of this Court's Scheduling Order Checklist.

**DATED:** July 25, 2016.

*/s/ John Preston Bailey*
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

_____            Civil Action No. _____
Defendant(s).

**<u>SCHEDULING ORDER CHECKLIST</u>**

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

   _____

2. MEDIATION         Before -      _____

3. JOINDER AND AMENDMENTS         _____

4. EXPERT DISCLOSURE

   a. With Burden      _____

   b. Without Burden   _____

5. EXAMINATION/INSPECTIONS

   _____

6. DISCOVERY COMPLETION         _____

7. DISPOSITIVE MOTIONS          _____

                                _____ Responses

                                _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

                 _____

       a. Objections      _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

                 _____

       a. Objections      _____

10. MOTIONS IN LIMINE      _____

       a. Objections      _____

11. BIOGRAPHICAL SKETCHES      _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

                 _____

13. FINAL PRETRIAL CONFERENCE    _____

14. Trial      _____

       (If non-jury trial, Proposed Findings of Fact
       and Conclusions of Law are to be filed with Court
       and opposing counsel _____)