**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.                                                                                   Civil Action No. 2:16-cv-46
                                                                                    Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

**PLAINTIFF'S CERTIFICATE OF SERVICE**

Now Comes Plaintiff Friedrichs Harris, Administrator of the Estate of Evan M. Harris, deceased, pursuant to LR Civ P 5.01, and does hereby verify that he has served the following items of discovery to the Defendants as follows:

    Plaintiff's Rule 34 Request for Entry Upon Lands and Inspection of Premises

    Plaintiff has maintained the originals of these documents in accordance with the same rule.

                                                                     Friedrichs Harris, Administrator

                                                                     /s/David A. Sims
                               By:    _____
                                                      David A. Sims (#5196)
                                                      LAW OFFICES OF DAVID A. SIMS, PLLC
                                                      P.O. Box 5349
                                                      Vienna, West Virginia 26105
                                                      304-428-5291
                                                      304-428-5293 (fax)
                                                      david.sims@mywvlawyer.com

Case 2:16-cv-00046-JPB     Document 5     Filed 07/27/16     Page 2 of 3  PageID #: 62

## CERTIFICATE OF SERVICE

I David A. Sims as counsel for Plaintiff do hereby certify that I served the attached Plaintiff's Certificate of Service through the Clerk of the Court CM\ECF system, which sent copies of the same to counsel for Defendants:

>Lindsey M. Saad, Esquire
>FLAHERTY SENSABAUGH BONASSO, PLLC
>48 Donley Street
>Suite 501
>Morgantown, WV  26501

Dated at Vienna, West Virginia on this 27th day of July 2016.

>Friedrichs Harris, Administrator
>By counsel,

/s/David A. Sims
_____
David A. Sims (W.Va. Bar No. 5196)

LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com