## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

      **Plaintiff,**

**v.**                                           **CIVIL ACTION NO.: 2:16-cv-00046**
                                                   **JUDGE BAILEY**

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, KEITH BISHOP,**
**MATTHEW SHOCKLEY, SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

      **Defendants.**

## JOINT STIPULATION
## EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT

COME NOW the Plaintiff, Friedrichs Harris, by counsel, David A. Sims, and the Defendants, Q&A Associates, Inc., Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins, by counsel, Thomas V. Flaherty, Lindsey M. Saad, Christopher M. Jones and state that the parties hereby agree and stipulate that the Defendants shall have until **September 19, 2016**, to answer, move or otherwise plead to Plaintiff's Complaint.

**Prepared by:**

s/ Christopher M. Jones
Lindsey M. Saad (WVSB# 11155)
Christopher M. Jones (WVSB# 11689)
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
Telephone: (304) 598-0788
Fax: (304) 598-0790
lsaad@flahertylegal.com
cjones@flahertylegal.com

Thomas V. Flaherty (WVSB# 1213)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
Fax: (304) 345-0260
tflaherty@flahertylegal.com
*Counsel for Defendants*

**Agreed to by:**

s/ David A. Sims w/ permission
David A. Sims (WVSB #5196)
Law Offices of David A. Sims, PLLC
P.O. Box 5349
Vienna, West Virginia 26105
Telephone: (304) 428-5291
Fax: (304)428-5293
david.sims@mywvlawyer.com
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

      **Plaintiff,**

**v.**    **CIVIL ACTION NO.: 2:16-cv-00046**
      **JUDGE BAILEY**

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, KEITH BISHOP,**
**MATTHEW SHOCKLEY, SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

      **Defendants.**

### CERTIFICATE OF SERVICE

I, counsel for Defendants, do hereby certify that on August 18, 2016, I electronically filed the "***JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT***" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

David A. Sims
LAW OFFICES OF DAVID A. SIMS, PLLC
P.O. Box 5349
Vienna, West Virginia 26105

      s/ Christopher M. Jones
      Lindsey M. Saad (WVSB# 11155)
      Christopher M. Jones (WVSB# 11689)