IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.       **CIVIL ACTION NO.: 2:16-cv-00046
JUDGE BAILEY**

**Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF Q&A ASSOCIATES, INC.

COMES NOW Defendant Q&A Associates, Inc., and hereby makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Q&A Associates, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

    **Q&A ASSOCIATES, INC.
BY COUNSEL**

    /s/ Lindsey M. Saad
    Lindsey M. Saad (WV Bar No. 11155)
    Christopher M. Jones (WV Bar No. 11689)
    FLAHERTY SENSABAUGH BONASSO PLLC
    48 Donley Street, Suite 501
    Morgantown, WV 26505
    (304) 598-0788
    (304) 598-0720 (fax)
    lsaad@flahertylegal.com
    cjones@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

      **Plaintiff,**

v.                      **CIVIL ACTION NO.: 2:16-cv-00046**
                          **JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

      **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 19th day of September, 2016, I filed electronically via CM/ECF a true copy of **"RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF Q&A ASSOCIATES, INC."** with notice of the same being electronically served by the Court, addressed to the following:

      David A. Sims, Esquire
      Law Offices of David A. Sims, PLLC
      P.O. Box 5349
      Vienna, WV 26105

                                    /s/ Lindsey M. Saad
                                    Lindsey M. Saad (WV Bar No. 11155)