## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.                                   **CIVIL ACTION NO.: 2:16-cv-00046**
                                          **JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

I certify that on this 26th day of September, 2016, I served a copy of **"DEFENDANTS Q & A ASSOCIATES, INC., ANGELA SHOCKLEY, KEITH BISHOP, MATTHEW SHOCKLEY, SANDY SCHMIEDEKNECHT, and TAMMY ROBBINS' RULE 26(a)(1) DISCLOSURES"** by U.S. Mail, addressed to the following:

        David A. Sims, Esquire
        Law Offices of David A. Sims, PLLC
        P.O. Box 5349
        Vienna, WV 26105

                                                    /s/ Lindsey M. Saad
                                                    Lindsey M. Saad (WV Bar No. 11155)