**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.                                                                    Civil Action No. 2:16-cv-46
                                                                   Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

CERTIFICATE OF SERVICE

      I David A. Sims as counsel for Plaintiff do hereby certify that I served the attached Plaintiff's First Set of Interrogatories to Defendant Q & A Associates, Inc. to her counsel by email addressed to with this Certificate of Service being served through the CM/ECF service:

                Lindsey M. Saad, Esquire
                FLAHERTY SENSABAUGH BONASSO, PLLC
                48 Donley Street
                Suite 501
                Morgantown, WV  26501
                lsaad@flahertylegal.com

      Dated at Vienna, West Virginia on this 22nd day of October 2016.

                Friedrichs Harris, Administrator
                By counsel,

/s/David A. Sims
_____
David A. Sims (W.Va. Bar No. 5196)
LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com