IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

      Plaintiff,

v.                                              CIVIL ACTION NO.: 2:16-cv-00046
                                                   JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

      Defendants.

**DEFENDANTS Q & A ASSOCIATES, INC., ANGELA SHOCKLEY, KEITH BISHOP, MATTHEW SHOCKLEY, SANDY SCHMIEDEKNECHT, and TAMMY ROBBINS' <u>MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS</u>**

COME NOW, Defendants, Q & A Associates, Inc., Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins (hereinafter "Defendants"), by counsel, Thomas V. Flaherty, Lindsey M. Saad, Christopher M. Jones, and Flaherty Sensabaugh Bonasso, PLLC, and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq. (the "FAA"), move for an Order: (1) compelling Plaintiff to arbitrate his claims in this suit; and (2) staying the instant action pending the outcome of the arbitration proceedings. In support of their Motion, the Defendants offer their *Memorandum of Law in Support of Defendants Q & A Associates, Inc., Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins' Motion To Compel Arbitration and Stay Proceedings*.

1

**Q & A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY,**
**KEITH BISHOP,**
**MATTHEW SHOCKLEY,**
**SANDY SCHMIEDEKNECHT, and**
**TAMMY ROBBINS**,

**DEFENDANTS**
**BY COUNSEL,**

/s/ Christopher M. Jones
Lindsey M. Saad (WV Bar No. 11155)
Christopher M. Jones (WV Bar No. 11689)
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0720 (fax)
lsaad@flahertylegal.com
cjones@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

     **Plaintiff,**

**v.**                                   **CIVIL ACTION NO.: 2:16-cv-00046**
                                        **JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

     **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 4th day of November, 2016, I filed electronically via CM/ECF a true copy of **"DEFENDANTS Q & A ASSOCIATES, INC., ANGELA SHOCKLEY, KEITH BISHOP, MATTHEW SHOCKLEY, SANDY SCHMIEDEKNECHT, and TAMMY ROBBINS' MOTION TO COMPEL ARBITRATION"** with notice of the same being electronically served by the Court, addressed to the following:

        David A. Sims, Esq.
        Law Offices of David A. Sims, PLLC
        P.O. Box 5349
        Vienna, WV 26105

                                /s/ Christopher M. Jones
                                Lindsey M. Saad (WV Bar No. 11155)
                                Christopher M. Jones (WV Bar No. 11689)