Evan Harris
November 26, 2015 10:00pm

Q & A Associates
Journey WV

Ev tried to keep focused in life skills but was easily distracted. His main priority was getting internet access and catching up on the walking dead. He had no honeymoon period. Our first outing he is bumming cigarettes from strangers and sneaking away to play in the electronics department instead of helping. He struggles with waking up on time and following his meal plan. I explained one morning when he woke up late that he had missed breakfast and his first reaction was telling me his mom was going to sue me for not giving him his meds which is something that was never mentioned. He showers 3 times a day but I think it is more time for him to be alone and listen to his music while the water is running. He didn't want to help with thanksgiving preparations. - GJ


EXHIBIT D