Evan Harris  
December 1, 2015 8:17pm

Q & A Associates

It was reported Evan, who wanted to be called Ev, has disrespectful, claiming if he had to participate in chores or do something he felt he didn't have to, then he would call his parents or have staff sued.



EXHIBIT E