Evan Harris                                                                Q & A Associates
November 25, 2015 5:19pm                                                   Sandy Schmiedeknecht

Evan did well his first life skill day on Tuesday. He did complete the first chapter on Making Decisions but we are going to move him to the easier curriculum as he has limited vocabulary and understanding. He was pleasant and cooperative. He attempted to start to get amped up and wants to go back to Waterfall Canyon. I explained that I am sure they are going to want to see him demonstrate that he can care for himself, his environment, hold a job down, maintain his sobriety, etc. and when he was able to do this, I would help support him in whatever further avenue he chose. He does much better if you walk beside him as opposed to setting up barriers or drawing a line in the sand.



Printed from BestNotes CRM

Evan Harris
Q & A ASSOCIATES 000232

Page 69 of 76