life skills assessment

Daily Living

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I know where to go to get on the Internet. | | | | | ✓ |
| I can find what I need on the Internet. | | | | | ✓ |
| I know how to use my email account. | | | | | ✓ |
| I can create, save, print and send computer documents. | ✓ | | | | |
| I know the risks of meeting someone in person that I met online. | | | | | ✓ |
| I would not post pictures or messages if I thought it would hurt someone's feelings. | | | ✓ | | |
| If someone sent me messages online that made me feel bad or scared, I would know what to do or who to tell. | ✓ | | | | ✓ |
| I know at least one adult, who would take my call in the middle of the night if I had an emergency. | | | | | ✓ |
| When I shop for food, I take a list and I compare prices. | | | | ✓ | ✓ |
| I can make meals with or without using a recipe. | | | ✓ | | |
| I think about what I eat and how it impacts my health. | | | | | ✓ |
| I understand how to read food product labels to see how much fat, sugar, salt, and calories the food has. | | | | | ✓ |
| I know how to do my own laundry. | | | | | ✓ |
| I keep my living space clean. | | | ✓ | | |
| I know the products to use when cleaning the bathroom and kitchen. | ✓ | | | | |
| I know how to use a fire extinguisher. | | | | | |



Q & A ASSOCIATES 000110

EXHIBIT G

life skills assessment

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I know where I can get help with an income tax form. | ✓ | | | | |
| I can take criticism and direction at school or work without losing my temper. | ✓ | | | | |
| I know how to prepare for exams and/or presentations. | | | | | ✓ |
| I know where I can get tutoring or other help with school work. | ✓ | | | | |
| I look over my work for mistakes. | | | ✓ | | |
| I get to school or work on time. | | | ✓ | | |
| I get my work done and turned in on time. | | | | | ✓ |

Career and Education Planning

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I know how to find work-related internships. | ✓ | | | | |
| I know where to find information about job training. | | | | | ✓ |
| I can explain the benefits of doing volunteer work. | | | | | ✓ |
| I have recently talked to an adult who works in a job I would like to have. | ✓ | | | | |
| I have graduated from High School | | | | | |

POWER   FAMILY

6

life skills assessment

## Housing & Money Management

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I understand how interest rates work on loans or credit purchases. | ✓ | | | | |
| I understand the disadvantages of making purchases with my credit card. | ✓ | | | | |
| I know the importance of a good credit score. | ✓ | | | | |
| I know how to open a bank account | ✓ | | | | |
| I know how to write a check | ✓ | | | | |
| I know how to balance my bank account. | ✓ | | | | |
| I put money in my savings account when I can. | | | ✓ | | |
| I know an adult who would help me if I had a financial emergency. | ✓ | | | | |
| I use online banking to keep track of my money. | | | ✓ | | |
| I know the advantages and disadvantages of using a check cashing or payday loan store. | ✓ | | | | |
| I know how to find safe and affordable housing. | ✓ | | | | |
| I can figure out the costs to move to a new place, such as deposits, rents, utilities, and furniture. | ✓ | | | | |
| I know how to fill out an apartment rental application. | ✓ | | | | |
| I know how to get emergency help to pay for water, electricity, and gas bills. | ✓ | | | | |
| I know what can happen if I break my rental lease. | ✓ | | | | |
| I can explain why people need renter's or homeowner's insurance. | ✓ | | | | |
| I know where to obtain financial advice. | ✓ | | | | |

POWER FAMILY

Q & A ASSOCIATES 000112

life skills assessment

### Relationships and Communication

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I can speak up for myself. | | | | | ✓ |
| I know how to act in social or professional situations. | | | | | ✓ |
| I know how to show respect to people with different beliefs, opinions, and cultures. | | | | | ✓ |
| I can describe my racial and ethnic identity. | | | | | ✓ |
| I can explain the difference between sexual orientation and gender identity. | | | | | ✓ |
| I have friends I like to be with who help me feel valued and worthwhile. | | | | | ✓ |
| I am adopted? | | | | | ✓ |
| I get along well with my parents | | | | | ✓ |
| I get along well with my siblings | | | | | ✓ |
| I get along well with my extended family | | | | | ✓ |
| I know my birth family | ✓ | | | | |
| I want to find out about my birth family | | | | | ✓ |
| My relationships are free from hitting, slapping, shoving, being made fun of, or name calling. | ✓ | | | | |
| I know the signs of an abusive relationship. | ✓ | | | | |
| I think about how my choices impact others. | ✓ | | | | |
| I can deal with anger without hurting others or damaging things. | | | ✓ | | |
| I show others that I care about them. | | | | | |

POWER

3

Q & A ASSOCIATES 000113

Life Skills Assessment

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I plan for the expenses that I must pay each month. | ✓ | | | | |
| I keep records of the money I am paid and the bills I pay. | ✓ | | | | |
| I know what happens in my state if I am caught driving without car insurance or a driver's license. | | | | ✓ | |
| I can explain how to get and renew a driver's license or state ID card. | ✓ | | | | |
| I can figure out all the costs of car ownership, such as registration, repairs, insurance, and gas. | ✓ | | | | |
| I know how to use public transportation to get where I need to go. | | | | | ✓ |

Work and Study Life

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I know how to develop a resume. | | | ✓ | | |
| I know how to fill out a job application. | | | | | ✓ |
| I know how to prepare for a job interview. | | | | | ✓ |
| I know what the information on a pay stub means. | ✓ | | | | |
| I can fill out a W-4 payroll exemption form when I get a job. | ✓ | | | | |
| I know what employee benefits are. | ✓ | | | | |
| I know what sexual harassment and discrimination are. | | | | | ✓ |
| I know the reasons why my personal contacts are important for finding a job | | | ✓ | | |
| I know how to get the documents I need for work, such as my Social Security card and birth certificate. | | | | | |

5

Q & A ASSOCIATES 000114

life skills assessment

self care

| Are the following statements like me? | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I can take care of my own minor injuries and illnesses. | | ✓ | | | |
| I can get medical and dental care when I need it. | ✓ | | | | ✓ |
| I know how to make my own medical and dental appointments. | ✓ | | | | ✓ |
| I know when I should go to the emergency room instead of the doctor's office. | ✓ | | | | ✓ |
| I know my family medical history. | ✓ | | | | |
| I know how to get health insurance | ✓ | | | | ✓ |
| I bathe (wash up) daily. | | | | | ✓ |
| I brush my teeth daily. | | | | | ✓ |
| I know how to get myself away from harmful situations. | | | | | ✓ |
| I have a place to go when I feel unsafe. | ✓ | | | | |
| I can turn down a sexual advance. | | | | | |
| I know ways to protect myself from sexually transmitted diseases (STDs). | | | | | ✓ |
| I know how to prevent getting pregnant or getting someone else pregnant. | | | | | |
| I know where to go to get information on sex or pregnancy. | | | | | |

POWER

2

Q & A ASSOCIATES 000115

life skills assessment

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I know what type (college, trade school) education I need for the work I want to do. | | | | | |
| I know how to get into the school, training, or job I want after high school. | ✓ | | | | |
| I know how to find financial aid to help pay for my education or training. | ✓ | | | | |
| I have attended college classes | ✓ | | | | ✓ |
| I have declared a major | ✓ | | | | |

looking forward

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I believe I can influence how my life will turn out. | | | | | ✓ |
| I can describe my vision for myself as a successful adult. | | | | | ✓ |
| I would like to use my experience to help other youth. | ✓ | | | | |
| I believe my relationships with others will help me succeed. | ✓ | | | | |
| I feel I am ready for the next phase of my life. | | | | | ✓ |
| Most days, I am proud of the way I am living my life. | | | ✓ | | |
| Most days, I feel I have control of how my life will turn out. | | | ✓ | | |



POWER STABLE FAMILY HOPE

7

Post Secondary/Training Assessment

## 1 - Career & Education Planning

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I have declared my major | ✓ | | | | |
| I would like to do an internship in my major. | ✓ | | | | |
| I know the requirements to transfer from my current school or program to another one. | ✓ | | | | |
| I plan to continue my education or training beyond my current program. | ✓ | | | | |
| I am confident I can find a full time job. | | | | ✓ | |

## 2 - Study and Technology

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I have taken a study skills class or workshop. | | | | | |
| I can read and understand my textbooks and assignments. | | | | ✓ | |
| I have a place to study where I can concentrate on my work. | | | | ✓ | |
| I hand in my assignments on time. | ✓ | | | | |
| I know what plagiarism is. | ✓ | | | | |
| I use a calendar or day-timer to plan out my time, and keep track of assignment deadlines. | ✓ | | | | |
| I can usually identify the important points in a lecture. | | | | ✓ | |
| I can locate information both at the library and on the Internet. | | | | ✓ | |
| I am good at taking notes in class. | ✓ | | | | |
| I participate in a formal or informal study group. | ✓ | | | | |
| I always review and check my work before I hand it in. | ✓ | | | | |
| When I miss a class, I ask the professor, instructor or another student what I missed. | ✓ | | | | |

Post Secondary/Training Assessment

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I have held a job | | | | ✓ | |
| The people at my job supported me doing well in school. | | | | ✓ | |
| I plan out my long-term projects so that I get them done on time. | | | | ✓ | |
| I can manage my family or child care responsibilities and still do well in school. | ✓ | | | | |
| I have regular access to a computer and printer. | ✓ | | | | ✓ |
| I know how to use a word processing program such as Microsoft Word. | | | | | ✓ |
| I use a computer keyboard. | | | | | ✓ |
| I regularly use the Internet for school work. | | | | | ✓ |
| I regularly use email. | | | ✓ | | |
| I know where a computer lab is located. | | | | | ✓ |
| I submit my assignments online when needed. | | | | | ✓ |

3 - Motivation and Participation

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I have a strong desire to finish college or my training program. | ✓ | | | | ✓ |
| I am satisfied with my grades. | ✓ | | | | |
| I can name someone I admire who has graduated from college or a training program. | ✓ | | | | |
| I am proud to be a student at my school or training program. | ✓ | | | | |
| I have friends at school who care about my success. | | | | ✓ | ✓ |
| I attend school events, such as concerts, movies, pep rallies, lectures, or sports events. | | | | ✓ | |

2

Q & A ASSOCIATES 000118

Post Secondary/Training Assessment

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| My school or program is a good match with my beliefs and values. | ✓ | | | | |
| Before registering for classes, I talk to my academic advisor. | ✓ | | | | |
| My advisor takes a personal interest in me and cares about my success. | ✓ | | | | |
| I know how many credits I have and how many are needed to graduate. | ✓ | | | | |
| I participated in a student orientation or summer start program. | ✓ | | | | |
| I feel I fit in at my school or program. | ✓ | | | | |
| I attend all my classes. | | | | ✓ | |
| I am academically well prepared for college or training. | ✓ | | | | |
| I ask questions and participate in class discussions. | | | | ✓ | |
| I know my professors' or instructors' office hours, email and phone contact information. | ✓ | | | ✓ | |
| I know what is expected of me in my classes. | | | | ✓ | |
| I meet with my professors or instructors if I have questions about coursework or assignments. | ✓ | | | | |

4 - School or Program

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| My campus is a safe place. | | | | | ✓ |
| I feel comfortable at school or in my program. | ✓ | | | | |
| I know about the Equal Opportunities Program (EOP). | ✓ | | | | |
| Tutors are available to me. | | | | | ✓ |

3

Post Secondary/Training Assessment



| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I feel respected at my school or program. | | | | | ✓ |
| Instructors/professors listen to what I have to say. | | | | | ✓ |
| There is a good connection between what I learn at school and my own background and culture. | | | ✓ | | ✓ |
| The staff at my school respects my culture and background. | | | | | ✓ |
| At the school or program I attend, it is easy to get the classes I need to graduate. | | | | | ✓ |
| My school or program is preparing me for the job or career I want to go into after I graduate. | ✓ | | | | |
| I see instructors, professors and staff at my school or program from my cultural background. | ✓ | | | | |
| My school or program offers social or cultural activities or opportunities. | | | | | ✓ |
| My school or program offers adequate support services - such as tutoring, mentoring, technology assistance, study skills classes, counseling, etc. | | | | | ✓ |
| My instructors or professors expect me to do well and care about my success. | | | | | ✓ |
| My school or program encourages contact among students from different backgrounds. | | | | | ✓ |
| My living situation is safe and secure. | | | | | ✓ |
| I have a reliable way of getting transportation to school. | | | | | ✓ |

5 - Supports



| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I can name at least one person outside of school who expects me to graduate. | | | | | ✓ |
| Some of my family or friends understand my education, training or career plans. | | | | | ✓ |
| I have shared my goals with someone I trust. | | | | | ✓ |

4

Post Secondary/Training Assessment

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I need support from others to achieve my education goals. | | | ✓ | | |
| When I have a problem at school, I ask a trusted friend, family member, professor, instructor, or counselor for advice. | | | | ✓ | |
| I am comfortable using support services such as tutoring, counseling, academic advising, or student health. | ✓ | | | | |
| My family or friends are supportive of my college or training goals. | | | | ✓ | |
| I have participated in a college success class or workshop. | | | | ✓ | |
| I know what mentoring programs are available. | | ✓ | | | |
| I know what services are offered at the student counseling center. | | | | ✓ | ✓ |
| I know what services are offered at the student housing office. | | ✓ | | ✓ | |
| I know where to get tutoring, study skills, and time management help. | ✓ | ✓ | | ✓ | |
| I know where to get information about jobs or career assistance. | ✓ | | ✓ | | |
| My spiritual needs are being met. | ✓ | | | | |

6 - Health

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| Overall, I am satisfied with my health. | | ✓ | | ✓ | |
| I know how to access health care services. | ✓ | | | | ✓ |
| I know how to access vision care services | ✓ | | | | ✓ |

Post Secondary/Training Assessment

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I know how to access dental care services. | ✓ | | | | ✓ |
| I have health insurance coverage. | | | | | ✓ |
| I have access to healthy meals every day. | | | | | ✓ |
| I know where to get assistance with drug or alcohol related issues. | ✓ | | | | ✓ |
| I am satisfied with the amount of exercise I get. | | | | | ✓ |
| I fill and renew my medication prescriptions as needed. | | | | | ✓ |
| I don't get enough sleep. | | | | | ✓ |
| I know what to do when I feel lonely and isolated. | | | | | ✓ |
| I know how to access counseling services. | ✓ | | | | |
| I am comfortable getting help when I feel depressed. | ✓ | | | | |
| I can get the therapy I need. | | | | | ✓ |

## 7 - Financial Aid & Budgeting

| Are the following statements like me | No | Mostly No | Somewhat | Mostly Yes | Yes |
|---|---|---|---|---|---|
| I meet with a school financial aid counselor several times a year. | | | | ✓ | |
| My FAFSA application is completed and sent in prior to the deadline. | | | | ✓ | |
| I know how to read and understand my Student Aid Report (SAR). | ✓ | | | | |
| I am not worried about my student loan debt. | | | | | ✓ |
| I have someone to help me develop my education, living, transportation and health budget. | | | ✓ | | |
| I am able to pay all my school bills. | | | ✓ | | ✓ |
| Credit card debt is not a problem for me. | ✓ | | | | |

6

Q & A ASSOCIATES 000122