IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

    Plaintiff,

v.                                        CIVIL ACTION NO.: 2:16-cv-00046
                                        JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

    Defendants.

## AFFIDAVIT OF SANDY SCHMIEDEKNECHT

STATE OF WEST VIRGINIA

COUNTY OF TUCKER

to wit:

    Sandy Schmiedeknecht, first duly sworn, deposes and says:

    1.    My name is Sandy Schmiedeknecht and I am over the age of 18 and competent to testify to the statements contained in this affidavit.

    2.    I am currently a life skills coach at Q&A Associates, Inc.

    3.    The application information form and Contract, Medical Authorization, Release, and Consent Agreements (hereinafter "Agreements") were provided to the parents of Evan Harris prior to his arrival at Q&A Associates, Inc.

    4.    The application information form for Evan Harris was completed and returned to Q&A Associates, Inc. See Exhibit A.

5. The Agreements were returned with only the printed name, date of birth, and social security of Evan Harris completed; the line for Evan Harris's signature was left blank. See Exhibit A.

6. Evan Harris arrived at the Q&A program on or about November 19, 2015.

7. Evan Harris was 23 years of age at the time he arrived at Q&A.

8. To my knowledge, no conservatorship existed for Evan Harris.

9. On November 20, 2015, during the initial assessment, I reviewed the Agreements with Evan Harris.

10. I verbally explained each section of the Agreements in simple and plain terms.

11. I gave Evan Harris the opportunity to ask any questions he had about the Agreements.

12. After it appeared that Evan Harris understood and he verbally indicated that he understood the provisions in the Agreements, Evan Harris signed the Agreements.

AFFIANT FURTHER SAYETH NAUGHT.

OFFICIAL SEAL
GERALD R. JOHNSTON
NOTARY PUBLIC
STATE OF WEST VIRGINIA
9179 Appalachian Hwy.
Davis, WV 26260
My Commission Expires Aug. 22, 2022

_____
Sandy Schmiedeknecht

Subscribed and sworn before me, a Notary Public, this 23 day of November, 2016.

_____
Notary Public

2