| | |
|---|---|
| **Evan Harris** | **Q & A Associates** |
| November 23, 2015 6:46pm | Jen Randall |

Evan came in today and had several questions about who I was and my role as a counselor here. He was clearly upset and was not in a space to either go through informed consent or the NATSAP intake paperwork. We therefore spent our time talking about what this place is and is not from my perspective and what we could offer him in terms of getting the independence he says he wants. He was very interested in what my thoughts were on the feasibility of hi making a plan and getting to leave to go back to another program he had run away from; however, he quickly shifted his focus to working on a plan tomorrow after a quick review of the elements out here in the winter as well as the surrounding wildlife. He smiled broadly and agreed that he does a very good job at hiding who he truly is behind a tough guy exterior. I offered up as closing today that I would love to work with him if he decides to stay.

--Digitally Signed: 11/23/2015 06:49 pm:   Jen Randall