**Evan Harris**  
December 7, 2015 4:27pm

**Q & A Associates**  
Jen Randall

---

## Progress Note

**Client Name**: Evan Harris  
**Date of Session**: 12/07/2015  
**Therapist**: Jen Randall  
**Admission Date**: 11/19/2015

**Subjective:** Ev had several questions about my informed consent and wanted to be sure that he could quit if he wanted to in the future. I answered his questions and then we discussed how he has quit everywhere else his parents have sent him in an effort to just get them to rescue him and let him go back home. He acknowledged that he has sent some mean text messages to his parents over the last week trying to manipulate them into going home.

**Objective:** Ev smirked as he talked about running away from various placements. It was clear that he often exaggerates his limitations so that others will do for him.

**Assessment:** Ev appears to be very good at getting out of having to work. He did say that his lifelong career aspiration is to work in a restaurant and maybe eventually start cooking. He said that he sees himself living at home, perhaps with his grandmother since she has more money than even his parents.

**Plan:** Ev did say towards the end of our session that he sees a possibility to work, save money, still return home, but to do so as a man instead of a child. We will meet again next week.

--Digitally Signed: 12/07/2015 04:32 pm:     Jen Randall