UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.                                                                Civil Action No. 2:16-cv-46
                                                                     Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

## Order Sealing Exhibits

On the 29th day of November 2016, Plaintiff filed his motion to seal two exhibits to be attached to his Response to Plaintiff's Motion to Compel Arbitration. Plaintiff had previously served counsel for Defendants with the same on the date of the filing of his Response, which exhibits Defendants reference in their Reply memorandum.

The two exhibits that Plaintiff wants to seal are identified as Exhibit B and Exhibit C to his Response to Defendants' Motion to Compel Arbitration. Exhibit B is a psychological evaluation performed by Kevin Fenstermacher, Ph.D. on Evan Harris in the months prior to his death. Exhibit C is an affidavit from Paul G. Pelts, M.D., which contains both medical and psychiatric histories of Evan Harris, some of which were derived from the psychological evaluation of Dr. Fenstermacher.

This Court finds that the information contained in these Exhibits is specifically protected under W. Va. Code § 27-3-1 and public disclosure of the same will not further the

interests of the public in this proceeding. Plaintiff's Motion to Seal Exhibits B and C is hereby **GRANTED**. The Clerk is hereby directed to seal Exhibits B and C from public disclosure.

It is so Ordered.

Enter: __11-29-2016__.

John Preston Bailey
U.S. District Judge

Prepared by:

/s/David A. Sims

---

David A. Sims (#5196)
LAW OFFICES OF DAVID A. SIMS, PLLC
P.O. Box 5349
Vienna, West Virginia 26105
304-428-5291
304-428-5293 (fax)
david.sims@mywvlawyer.com