

# CLIENT FINANCIAL INFORMATION AND AUTHORIZATIONS

**CLIENT NAME:** _____
       Last       First      Middle Initial

ADDRESS: _____
    Street and #

    _____
    City          State  Zip

TELEPHONE:_____  _____  _____
     Home     Cell     Work
  *Please note the best number for us to call in order to reach you.*

EMAIL: _____

DATE OF BIRTH:_____  AGE:_____  SEX:_____

        \* \* \* \* \* \* \*

**If the client is a minor or another party is to be billed, please complete the following:**

## BILLING INFORMATION

**RESPONSIBLE PARTY NAME:**_____

RELATIONSHIP TO CLIENT:_____

BILLING ADDRESS:_____
(if different)  Street and #    City     State  Zip

TELEPHONE:_____

EMAIL:_____
(if different)

**I understand that I am responsible for the cost of treatment. It is my responsibility to contact my insurer to determine coverage. Our office will file claims promptly as a courtesy; however, I and/or my assigned responsible party must pay the unpaid balance.**

_____  _____
  Date            Client/Responsible Party Signature

## FINANCIAL POLICY AGREEMENT

We believe that everyone benefits when there is a definite and clear understanding of our financial policy prior to treatment.

1. **ALL** patients are expected to pay in full at the time of service, regardless of your insurance. We will submit claims for your reimbursement as a courtesy at the end of each month.

2. **CANCELLATION POLICY:** There is a broken appointment charge for any patient who cancels with **less than 24 hour** notice or who does not present at the appointed time. You will be charged **100%** of the total missed appointment fee.

    **Please Note:** Requests for cancellations or rescheduling of appointments must be done by a representative of the office between 8:30 am and 5:00 pm Monday through Friday. Messages left on the voicemail can't be honored.

3. **NON-SUFFICIENT FUNDS CHECK POLICY**: An NSF fee of $25 will be charged for all returned checks including any and all bank fees that apply.

4. **SCHOOL OBSERVATIONS** or court-related fees or other services provided out of the office are to be paid in full at the time of the initial appointment or prior to the visit being scheduled.

5. **QUESTIONS:** You are encouraged to call our office if there are any questions about this information. If, at any time during your course of treatment, problems with this financial policy arise, you are encouraged to speak with your clinician or to contact the Office Manager.

6. **A COLLECTION AGENCY** will be engaged if you have an outstanding balance which we have been unable to negotiate or collect.

**For your convenience we accept cash, personal checks, and most major credit cards.**

**I have read and agree with these terms.**

Responsible Party:_____ Date:_____

Address (if different from patient):_____

Name of patient:_____

# PELTS, KIRKHART & ASSOCIATES, LLC

Client Name:_____        Client of: _____

## Appointment Reminders
email reminders are sent from

## DoNotReply@myscheduler.net
(please add address above as an allowed address in your email settings to make sure they are received)

Dear Client,

As a client of Pelts, Kirkhart and Associates, you can receive an appointment reminder to your email address, or your cell phone (via text message when this becomes an option) two days before your scheduled appointments. Any changes to your scheduled appointment must be made by phone prior to 5 pm on the previous business day.

Your email address:    _____

Your cell phone number: (_____)_____-_____

Your cell phone carrier (circle one):

AT&T        Alltell        Sprint        Boost Mobile        Nextel

T-mobile    Verizon       VoiceStream   (Other) _____

I would like to receive my appointment reminders:

____ Via email message to the address listed above and

   **when available** via text message to my cell phone (normal text message rates will apply)

____ Via telephone message to my cell (please make sure voicemail is available to leave msg)

____ None of the above. I'll remember my appointment on my own.
   (Missed appointment fees will still apply)

Appointment information is considered to be "Protected Health Information" under HIPAA. By my signature, I am waiving my right to keep this information completely private, and requesting that it be handled as I have noted above. Appointment reminders are a courtesy offered by Pelts, Kirkhart and Associates with the client being responsible for missed appointments and associated fees.

_____        _____
Client / Parent Signature                Date

1539 Jackson Avenue, Suite 300 • New Orleans, Louisiana 70130 • Phone (504) 581-3933 • Fax (504) 596-3933
www.pelts-kirkhart.com

## INSURANCE INFORMATION

**WE WILL NEED A COPY OF YOUR INSURANCE CARD IF INSURANCE IS TO BE BILLED**

DR**.** _____          DR. _____

Client name:_____

**Insurance Information**:

Subscriber's name: _____

Relationship to Client: _____

Subscriber's DOB: _____

Insurance Company:_____

Member #:        _____

Group #:          _____

Group Name (Employer):_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Please provide the following, if different from client:**

Subscriber's Address: _____

Subscriber's Telephone #:_____   _____   _____
                            Home          Cell         Work

I authorize the release of any medical or other information necessary to process this claim. **Verification / Prior Authorization of Benefits is client responsibility. PLEASE BRING YOUR INSURANCE CARD OR PROVIDE A COPY**

_____                    _____
**Date**                                **Responsible Party Signature**

4