

PHILIP ENHART, MAJOR
AND ASS... JAMES, LLC



EXHIBIT A

DATE: 8-14-06

## BILLING INFORMATION

NAME: Harris    Evan    M
         Last      First     Middle Initial

ADDRESS: 5720    Edenborn Ave    Metairie    LA    70002
         Street and #    Apt.    City    State    Zip

TELEPHONE: 8882266
           Home    Work    Cell

DATE OF BIRTH: 5-26-92    AGE: 14    SOC SEC #:

MARITAL STATUS: Single    SEX: male

If client is a minor, a full-time student, and/or another party is to be billed, please complete the following:

RESPONSIBLE PARTY NAME: Kathleen and Friedrichs H. Harris, Jr

RELATIONSHIP TO CLIENT: father

BILLING ADDRESS:
(If Different)
                Street and number                        Apt. #

                City              State              Zip

TELEPHONE NUMBER: 8882266 ; 4739803    4573687
                  Home and cell                Work

I understand that I am responsible for the cost of treatment. It is my responsibility to contact my insurer to determine coverage. Our office will file claims promptly as a courtesy; however, should insurance fail to pay, I or my assigned responsible party must pay the unpaid balance.

Kathleen Harris
Client Signature

Please list all medications + mg here;
10mg po TID                    2 ... SQ qd
600mg po TID
10 mg po BID