

**PELTS, KIRKHART, MAJOR AND ASSOCIATES, LLC**



Date: 8-14-06

## INSURANCE INFORMATION

We will need a copy of your insurance card if insurance is to be billed.

Client Name: Evan Matthew Harris

Insured's Telephone No (if different from client).: _____ Home _____ Work

Employer's Name: New Orleans Nephrology Associates

Client's relationship to insured: Son

Is patient's condition related to:
- ___ Employment (current or previous)
- ___ Auto Accident   If so, in what state? ___
- ___ Other Accident
- ✓ None of the Above

Is there secondary insurance which also should be billed? no

Secondary Insurance Name: _____ Group/Plan No: _____

Name of Insured (if different from above): _____

Date of Birth of Insured: _____

Insured I.D. No: _____   Insured's Employer: _____

I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment. I authorize payment of medical benefits to PKM and Associates, LLC

Kathleen Harris
Patient or authorized person signature