IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Elkins

**Friedrichs Harris, Administrator of
the Estate of Evan M. Harris,**

    **Plaintiff,**

V.                                                                  Civil Action No.: 2:16-cv-00046
                                                                    Judge Bailey

**Q&A Associates, Inc.,
Angela Shockley, Keith Bishop,
Matthew Shockley, Sandy Schmiedeknecht,
and Tammy Robbins.**

    **Defendants.**

### PLAINTIFF'S CERTIFICATE OF SERVICE FOR ENTIRE FILE FOR EVAN M. HARRIS

I David A. Sims as counsel for Plaintiff do hereby certify that I served a copy of Evan M. Harris's Complete Chart from Paul Pelts, M.D. by email upon counsel for Defendants:

    Lindsey M. Saad, Esquire
    FLAHERTY LEGAL
    48 Donley Street
    Suite 501
    Morgantown, WV 26501
    lsaad@flahertylegal.com

Dated at Vienna, West Virginia on this 23rd day of December 2016.

                                      Friedrichs Harris, Administrator
                                      By counsel,

/s/David A. Sims
_____
David A. Sims (W.Va. Bar No. 5196)

LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com