| | |
|---|---|
| **From:** | David Sims |
| **To:** | Jones, Christopher M; Saad, Lindsey M. |
| **Subject:** | Estate of Evan M. Harris v. Q & A Associates, Inc. |
| **Date:** | Friday, December 23, 2016 11:43:31 AM |

Chris.

I received your email regarding the billing records for Dr. Pelts. The billing records are not a part of the patient's chart because I asked Dr. Pelts' office to send me a copy of everything in Evan's chart, including any notes written on the outside of the chart, but did not receive any billing records.

Frankly, I didn't consider billing records to be a part of what you wanted, so I have attempted to request them today, but to no avail. Dr. Pelts' office is closed today, or at least no one is answering the phone. I had Mrs. Harris call him also, but she didn't reach him. I had her call Dr. Pelts' cellphone, but he didn't answer. Despite my best efforts, I am not going to be able to get them for you today. Is it okay if I have until Tuesday to produce them? I don't know if his office is closed on Monday, which is why I am requesting until Tuesday. I will produce everything else today.

David