IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**Elkins**

**Friedrichs Harris, Administrator of
the Estate of Evan M. Harris,**

**Plaintiff,**

**V.**

**Civil Action No.: 2:16-cv-00046
Judge Bailey**

**Q&A Associates, Inc.,
Angela Shockley, Keith Bishop,
Matthew Shockley, Sandy Schmiedeknecht,
and Tammy Robbins.**

**Defendants.**

**PLAINTIFF'S CERTIFICATE OF SERVICE FOR BILLING RECORDS FOR EVAN M. HARRIS**

I David A. Sims as counsel for Plaintiff do hereby certify that I served a copy of Evan

M. Harris's Billing Records from Paul Pelts, M.D. by email upon counsel for Defendants:

> Lindsey M. Saad, Esquire
> FLAHERTY LEGAL
> 48 Donley Street
> Suite 501
> Morgantown, WV 26501
> lsaad@flahertylegal.com

Dated at Orlando, Florida on this 27th day of December 2016.

Friedrichs Harris, Administrator
By counsel,

/s/David A. Sims
_____
David A. Sims (W.Va. Bar No. 5196)

LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com