**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS**

**FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.           **CIVIL ACTION NO.: 2:16-cv-00046
JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA
CORPORATION, ANGELA SHOCKLEY, KEITH
BISHOP, MATTHEW SHOCKLEY, AND SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of April, 2017, I served a copy of **"DEFENDANT ANGELA SHOCKLEY'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES"** by U.S. Mail, addressed to the following:

> David A. Sims, Esquire
> Law Offices of David A. Sims, PLLC
> P.O. Box 5349
> Vienna, WV 26105

    /s/ Christopher M. Jones
    Lindsey M. Saad (WV Bar No. 11155)
    Christopher M. Jones (WV Bar No. 11689)