**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS**

**FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.                         **CIVIL ACTION NO.: 2:16-cv-00046
JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA
CORPORATION, ANGELA SHOCKLEY, KEITH
BISHOP, MATTHEW SHOCKLEY, AND SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 3rd day of April, 2017, I filed electronically via CM/ECF a true copy of *"***DEFENDANT'S ANSWERS TO PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT Q & A ASSOCIATES, INC.**" with notice of the same being electronically served by the Court, addressed to the following:

        David A. Sims, Esq.
        Law Offices of David A. Sims, PLLC
        P.O. Box 5349
        Vienna, WV 26105

                              /s/ Christopher M. Jones
                              Lindsey M. Saad (WV Bar No. 11155)
                              Christopher M. Jones (WV Bar No. 11689)