## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## ELKINS

**FRIEDRICHS HARRIS, Administrator of the**
**Estate of Evan M. Harris, deceased,**

       Plaintiff,

v.                                                                             Civil Action No. 2:16-CV-46
                                                                             (BAILEY)

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, Individually,**
**KEITH BISHOP, Individually,**
**MATTHEW SHOCKLEY, Individually,**
**SANDY SCHMIEDKNECHT, Individually,**
**and TAMMY ROBBINS, Individually,**

       Defendants.

## ORDER REGARDING UPDATED SCHEDULING CONFERENCE

       This matter is now before this Court for consideration of the parties' Joint Motion for Amended Scheduling Order and Defendants' Motion for New Trial Date [Doc. 55], filed on May 2, 2017.  On March 3, 2017, this Court issued an Opinion and Order Denying the Motion to Compel Arbitration [Doc. 41].  The parties represent that they effectively began discovery in earnest after that Order was issued [Doc. 55 at 2-3].  However, "[b]ecause the volume of documents to be produced and the multitude of witnesses in this case, the parties have discussed a plan for discovery and agreed that they need more time than the current scheduling order allows" [Id. at 3].  For good cause shown, the **Joint Motion [Doc. 55] is GRANTED**.

       As such, pursuant to Fed. R. Civ. P. 26(f) and LR Civ P 16.01(c), this Court orders that the remaining parties shall meet and submit to this Court a **written report** on the results of a discovery meeting and a **completed Scheduling Order Checklist** (see

attached) on or before **June 2, 2017**. The written report shall include the parties' report on those matters set forth in LR Civ P 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and LR Civ P 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate. *See* Fed. R. Civ. P. 16(b) and LR Civ P 16.01(d). However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered. *See* Fed. R. Civ. P. 16(b) and LR Civ P 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein along with copies of this Court's Scheduling Order Checklist.

**DATED:** May 5, 2017.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

_____           Civil Action No. _____
Defendant(s).

**<u>SCHEDULING ORDER CHECKLIST</u>**

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

   _____

2. MEDIATION         Before -    _____

3. JOINDER AND AMENDMENTS       _____

4. EXPERT DISCLOSURE

   a. With Burden       _____

   b. Without Burden    _____

5. EXAMINATION/INSPECTIONS

   _____

6. DISCOVERY COMPLETION          _____

7. DISPOSITIVE MOTIONS           _____

                                 _____ Responses

                                 _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

        _____

    a. Objections    _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

        _____

    a. Objections    _____

10. MOTIONS IN LIMINE    _____

    a. Objections    _____

11. BIOGRAPHICAL SKETCHES    _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

        _____

13. FINAL PRETRIAL CONFERENCE    _____

14. Trial    _____

    (If non-jury trial, Proposed Findings of Fact
    and Conclusions of Law are to be filed with Court
    and opposing counsel _____)