# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

**v.**                                       **CIVIL ACTION NO.: 2:16-cv-00046**
                                                    **JUDGE BAILEY**

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, KEITH BISHOP,**
**MATTHEW SHOCKLEY, SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

## WRITTEN REPORT AND SCHEDULING ORDER CHECKLIST OF THE PARTIES

    COME NOW, Defendants, Q&A Associates, Inc. (hereinafter "Q&A"), Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins (hereinafter "Defendants"), and Plaintiff, Friedrichs Harris, administrator of the estate of Evan Harris, by their respective counsel, and jointly file this report on the results of a discovery meeting and Scheduling Order Checklist.

    The parties have discussed the scheduling order in this matter and agree on the following dates:

1. Intermediate Pretrial Conference:  At Parties' Request

2. Mediation before:  April 9, 2018

3. Joinder and Amendments: September 29, 2017

4. Expert Disclosure:

    a. With Burden: November 10, 2017

    b. Without Burden: December 15, 2017

5. Examination/Inspections: December 15, 2017

6. Discovery Completion: January 31, 2018

7. Dispositive Motions: March 7, 2018

    a. Responses: March 28, 2018

    b. Replies: April 4, 2018

8. Pretrial Disclosure, Fed. R. Civ. Pro. 26(a)3: May 4, 2018

    a. Objections: May 18, 2018

9. Jury Instructions, Voir Dire and Verdict Forms: May 4, 2018

    a. Objections: May 18, 2018

10. Motions in Limine: May 4, 2018

    a. Objections: May 18, 2018

11. Biographical Sketches: May 4, 2018

12. Final Pretrial Conference Order: June 4, 2018

13. Final Pretrial Conference: June 28, 2018

14. Trial: July 10, 2018

 

s/Lindsey M. Saad
Lindsey M. Saad (WVSB# 11155)
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
Telephone: (304) 598-0788
Fax: (304) 598-0790
lsaad@flahertylegal.com

and

Thomas V. Flaherty (WVSB# 1213)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
Fax: (304) 345-0260
tflaherty@flahertylegal.com
*Counsel for Defendants*


<u>s/ David A. Sims w/ permission</u>
David A. Sims (WVSB #5196)
Law Offices of David A. Sims, PLLC
P.O. Box 5349
Vienna, West Virginia 26105
Telephone: (304) 428-5291
Fax: (304)428-5293
david.sims@mywvlawyer.com
*Counsel for Plaintif*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO.: 2:16-cv-00046**
　　　　　　　　　　　　　　　　　　　　　**JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I certify that on this 2nd day of June, 2017, I filed electronically via CM/ECF a true copy of the COS for **"WRITTEN REPORT AND SCHEDULING ORDER CHECKLIST OF THE PARTIES"** with notice of the same being electronically served.

        David A. Sims, Esq.
        Law Offices of David A. Sims, PLLC
        P.O. Box 5349
        Vienna, WV 26105

        /s/ Lindsey M. Saad
        Lindsey M. Saad (WV Bar No. 11155)