**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS**

**FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.                                            CIVIL ACTION NO.: 2:16-cv-00046
                                              JUDGE BAILEY

**Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## MOTION TO WITHDRAW APPEARANCE

Please withdraw the appearance of Christopher M. Jones as counsel of record for the Defendants in this matter. Mr. Jones left the employ of Flaherty Sensabaugh Bonasso PLLC on May 5, 2017. Attorneys Lindsey M. Saad and Thomas V. Flaherty shall remain as counsel for the Defendants in these proceedings.

**Q & A ASSOCIATES, INC.,
ANGELA SHOCKLEY,
KEITH BISHOP,
MATTHEW SHOCKLEY,
SANDY SCHMIEDEKNECHT, and
TAMMY ROBBINS**,

**DEFENDANTS
BY COUNSEL,**


/s/ Lindsey M. Saad
Lindsey M. Saad (WV Bar No. 11155)
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0720 (fax)
lsaad@flahertylegal.com
cjones@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.                         **CIVIL ACTION NO.: 2:16-cv-00046**
                                  **JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 6th day of June, 2017, I filed electronically via CM/ECF a true copy of "**MOTION TO WITHDRAW APPEARANCE**" with notice of the same being electronically served by the Court, addressed to the following:

    David A. Sims, Esq.
    Law Offices of David A. Sims, PLLC
    P.O. Box 5349
    Vienna, WV 26105

                                      /s/ Lindsey M. Saad
                                      Lindsey M. Saad (WV Bar No. 11155)
                                      Christopher M. Jones (WV Bar No. 11689)