IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

      **Plaintiff,**

v.                                                  **CIVIL ACTION NO.: 2:16-cv-00046**
                                                    **JUDGE BAILEY**

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, KEITH BISHOP,**
**MATTHEW SHOCKLEY, SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

      **Defendants.**

## ORDER

Upon consideration of the Motion to Withdraw Appearance, it is hereby ORDERED that said Motion is GRANTED. The Appearance of Christopher M. Jones as counsel of record for the Defendants is withdrawn.

DATED:_____    _____
                                                                  Judge John Preston Bailey