IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

    Plaintiff,

v.                                            CIVIL ACTION NO.: 2:16-cv-00046
                                               JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

    Defendants.

## ORDER

Upon consideration of the Motion to Withdraw Appearance, it is hereby ORDERED that said Motion is GRANTED. The Appearance of Christopher M. Jones as counsel of record for the Defendants is withdrawn.

DATED: 6-12-2017

Judge John Preston Bailey