| AO 435<br>(Rev. 04/11) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|

*Please Read Instructions:*

| 1. NAME<br>Lindsey Saad | 2. PHONE NUMBER<br>(304) 598-0788 | 3. DATE<br>8/7/2017 | |
| 4. MAILING ADDRESS<br>48 Donley Street | 5. CITY<br>Morgantown | 6. STATE<br>WV | 7. ZIP CODE<br>26501 |
| 8. CASE NUMBER<br>2:16-cv-~~45~~ 46 | 9. JUDGE<br>Bailey | DATES OF PROCEEDINGS | |
| | | 10. FROM 1/4/2017 | 11. TO 1/4/2017 |
| 12. CASE NAME<br>Harris v. Q&A Associates, et al. | | LOCATION OF PROCEEDINGS | |
| | 13. CITY Elkins | 14. STATE WV | |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | [X] OTHER (Specify)<br>Evidentiary Hearing | January 4, 2017 |
| [ ] JURY INSTRUCTIONS | | | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES 1 | 154 | 562.10 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | ESTIMATE TOTAL | 562.10 |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *Lindsey Saad*
19. DATE 8/7/17

PROCESSED BY
PHONE NUMBER (304) 234-3987
COURT ADDRESS
PO Box 452
Wheeling, West Virginia 26003

TRANSCRIPT TO BE PREPARED BY
Linda Mullen

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 8/7 | email | DEPOSIT PAID | 500.00 |
| DEPOSIT PAID | | | TOTAL CHARGES | 562.10 |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | 500 |
| TRANSCRIPT RECEIVED | 9/5 | email | TOTAL REFUNDED | 0 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL DUE | 62.10 |
| PARTY RECEIVED TRANSCRIPT | | | | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

cdee 01042017 baileyb