**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS**

**FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,**

        **Plaintiff,**

**v.**                              **CIVIL ACTION NO.: 2:16-cv-00046
JUDGE BAILEY**

**Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.**

        **Defendants.**

## MOTION TO EXTEND THE JOINDER AND AMENDMENT DEADLINE

COME NOW the Plaintiff, Friedrichs Harris, by counsel, David A. Sims, and the Defendants, Q&A Associates, Inc., Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins, by counsel, Thomas V. Flaherty, Lindsey M. Saad, and John T. McCartney, and move this Court extend the Joinder and Amendments deadline in the Amended Scheduling Order until November 15, 2017.

1.      On June 12, 2017, the Court entered the Amended Scheduling Order in this matter, which set the joinder and amendment deadline for September 29, 2017.

2.      Since the entry of the Scheduling Order, the parties have worked to conduct discovery. However, due to circumstances outside of the control of the parties, there has been a delay in conducting adequate discovery for the parties to be able to identify whether there are additional parties that should be joined in this action by September 29, 2017.

3.      The parties respectfully request that this Court extend the current deadline to November 15, 2017.

4.      There will be no prejudice to any of the parties should the Court grant the extension. With this extension, ample time will still remain for the parties to conduct discovery, which is to be completed by January 31, 2018.

5.    Accordingly, Defendants move this Honorable Court to extend the aforementioned deadline.  A proposed Order is attached hereto as Exhibit A.

**Prepared by:**

s/ Lindsey M. Saad
Lindsey M. Saad (WVSB# 11155)
John T. McCartney (WVSB# 12242)
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
Telephone: (304) 598-0788
Fax: (304) 598-0790
lsaad@flahertylegal.com
cjones@flahertylegal.com

Thomas V. Flaherty (WVSB# 1213)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
Telephone: (304) 345-0200
Fax: (304) 345-0260
tflaherty@flahertylegal.com
*Counsel for Defendants*

**Agreed to by:**

s/ David A. Sims w/ permission
David A. Sims (WVSB #5196)
Law Offices of David A. Sims, PLLC
P.O. Box 5349
Vienna, West Virginia 26105
Telephone: (304) 428-5291
Fax: (304)428-5293
david.sims@mywvlawyer.com
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS**

**FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,**

   **Plaintiff,**

**v.**        **CIVIL ACTION NO.: 2:16-cv-00046
          JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA
CORPORATION, ANGELA SHOCKLEY, KEITH
BISHOP, MATTHEW SHOCKLEY, AND SANDY
SCHMIEDEKNECHT,  and TAMMY ROBBINS.**

   **Defendants.**

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that on this 28th day of September, 2017, I filed electronically via

CM/ECF a true copy of "**MOTION TO EXTEND THE JOINDER AND AMENDMENT**

**DEADLINE"** with notice of the same being electronically served by the Court,

addressed to the following:

    David A. Sims, Esq.
    Law Offices of David A. Sims, PLLC
    P.O. Box 5349
    Vienna, WV 26105

      /s/ Lindsey M. Saad
      Lindsey M. Saad (WV Bar No. 11155)