## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.                                                        CIVIL ACTION NO.: 2:16-cv-00046
                                                                   JUDGE BAILEY

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, KEITH BISHOP,**
**MATTHEW SHOCKLEY, SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## ORDER

Upon consideration of the Motion to Extend the Joinder and Amendment Deadline, it is hereby **ORDERED** that the deadline for motions to join additional parties, motions to amend pleadings, and any crossclaims or counterclaims as stated in the Court's Amended Scheduling Order is hereby **AMENDED** and extended to November 15, 2017.


DATED:_____              _____
                                                                     Judge John Preston Bailey