IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

    Plaintiff,

v.                                                                      CIVIL ACTION NO.: 2:16-cv-00046
                                                                             JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

    Defendants.

## ORDER

Upon consideration of the Motion to Extend the Joinder and Amendment Deadline, it is hereby **ORDERED** that the deadline for motions to join additional parties, motions to amend pleadings, and any crossclaims or counterclaims as stated in the Court's Amended Scheduling Order is hereby **AMENDED** and extended to November 15, 2017.

DATED: 9-28-2017

Judge John Preston Bailey