

Comprehensive Mental Health Services

(304) 768-6170 Phone
(304) 768-2099 Fax
(304) 768-7465 Administrative Fax

312 6th Avenue, Suite 2
South Charleston, WV 25303-1265

PsyCare

December 14, 2017

Lindsey M. Saad
Flaherty, Sensabaugh Bonasso, PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501

Re:     Evan Harris
DOB:    05.25.92
CASE #: 2:16-cv-00046

Dear Ms. Saad:

I have reviewed the records you provided in the Evan Harris case. I have also reviewed the complaint provided by the plaintiff.

The plaintiff alleges that Q&A Associates Inc. and staff were negligent in its behavior and treatment of Evan Harris which ultimately led to his death by suicide. In reviewing the records provided it is clear that Mr. Harris had a chronic psychiatric history with multiple hospitalizations and multiple treatments in both residential and outpatient mental health programs. The programming provided by Q&A Associates was designed to assist Mr. Harris in his transition as young adult into being more independent. There is no evidence that Q&A Associates represented themselves as an inpatient program. The program clearly described themselves as a program that would provide counseling assistance and vocational assistance to provide an opportunity for young adults to become more independent.

Mr. Harris was seen on a regular basis while in the Q&A program by Jen Randall. Her counseling notes document appropriate interventions in attempting to assist Mr. Harris in the goal of becoming more independent and dealing with issues that arose while he was a participant in the program. At no time was there an indication that Mr. Harris was showing signs or symptoms of becoming a significant suicide risk. Notes from other staff members also describe very positive interactions with Mr. Harris specifically on the day prior to his suicide. There is nothing in the records that would suggest that the staff at Q&A should have been alerted to any significant suicide risk in this individual.

While Mr. Harris clearly had a history of chronic psychiatric problems there is no evidence in his previous records that suicidal behavior had been engaged in on any significant level. Therefore I


EXHIBIT 1

Page # 2 -- Re: Evan Harris
Case#: 2:16-cv-00046

believe the risk assessments provided by Q&A were appropriate and met the standard of care that would be expected in monitoring an individual with the types of problems that Mr. Harris had displayed throughout his life.

In summary after reviewing all the records provided although Mr. Harris clearly had a chronic psychiatric history there was nothing to suggest that the staff at Q&A Associates were negligent in their monitoring, assessing, or providing therapeutic intervention to Evan Harris which would have led to his death by suicide.

The opinions in this letter are stated to a reasonable degree of medical certainty.

Thank you very kindly for the referral of this case if you have questions please feel free to contact this office.

Sincerely,

*Daniel B. Thistlethwaite MD/ayn*

Daniel B. Thistlethwaite, M.D.