| DATE | DR | CASE # | INITIALS | DEPO/COURT | CIVIL/CRIM | COUNTY |
|---|---|---|---|---|---|---|
| 03/31/16 | DT | C13-C-433 | C.H. | COURT APPEARANCE | CIVIL | KANAWHA |
| 03/11/16 | DT | 12-JS-26 (H) | JW | 2nd DEPOSITION | CIVIL | FAYETTE |
| 12/17/15 | DT | 12-JS-26 (H) | JW | DEPOSITION | CIVIL | FAYETTE |
| 01/16/15 | DT | 13-C-433 | C.H. | DEPOSITION | CIVIL | KANAWHA |
| 10/09/13 | DT | UNKNOWN | L.P. | DEPOSITION | CIVIL | KANAWHA |

EXHIBIT 2