# CURRICULUM VITAE

## Daniel Bruce Thistlethwaite, M.D.

312 6th Avenue, Suite 2
South Charleston, WV 25303
(304) 768-6170
Email: docthissy@aol.com

## BIOGRAPHICAL

Birth Date:         May 23, 1960
Place of Birth:     Toronto, Canada
Citizenship:        U.S.
Marital Status:     Married

## MEDICAL LICENSURE

State of West Virginia: License # 15674

## BOARD CERTIFICATIONS

Diplomate American Board of Forensic Medicine – October, 1996
Diplomate American Board of Forensic Examiners – 1995
American Board of Psychiatry & Neurology – June, 1993

## PROFESSIONAL ASSOCIATIONS

West Virginia Psychiatric Association
American Psychiatric Association
American Academy of Psychiatry and the Law
American College of Forensic Examiners
American College of Sports Medicine

## EDUCATION AND TRAINING

07/01/87-06/30/91:   Charleston Area Medical Center
                     Internship/Residency in General Psychiatry
1983-1987:           West Virginia University – Doctor of Medicine
1982-1983:           West Virginia University – Graduate Studies
1978-1982:           West Virginia University – BA Degree, Chemistry

## CONTINUING MEDICAL EDUCATION

10/2013              Duke University-Visiting Fellowship in Transcranial Magnetic Stimulation

## HOSPITAL AFFILIATIONS

Emeritus Staff – Charleston Area Medical Center, Charleston, WV

EXHIBIT 3

Page # 2 – Curriculum Vitae

Re:   Daniel Bruce Thistlethwaite, M.D.

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 07/91-Present | President<br>PsyCare, Inc., 312 6th Avenue, Suite 2, South Charleston, WV 25303 |
| 1997-2007 | Medical Coordinator<br>Annual Mountain Retreat Psychiatric Conference, Snowshoe, WV |
| 01/01-11/01 | Secretary/Treasurer, Medical Staff<br>Thomas Memorial Hospital, South Charleston, WV |
| 06/00-01/02 | Consultant/Advisor to HCAP<br>West Virginia Bureau of Employment Programs, Charleston, WV |
| 01/98-09/01 | Chief of Psychiatry<br>Thomas Memorial Hospital, South Charleston, WV |
| 03/96-09/06 | Consultant<br>West Virginia Department of Corrections, Charleston, WV |
| 03/96-03/07 | Consultant<br>West Virginia Department of Juvenile Corrections, Charleston, WV |
| 03/96-10/04 | Co-Medical Director<br>Forensic Unit, South Central Regional Jail, Charleston, WV |
| 01/93-05/96 | Consultant<br>Seneca Mental Health Center |
| 08/91-09/01 | Medical Director, Beacon Partial Hospitalization Program<br>Thomas Memorial Hospital, South Charleston, WV |
| 01/91-03/91 | Chief Resident, Department of Behavioral Medicine and Psychiatry<br>West Virginia University, Charleston, WV |

**APPOINTMENTS**

07/93-Present        Clinical Associate Professor, West Virginia University

**HONORS**

Fellow American Psychiatric Association– December, 2013

Award for Teaching Excellence – Presented by senior medical students – 1989

Page # 3 – Curriculum Vitae

Re:   Daniel Bruce Thistlethwaite, M.D.


Award for Teaching Excellence – Presented by senior medical students – 1988
Merck Sharp Dohme Award for Clinician of the Year – Senior year of medical school – 1987


**PUBLICATIONS**

Poster Presentation – Two Cases of QTc Prolongation with Ziprasidone in the Elderly APA – 53rd Institute On Psychiatric Services, 10/12/01

Factitious Disorder, Case Study and Literature Review.  Presented at Charleston Area Medical Center Research Day, 04/24/91.  Awarded 2nd prize for outstanding paper

**PRESENTATIONS**

"VNS – A New Treatment Strategy for Major Depressive Disorder":  Snowshoe Mountain Resort – 09/10/06

"Expert Testimony and Medical Ethics":  Workers' Compensation and Employment Law Conference; Tamarack, Beckley, WV – 05/06/05

"Using Psychiatric and Psychological Experts in Litigation:  Psychological and Psychiatric Evaluations Used During the Trial Process in West Virginia":  Charleston – 10/15/04 and 10/14/05

"Mental Health Issues in the Aging Patient":  NASWV Conference – 03/29/04

Guest Lecturer WVU School of Law – Medicine and the Law – Varied topics

"Fine Tuning the Treatment of Depression:  Augmentation Strategies and Managing Complex Patients": Montreal, Canada:  Continuing Medical Education, Inc. – 08/04/00

"Successful Management of Depression:  A Physiological Approach": Seattle, WA; Continuing Medical Education, Inc. – 06/08/00

"Successful Management of Depression:  A Physiological Approach": Costa Mesa, CA; Continuing Medical Education, Inc. – 06/07/00

"Depression and PMDD:  Successful Outcomes for the Millennium":  Cincinnati, OH – 06/04/00

"Clinical Solutions to Managing Complicated Depression":  San Diego, CA – 03/22/00

Speakers Bureau/Lecturer for:  Forest, Takeda


Revised:  02/27/2014