## Index of Documents Relied Upon by Dr. Thistlethwaite

1. Doc. 38 – Executed Protective Order (12/29/16)
2. Majoria Drug Records (9/13/17)
3. Pl's Exhibit 5 – Q&A emails, parent handbook, bills
4. Pl's Exhibit 6 – Q&A admission packet (blank)
5. Pl's Exhibit 7 – Evan Harris's Q&A admission packet (completed)
6. Pl's Exhibit 8 – Text messages from Kathy Harris
7. Pl's Exhibit 9 – Q&A notes on Evan Harris
8. Pl's Exhibit 10 – Notes from Counseling Sessions with Jen Randall, Bills
9. Pl's Exhibit 11 – photos
10. Pl's Exhibit 17 – Aspiro Documents
11. Pl's Exhibit 27 – Woodfin & Associates (Independent Educational Consultants) file on Evan Harris
12. Pl's Exhibit 30 – Excerpts from plaintiff's diary
13. Pl's Exhibit 32 – Dr. Pelts's file on Evan Harris
14. Pl's Exhibit 34 – Psychological evaluation of Evan Harris by Kevin Fenstermacher, Ph.D.
15. Pl's Exhibit 37 – NONLA medical records for Evan Harris
16. Pl's Exhibit 38 – Social Security 2011 Adult Disability Report
17. Pl's Exhibit 41 – Social Security Docs: Louisiana Department of Health and Hospitals file on Evan Harris
18. Pl's Exhibit 52 – Handwritten notes on Evan Harris September 2015 (Caitlyn Galt)
19. Pl's Exhibit 53 – Speech and Language Report by Children's Hospital
20. Pl's Exhibit 54 – Psych Evaluation by Three Springs Outdoor Therapeutic Program
21. Pl's Exhibit 55 – Neuropsychological Evaluation at Children's hospital
22. Pl's Exhibit 56 – Psychological Evaluation by Lynn Parker, Ph.D.
23. Pl's Exhibit 57 – Marcy Family Center's Classroom Evaluation Overview
24. Pl's Exhibit 59 – Neuropsychological Evaluation at San Marcos
25. Pl's Exhibit 60 – Discharge Summary from San Marcos
26. Death Certificate
27. Complaint
28. Walgreen's Pharmacy Records
29. CVS Pharmacy Records

EXHIBIT 4