**PSYCARE, INC.**
**FEE SCHEDULE FOR FORENSIC SERVICES**
(Effective 01/01/16)

**Experts**

Daniel Thistlethwaite, M.D. - Psychiatrist        Steven Dreyer, Ph.D. - Neuropsychologist

**Rates Per Expert**

| **Daniel Thistlethwaite, M.D.** | **Steven Dreyer, Ph.D** |
|---|---|
| Expert Forensics Rates - $600/hr | Expert Forensics Rates - $400/hr |
| Deposition: $750/hr for scheduled time  Two Hour Minimum | Deposition: $500/hr for scheduled time  Two Hour Minimum |
| Court Appearance: Half-Day - $ 4000.00  Full Day - $ 8000.00 | Court Appearance: Half-Day - $ 2500.00  Full Day - $ 4000.00 |

**Psychological Testing:** Priced per Battery

---

**Expert Forensic Rates:** The hourly rate for forensic services includes, but is not limited to, clinical interview(s), record review, report preparation, telephone conferences and meeting with counsel. Any time which is related to the case beyond the scope of an initial telephone interview of the consultation, may be considered billable time.

**Deposition Rates:** The deposition rate pertains to blocked time allotted for the deposition, not on actual length of deposition. A retainer for the scheduled time at the hourly rate listed above must be paid prior to the time of the deposition. Depositions are scheduled for a minimum of 2 hours per expert.

**\*\***   The retainer must be received 1 week prior to the scheduled deposition or we will not be able to proceed with the deposition.

**\*\***   If the deposition continues beyond the scheduled time on the same day, a $1000.00 per hour time rate will be charged. Continuation of deposition past the scheduled time may not be possible due to scheduling conflicts and must be continued on another date.

**\*\***   No refund of retainer fees will be issued if the deposition is completed early. Retainer is based on time blocked for the deposition, not actual length of deposition.

**Court Appearance:** The rate for court appearance is *only* for court appearance, including travel (portal to portal). Any trial preparation including, but not limited to, meeting or phone conference with attorney and record review will be billed at the hourly expert forensic rate.



EXHIBIT 5

**Psychological Testing:** Psychological Testing is priced at a flat rate for the administration of a selected battery of tests as determined by the psychologist. Tests administered may be altered at the time of administration at the discretion of the psychologist.

**Retainer for Services:** A retainer for any forensic service is required prior to any forensic expert services being conducted. The retainer is estimated utilizing scheduled interview time, anticipated record review (1 hour per 1 inch of records), report preparation and psychological testing. The retainer amount will be determined upon receiving the above information. The retainer is strictly an estimate of costs for services to be provided. The retainer will be credited against the final bill.

\*\*    **The retainer must be received 1 week prior to any scheduled IME, Deposition or Court Appearance.**
\*\*    **Contingency fees will *not* be accepted under *any* circumstance.**

**Cancellation / No Show Policy:**

Any forensic appointment that is a No Show or Cancelled within 24 hours of the scheduled appointment will be billed at 100% of the scheduled time.

Any forensic appointment, including but not limited to clinical interview, deposition, meeting with attorney or court appearance cancelled 25-48 hours prior to the scheduled appointment will be billed at 50 % of the scheduled time.

Any record review completed prior to a No Show or Late Cancellation will be billed at the full expert rate, in addition to all applicable No Show/ Late Cancellation charges.

A flat rate of $250.00 for a psychological test battery and $ 425.00 for a neuropsychological test battery will also be billed for any No Show or Late Cancellation.

**Scheduling Order / Records:** A copy of the Scheduling Order is required to be submitted for our file. Any changes made to the original scheduling order need to be brought to our attention immediately. A copy of **ALL** records (legal and medical) need to be sent to our office for expert review prior to the IME being conducted. PsyCare does prefer paper copies of all records to be sent for review.

A copy of school transcripts, including any psychological or standardized testing, is required for any neuropsychological evaluation (when cognitive issues are part of the claim). If possible, PsyCare does prefer paper copies of all records to be sent for review.

**Questions / Concerns:** If you have any questions regarding our Fee Schedule or IME policies, please contact Amy Rochette, Forensic Coordinator, at 304.768.6170, ext. 108.

Checks are to be made payable to:

**PsyCare, Inc.**
**312 6th Avenue, Suite 2**
**South Charleston, WV  25303**

**FEIN # 550715643**