IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

**v.**                                                     **CIVIL ACTION NO.: 2:16-cv-00046**
                                                            **JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT,  and TAMMY ROBBINS.**

    **Defendants.**

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    COME NOW, Defendants, Q&A Associates, Inc., Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins (collectively "Q&A" or "Defendants"), by counsel, and, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, hereby moves the Court for an Order directing entry of summary judgment in favor of these Defendants because the Plaintiff has failed to identify an expert witness to support any theory of liability in this matter. Accordingly, the Plaintiff cannot satisfy his burden of proof as a matter of law.  Therefore, these Defendants are entitled to judgment as a matter of law, as is more fully discussed in the attached Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

                                                           **DEFENDANTS,**
                                                           **By Counsel**

/s/ Lindsey M. Saad
Lindsey M. Saad (WV Bar No. 11155)
John T. McCartney (WV Bar No. 12242)
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0720 (fax)
lsaad@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

      **Plaintiff,**

v.                                      CIVIL ACTION NO.: 2:16-cv-00046
                                           JUDGE BAILEY

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT,  and TAMMY ROBBINS.**

      **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 7th day of March, 2018, I filed electronically via CM/ECF a true copy of "**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**" with notice of the same being electronically served by the Court to the following:

David A. Sims, Esq.
Law Offices of David A. Sims, PLLC
P.O. Box 5349
Vienna, WV 26105


                         /s/ Lindsey M. Saad
                         Lindsey M. Saad (WV Bar No. 11155)