**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.                                                                                Civil Action No. 2:16-cv-46
                                                                              Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE

Now Comes Plaintiff, by and through his counsel David A. Sims and does hereby move this Honorable Court for an enlargement of time to respond to Defendants' Motion for Summary Judgment until March 29, 2018. Plaintiff's counsel is agreeable to permitting the Defendants an additional day to file their reply.

                                        Friedrichs Harris, Administrator

                                        s/David A. Sims
By:                                    _____
                                        David A. Sims (#5196)
                                        LAW OFFICES OF DAVID A. SIMS, PLLC
                                        P.O. Box 5349
                                        Vienna, West Virginia 26105
                                        304-428-5291
                                        304-428-5293 (fax)
                                        david.sims@mywvlawyer.com

## CERTIFICATE OF SERVICE

I David A. Sims as counsel for Plaintiff do hereby certify that I served PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME by CM\ECF counsel for Defendants:

Lindsey M. Saad, Esquire
FLAHERTY SENSABAUGH BONASSO, PLLC
48 Donley Street
Suite 501
Morgantown, WV  26501
lsaad@flahertylegal.com

Dated at Vienna, West Virginia on this 28th day of March 2018.

Friedrichs Harris, Administrator
By counsel,

/s/David A. Sims
_____
David A. Sims (W.Va. Bar No. 5196)

LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com

2