IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**FRIEDRICH HARRIS, Administrator**
of the Estate of Evan M. Harris,

    Plaintiff,

v.                                                    Civil Action No. 2:16-CV-46
                                                        (BAILEY)

**Q&A ASSOCIATES, INC., et al.,**

    Defendants.

## ORDER GRANTING MOTION FOR
## ENLARGEMENT OF TIME TO FILE RESPONSE

Pending before this Court is the Plaintiff's Motion for Enlargement of Time to File Response [Doc. 68], filed March 28, 2018.  Therein, the plaintiff requests an extension of one day to file a response to the Defendant's Motion for Summary Judgment [Doc. 67].  A response was due by March 28, 2018.  Finding good cause, this Court **GRANTS** the Plaintiff's Motion for Enlargement of Time to File Response **[Doc. 68]**, and **EXTENDS** the deadline until **March 29, 2018**.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to all counsel of record.

**DATED:** March 29, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE