**Evan Harris**
January 26, 2016 5:20pm

**Q & A Associates**
Jen Randall

I received a telephone call at 3:20 pm on Sunday; January 24, 2016 from Angie Senic Shockley notifying me that Evan had died this afternoon and while she did not have a medical examiner's report yet, his death appeared to be self-inflicted. I immediately made arrangements to travel to Cannan Valley to support clients and staff.

--Digitally Signed: 01/26/2016 05:24 pm: Jen Randall

**Evan Harris**
January 25, 2016 7:41pm

Q & A Associates
Journey WV

Ev refused to do his chores. Ev refused to feed the horses on Saturday and Sunday. Keith was notified both days. Saturday night Ev worked at Deerfield. After returning from work I asked Ev to check the weekly meal planner to see what his chore was for the night. After looking at the kitchen table and floor I checked the list and he was on sweep. I went to his room and to notify him of his chore. He refused to go downstairs and sweep.

On Sunday, Ev came down to take his morning meds and I asked him if he was going with us to feed horses he said know. I asked if he was refusing to work and he said yes. I told him that I would let Keith know. After the guys and I came back from feeding, Ev was coming out of the white barn. He was smoking in the barn. Keith was notified. He said that he would come talk to him and that we needed to let the herd out into the field. We all left again to turn the herd out and to muck the stalls. We returned around 1 and everyone accept Ev sat down to have lunch. Ev came down towards the end of everyone eating and asked for his meds. I gave him his meds and he came back into the kitchen and was joking around talking to everyone. Around 211 I texted Keith again because Ev was in the barn again Ev came back inside went upstairs then went back out to the barn about five or ten minutes later. Ws, jh, and I were in the living room. I told them we were going back out to feed the horses at 3 and I went to the mentor room. Around 3 Lena comes into the house frantic looking for me. The only words I could make out was one of the boys in the barn Ev. I got my bibs and jacket on and started to the barn. I was already dialing Keith when I seen Ev hanging from a rope in the back of the barn. The rope was tied somewhere on the second floor but he was hanging about two feet off the ground, where the barn and hoop barn connect. He was facing the road so immediately checked his vitals and called 911. MVA

Q & A ASSOCIATES 000165

**Evan Harris**
January 24, 2016 8:19pm

**Q & A Associates**
Tammy Robbins

At 3:27PM a text was received by Angie stating I needed to come to the farm. Evan had hung himself and he was dead.

At 3:55PM I arrived at the farm

At 5:32PM a call was placed to Rick, Sandy present, that Evan had hung himself in the barn and had passed away.

Jan 26 at 08:43AM a text message was received by Kathy stating they (rick and kathy) would be identifying the body at 11 and would like to pack his things at the farm. They would also like to speak to Jen.

Jan 26 Rick, Kathy and Ricks 2 sisters arrived at Sandy's office. The team met with them and Angie and I joined them at the farm.

Q & A ASSOCIATES 000166

**Evan Harris**
January 24, 2016 6:22pm

**Q & A Associates**
Mark Shockley

Yesterday I met with Ev while he was working at Deerfield. The reason for the meeting was that Ev had asked Keith to tell me that he needed to talk to me. His request to talk to me was in line with a promise he had made to me that he would talk with me before he took a drink or got high. I arrived at Deerfield at around 8pm and found Ev with his work caught up and able to talk. I alerted his supervisor that I was going to take him with me to talk. Another employee covered his station until we returned. I took Ev into the stairwell going to the basement so we could have some privacy. When we were alone I asked him directly "What is wrong". He responded that he was having trouble understanding why we care about him even after he does stupid things like drinking and drugging. I asked what he meant by this and he said that we continue to care about him without yelling or calling him names. I asked him to explain and he said that in his past everyone has called him stupid or screamed at him for getting high or for getting into legal troubles as a result of his substance abuse. I asked him to tell me why he thought that we would not treat him the same way as he has been treated in the past when he messed up. He wandered around trying to answer the question but to paraphrase he said that we treat him the way we do because we want to help him. I agreed with him that was the case but more importantly we treat him with autonomy so that he can experience the natural consequences of his choices as they play out in his own life instead of telling him what to do or shaming him so that he can have an opportunity to come to his own understanding of how his choices affect his own life instead of us fixing it for him. He said that he could understand how he may understand the consequences of his choices much better by having to answer for them himself.

At the end of the conversation I reminded him that just as I had come to his aid after receiving a call from Keith I am always available to him. I then asked if there were anything that I could do to support him so that he could take ownership of his addiction. He couldn't think of any way for me to help and asked what I had in mind. I told him that I could see that he has individual counseling during this struggle, I offered to take him to 12 step meetings by himself, I offered to go to meeting with him, I offered to help him find other programs or treatments that may be available on the internet or other location, and I offered to have a standing date to have a meal with me in public.

He said that he would like to go to a meeting with me and that Tuesday night would be great. I told him that I will be packing to leave town for a conference Tuesday night and asked if we could attend a lunch meeting in Oakland or Elkins on Tuesday instead. He said he would love to and as usual we did a fist pump to indicate that we are on the same page.

After our meeting he returned to his station and did his job without any comment to anyone that I'm aware.

Q & A ASSOCIATES 000167

**Evan Harris**
January 22, 2016 1:30pm

Q & A Associates
Tammy Robbins

---

Met with Kathy. The focus of this call was to help her to calm herself as Evan continues to act impulsively due to his inability to manage himself. It was stated that Evan will continue until he decides to do something different. Right now this is a part of his process. Evan works from flight. It was stated Evan requires each task broken down into multiple steps. Kathy stated he was like this in school as well.

We talked about being emotionally hostage and living in the fear of the if thens or what if's. We spoke of how Evan keeps people at a distance but truly does want to have connection. It was reported that each time he goes to get alcohol someone is there and he does respond and returns back to the farm.

We took Evan's behaviors from a brain based approach. Evan works from his limbic system. We spoke of the importance for Evan to learn through his process the art of compassion, connection and support. It was stated he would get there. Amazing things can happen in connection. It was also stated there are things about Evan that would not change however he is making process and will continue.

Kathy stated it was nice to hear the support of the staff and vision of what we do with each student. She reported there was no other place for Evan to go, he can't go home.

Rick had made a comment to Kathy that she may not need to see Evan so often. Again, a parents guilt of feeling as they are abandoning their child. It was reported Rick's statements were accurate. Each time she comes right now it only derails and distracts Evan. What is important right now is that he learn the support of staff and use them for resources. As someone having a young adult she needs to wait until he is ready, right now he is not. It was reported that Evan's need to meet his needs, or attempt, while in town was more satisfying, instant gratification, than being on the phone with them. This did not mean Evan did not love them it was just part of his process.

It was asked of her to be patient and allow the process to take shape. It was stated we were outside the bell curve and different approaches had to be taken. Evan is looking for the fence, something to buck up against, we are not giving the fight. Again, this is part of his learning process.

Kathy stated she appreciated the call.

Meet next week.

Q & A ASSOCIATES 000168

**Evan Harris**
January 22, 2016 10:16am

**Q & A Associates**
Tammy Robbins

---

The parent call was slated for Thursday. A text was sent to Kathy who stated she forgot. We set the call for 10AM today. They were not on the call. Kathy text last night to say they were in a tornado warning until 10 and she had been trying to secure the house. A text was sent this morning about the call and to ask if they were ok. We will reschedule.

Q & A ASSOCIATES 000169

**Evan Harris**
January 21, 2016 5:47pm

Evan showed up at the office to download itunes and I asked how he got here. He stated he needed to get food as he was dropping weight. He got a ride into town and went to the store and then came here. He stated he did not buy alcohol, beer or wine. Angie took him back to the farm when he was finished his downloads. He did apologize for his behavior on Tuesday.

Evan Harris                                                    **Q & A Associates**
January 21, 2016 12:06pm                                                Jen Randall

Progress Note

Client Name: Evan Harris
Date of Session: 01/21/2016
Therapist: Jen Randall
Admission Date: 11/19/2015

Subjective: Ev could be heard in the waiting area before session complaining to a staff member about their decision to not allow him to go along for a grocery run today given his recent instances of buying alcohol. He came into session still complaining bitterly that life is unfair and he is going to refuse to help anyone else if they won't help him.

Objective: Ev was shut down both physically and emotionally today. He was almost monosyllabic in most of his responses and had a hard tme staying present in the conversation.

Assessment: Ev smiled throughout session several times when I called him on his illogical or irrational statements. He knows what he is doing is childish and demanding, but there is a clear cognitive gap in his ability to integrate information into his experience without getting overwhelmed and shutting down.

Plan: Continue weekly sessions with Ev, as he does seem to respond well to consistent and caring feedback when held accountable. Perhaps after the initial conflict is a good time for him to process when he is not as bound to his ruminative thinking.

--Digitally Signed: 01/21/2016 12:11 pm   Jen Randall

Q & A ASSOCIATES 000171

**Evan Harris**
January 20, 2016 2:50pm

**Q & A Associates**
Journey WV

---

1/17/16 Ev completed most of his assigned chores. As long as he is being told to do one thing at a time. He does work well from the house cleaning sheets because it is written down and he can just follow the steps. I noticed that when working with the horses you can't tell him to muck the stalls. He works better if you tell him to muck a specific stall and wait until he is finished to tell him to move on to the next stall. On Monday morning I had to talk to him about smoking in the new barn. He disappeared in one of the stalls and just started smoking. I talked with him. I also talked with Dan and Rene during turnover so that they could help to reinforce not smoking in the barn and the danger of it and about not smoking on the property. MVA

Q & A ASSOCIATES 000172



**Evan Harris**
January 19, 2016 5:32pm

**Q & A Associates**
Sandy Schmiedeknecht

Evan's mother was sent both his paystubs and a copy of his bank account for her to take to Social Security.

Q & A ASSOCIATES 000173

**Evan Harris**
January 19, 2016 4:40pm

Q & A Associates
Sandy Schmiedeknecht

Ev came in this afternoon (since his call was at 2). He told Marci he was not doing his call. He wanted to withdraw 100.00 from the bank. I asked him to make a plan which he put no effort into. He said it was his money and he would do what he wanted to with it. I tried to talk to him about the importance of saving money so he will be in a position to move forward however, he is so impulsive, tomorrow is not on his radar. I told him that Gerald would take him and it wasn't right at that moment so he left. Dan was here and followed him. Evan did go to the bank and withdrew 100.00 and walked to the grocery store/DGS. Keith was notified and Angie came in and spoke with Ev when he came out. He did not purchase alcohol and showed me the receipt. He also apologized for walking out. He asked if he could deposit his check and I told him yes, Gerald would take him to the bank. I asked him to wait until Gerald was off the phone. He left and went outside (smoking). Gerald took him to deposit his check. When he returned, he wanted to go get an Itunes card and I said that Gerald was taking he and John home. It was explained that he can not keep walking out and then expect that it is ok to walk to the store and get an Itunes card. He had to make a plan. He left with Gerald. I did speak with his mother and Tammy was on the phone. I explained that Evan had left, did not want to do the call and Dan was following him. She wanted to know what we were going to do if he went into a bar...follow him?? Anyway, Tammy supported my conversation in telling his mother he was an adult and that having a confrontation with him would solve nothing he was looking to control his life, we would continue to pace him through.

Q & A ASSOCIATES 000174

Evan Harris                                                        Q & A Associates
January 18, 2016 2:18pm                                              Angie Shockley

On Friday, I was headed to the barn when I passed Ev walking on Cortland road. I stopped to see what he was doing and he said he was going to Shop-n-Save to get drunk. I talked with him for a while and got him in the truck with me. We then went back to the barn where the other boys were and talked for some time. He was able to explain to me that he really just wanted to have some closure with DF and that he was going to drink because he didn't know what else to do. I explained once again to him that while the citizens of Davis are caring people who want to help him, they will not tolerate him or anyone else stumbling around town drunk. They will call the police and report him and then the police will pick him up and charge him with public intoxication. He asked me what he is supposed to do about his urges to drink and I suggested he talk to Mark. I explained that Mark is in recovery and experiences urges to use all the time, but he has learned coping skills to help him stay sober. I told Ev that one of the coping skills Mark uses is keeping himself busy with work and hobbies such as making jewelry. Ev was open to this discussion and indicated he would like to talk with Mark.

Ev explained relatively articulately that he wanted to speak with DF to explain his feelings and that he is not mad at her and he didn't mean to make her mad. I let him just talk this out (knowing he has done this with other staff as well). I told him that I don't mind for him to speak with DF as long as she wants to speak with him, too. I explained that none of us can force her to talk to him, so he would have to be okay with her response. I suggested that he write her a letter for two reasons. First, if she doesn't want to talk to him, he can give her the letter as a way of sharing his feelings and having closure for himself. Second, if she does want to talk to him, the letter can be a way for him to practice what he wants to say to her. He thought that was a good idea. I suggested he return to working in the barn and think about what he wanted to say and then write the letter when he had some quiet time, perhaps around lunch. He agreed.

I asked Mark to talk with Ev and he indicated he would. Today, I followed up with Mark who says that he isn't sure Ev truly is an addict. I explained that with his low IQ, processing disorder and autistic traits, it is going to be difficult to work with him on the addiction issues, but that we need to do as much as we can. He is going to spend more time with Ev and try to find ways to help him cope better with his urges to drink alcohol.

Q & A ASSOCIATES 000175

**Evan Harris**                                                          **Q & A Associates**
January 14, 2016 5:42pm                                                  Tammy Robbins

Met with Rick and Kathy. Kathy stated she enjoyed her visit to the valley and seeing first hand all that was offered to Evan. She reported the situation at Deerfield and her desire not to engage. We talked of her growth and awareness around Evan's need to grow without being rescued from his parents. Rick stated he had a long way to go and knew going home was not an option. We spoke of his rigid thinking and the need to break things down in efforts to help him move forward. We discussed how Evan could grow and find more confidence in self and work toward a greater independence. It was stated that Evan was to speak with Matt about returning to Deerfield. It was reported it was for Evan to make connection with Matt and not Matt going to Evan.

The visit provided a great opportunity for both parents to find some relief about his settings and have a better understanding that Evan is not going to walk off due to limited resources and cold temps. Kathy stated the temp was new for her as well as she had not had an experience of such cold temps.

We discussed Evan, his low self-confidence and less accepting sense of self. It was stated this was truly a training ground in which he could explore a curiosity and grow. The incident with Evan was discussed as a means of avoidance, possible rescue and to create chaos in efforts to get a new direction in a reality in which he is afraid. Rick stated he has seen this pattern in Evan for years. He discussed how scared and vulnerable they have been of what he could potentially do. It was reported we were not trying to create a structure to prevent behaviors but a safe enough playground in which he could make decisions, live with natural consequences and then grow in the learning.

It appears both parents are pleased with Evan's placement and have a good understanding of the work ahead of Evan. We discussed their place of love and support but not being attached to his outcome. It was stated this was the only way for him to grow at this point. Evan had the potential to move in a positive direction.

Meet next week.

Q & A ASSOCIATES 000176

**Evan Harris**
January 14, 2016 1:38pm

Q & A Associates
Angie Shockley

---

Keith asked me to speak with Ev this morning, so I went to the farm. After some searching, Keith found Ev at the new barn where he had been left by staff to complete his chores with the horses. Ev had done nothing. I went into the house with him as he was changing his shoes to go to his therapy session. We spoke about his choices and how they are not helping him reach his goals. He spoke in short, clipped phrases. He attempted to engage in an argument with me by saying he wished we didn't care about him so much. I directly told him I would not engage in that and what he was saying was bs. He then said he wants to go back to Waterfall Canyon. I pointed out that if that was going to work, it already would have. I also told him that Waterfall is not an option. He then made some comments about his only option being homeless on the camps road. He asked me where that was and I explained that when people are homeless in Davis, they will often go to campsites on Camp 70 Rd by the river to live. He said, "it's cold." I agreed. I was then able to get him to focus a little bit on his future and how he must have a way to pay for himself - rent, food, transportation, bills, etc. He seemed to acknowledge these realities. I then pushed him a bit on how he was going to be able to go back to a city or live any life he chooses if he can't be safe and successful here. He did acknowledge that he knows we are here to help him and he knows he can't go back to her parents' house. He said he needed to talk to Matt about getting his job at DF back, so I texted Matt to let him know. (After leaving Ev, Matt responded that he would talk with him tomorrow. He wants Ev back and needs him to work this weekend).

I also challenged Ev to apply for other jobs because he needs to work as much as he can and save money so he has a way to care for himself in the future. He agreed. He then left for his appointment with Jen.

I followed Keith out and decided to talk to Ev about the watering process at the arena, in the hope that he may take some responsibility for this. I explained that he should only fill the watering buckets half way, but that they need to be emptied and filled several times a day when the temperatures are below freezing. He seemed to listen and said he understood. I don't know if he will follow through with this or not, but I wanted to give him the opportunity.

I spoke with Keith about how we need to work with Ev and he will be educating the mentors. Ev is extremely rigid and must have short, clear and direct instructions consistently. He cannot be told to "take care of the chickens." Rather, he must be told each specific task in a short, direct, and clear way. He can be told to get the watering cans, clean them out, fill them up, and return them to the chicken coop. Next, he could be told take chicken feed to the coop, fill the feeders, and make sure they are not buried in hay. Each chore must be broken down into the individual steps.

Q & A ASSOCIATES 000177

Evan Harris                                                    Q & A Associates
January 14, 2016 10:45am                                            Jen Randall

Progress Note

Client Name: Evan Harris
Date of Session: 01/14/2016
Therapist: Jen Randall
Admission Date: 11/19/2015

Subjective: Ev stated that he got drunk yesterday in less than an hour by drinking an entire six-pack of beer on his own. He
said his intended plan to drink a fifth of whiskey was stopped by staff, which he said he regretted giving his bottle of alcohol
up to them. He also reported that he wishes people did not care about him so much because then it would be easier to just do
what he wants.

Objective: Ev had a hard time focusing in session, as evidenced by his gaze shifting to somewhere over my left shoulder
rather than making eye contact. This was consistent with his verbal statements that his cravings after having had alcohol are
making it hard for him to focus.

Assessment: Ev appeared to get the reality that his level of alcohol abuse before going into placements would have led to his
early death. However, he is also sure that he can somehow get himself kicked out of this program too and get to just go back
to living in his hometown with friends that will let him live a life of survival.

Plan: We used Maslow's hierarchy of needs to illustrate how his statements lined up today with just meeting his most basic
needs, not even going towards safety and security or love and belonging. His final thoughts in session were that he knows he
has to do something different if he even wants the chance to live his best possible life for himself and thrive rather than
survive. However, he is not yet willing to give up this very powerful coping tool he has used in the past to deal with
emotional pain like he is experiencing now in the wake of a recent breakup. We will meet again next week.

--Digitally Signed: 01/14/2016 10:50 am   Jen Randall

Q & A ASSOCIATES 000178

**Evan Harris**
January 12, 2016 5:21pm

**Q & A Associates**
Sandy Schmiedeknecht

Ev had an eventful day. We spent time together in the morning and he was in good spirits considering his recent "breakup" He wanted to take out $100.00 from the bank to go purchase liquor. We talked through this and he went to the Dollar store with 10.00 I let him borrow to buy cigarettes. He then made his way around the block and to the bank without being seen and withdrew 80.00. He then went to BFS looking for alcohol and then moved on to Thomas where he did purchase a pint of Jack. Gerald retrieved him and brought him back where Keith and I met with him. We walked through the decision process and consequences of his choices. He ultimately gave the liquor to me. He did not get the response he thought he would so it was easier to process this with him. He was not productive today and slept most of the afternoon but he did so in the office. Keith told him that he had an opportunity to speak with Matt S. as Ev was a good employee. He asked for a day or two to think about it. Keith encouraged him not to wait long.

Q & A ASSOCIATES 000179

**Evan Harris**
January 11, 2016 3:34pm

**Q & A Associates**
Journey WV

---

Ev completed his assigned chores. Ev still asks when are we going inside as soon as we arrive at the new farm to feed animals. Ev worked at the book on Saturday. Ev's mother came in for a visit. Prior to coming to the farm I was notified by tammy that they would be coming and I talked with Ev about his mother coming and how he would have to still complete his chores and work as scheduled. Tammy and Ev's mom showed up and Ev was able to stay on task with his chore to deep clean the living room. Tammy talked with Ev about guidelines and responsibility and Ev immediately asked if they're going to be any rules when he left with his mother. Ev said that he wasn't going to go with his mother because he wanted her to take him to he bank and store to buy cigarettes and stuff. About an hour or so later, Ev came downstairs and asked if he could call his mother. I asked why he didn't go when she was here. He said that he wanted to finish watching the walking dead. I said you could have watched that any time and he said that tammy was talking about all the rules he had to follow and he got mad. I explained to him that he will still have to follow the rules. Ev came back from his visit around 6 and appeared to be fine the rest of the night. MVA

Q & A ASSOCIATES 000180

Evan Harris
January 7, 2016 12:36pm

Q & A Associates
Jen Randall

Progress Note

Client Name: Evan Harris
Date of Session: 01/07/2016
Therapist: Jen Randall
Admission Date: 11/19/2015

Subjective: Ev stated that he did not have any desire to self-harm over the past week. He also stated that he feels like things are going really well both at work and at home. Ev said that he is anticipating a visit from his mother towards the end of the month and he wanted to spend some time talking about his relationship with his family since he felt like hanging up on them this week during his parent call was not the best reaction to their statements.

Objective: Ev was visibly exhausted, which was consistent with his statement that he had been binge watching tv until late last night. He did remain attentive in session despite his feeling tired and asked several clarifying questions as we discussed his overall wellness using the white board to visually demonstrate the categories he chose for himself.

Assessment: Ev seems to be consistently torn between wanting to be more independent and self-reliant and knowing that he has successfully gotten his parents to cave into his demands when he wanted things in the past. We then processed the categories of his life that he designated as going really well and the ones that he feels he wants to be better in the future, particularly his family relationships.

Plan: The visual demonstration of a bar graph seemed to support Ev today in staying focused and being honest about the current reality that he is in danger of being totally dependent on others if he does not learn how to do for himself. These were primarily CBT reframing techniques and we will continue using them each week.

--Digitally Signed: 01/07/2016 12:42 pm    Jen Randall

Q & A ASSOCIATES 000181

**Evan Harris**
January 5, 2016 4:57pm

**Q & A Associates**
Sandy Schmiedeknecht

Ev was flustered this morning and surprised that he had a family call. It took some effort to get him focused and prepared without much time to get settled and go through his weekly rituals here. Once on the call he was nasty, wanting to go home, and then trying to make his parents feel guilty for not letting him. His parents did great by replying that he was an adult and when he could take care of himself he could make those decisions for himself. Ev ended the call and his parents went along with it, said they'd talk to him next week. He worked on his goals for 2016.

MJ

Ev asked if he could speak with me and told me he had made a decision that he was going to stay and work on his program taking Waterfall Canyon off the table for today.

**Evan Harris**
January 5, 2016 1:00p.m

**Q & A Associates**
Tammy Robbins

Met with Rick and Kathy. Rick asked if I had been on the parent call. It was reported I had not due to another scheduled call. Both parents reported Evan being somewhat rude and ended the call. Rick stated he asked Evan if he thought his parents would be taking care of Evan in the future.

Evan evidently reported to his parents he had been suffering, spitting up blood and had a cold. Kathy stated she asked Evan if he had been smoking. It was reported she had hit the nail on the head. Evan has become a chain smoker and with the colder weather doing himself no favors. It was reported Evan is making the choices and suffering his own consequences.

We spoke of his rigidity and difficulty using executive function or PFC functions. His parents reported having Evan tested many times for ASD in which they could not get a definitive diagnosis. It was reported you can see tendencies associated with ASD. It was reported that staff are breaking down concepts and scheduling to help Evan better manage his day which inevitably keeps his anxiety lower.

Both parents are doing a great job on their role. They are working to stay out of the triangle. They felt more at ease with telling Evan no and supporting his independence. It was stated based on our conversation they needed to think about long term for Evan in that home should not be an option.

Kathy will be here the 9th, late in the evening. I will meet her at 9AM on Sunday to bring her to the nook for breakfast, This will give her the opportunity to see Evan work and see the restaurant. Staff will meet for dinner at 6 that evening. Her intentions are to pick Evan up from work at the nook and spend a few hours with him before taking him to work at Deerfield. On Monday Kathy would like to pick Evan up at 9AM at the farm and spend the day with him and take him to work that evening to Deerfield. Snow is expected during her visit which may affect the visit. It was made sure she has rented a SUV for the trip from Reagan.

Kathy asked about support if needed. She is worried Evan will walk off if she does not meet his demands. We talked through the process. It was stated if Evan walks off to let him go. She could notify me if there is a problem. It was reported Evan is not going far as it will be snowing and cold during her visit. It was stated she must no go after him as this will be a test for both of them. Evan will be looking for a rescue and Kathy will need to hold her boundaries. Kathy asked about cigarettes at the resort. It was stated there is not a place to purchase cigarettes and there is no smoking inside the resort. It was asked of her not to take him to purchase he can do that on his own time.

Meet Jan 14

Q & A ASSOCIATES 000183

**Evan Harris**
January 4, 2016 10:50pm

**Q & A Associates**
Journey WV

Evan was in an OK mood the rest of the day - until he got home from work. He couldn't find his contact solution. He located it finally in the trash in the bathroom. He went ballistic cussing and carrying on - threatening JH because he just knew he had trashed it. I just kept talking calmly to him while his roommate was in the closet praying. Didn't know he was in there until later. ðŸ˜€

Evan was informed that Sandy would speak with him about his 'bronchitis' during life skills on Tuesday. And that I should remind him not to smoke. He said he wouldn't but reeked of smoke when I picked him up.

He refused to do his chore tonight. RC

Q & A ASSOCIATES 000184

**Evan Harris**
January 4, 2016 7:39pm

Q & A Associates
Journey WV

Ev completed some of his chores. He continues to be slow to get started, to stay on task and complete most chores he is assigned. He does do better when cleaning to have a deep clean sheet. When feeding the horses he does ok with simple instructions i.e. One thing at a time. But starts asking when we are going back inside the moment that we go outside. He walks off while others are working.

Him and another client were joking around and then Ev ran to his room and grabbed the clients pillow. The other client ran up the stairs and then 10 mins later and complained of being kicked in the elbow twice by the other client. Ev then started yelling and cussing at the client calling him names. Ev called Sandy at some point and she called me. I let her speak with Ev about the situation.

Ev later said that he was upset about something else and didn't want to talk to Sandy the next day like he had discussed with her. MVA

Q & A ASSOCIATES 000185

**Evan Harris**
January 2, 2016 10:48pm

**Q & A Associates**
Sandy Schmiedeknecht

Ev called tonight stating he wanted to press charges against Tex. Ev reported that he was kidding around and Tex got mad and punched Ev in the arm. I asked him if the area was red no; swollen no; he stated there was no evidence but it really hurt. He stated if Tex had asked nicely Ev would have given his pillow back. I explained if he pressed charges that Tex could do the same and they would both be in trouble. He decided instead of doing that he wanted to make a plan to go to Waterfall Canyon again because "the staff doesn't care what you do and they care too much here". I told him he could make a plan but needed to think about it carefully and we would talk about it on Tuesday. I asked him to make amends and see how things looked tomorrow and I would try and stop out and see him when I returned in the evening. Hopefully things will be much different in the morning. I spoke with Michael following the conversation and stated it sounded as if Ev instigated the disagreement and confirmed there was no apparent injury.

Q & A ASSOCIATES 000186

**Evan Harris**
January 2, 2016 7:29am

**Q & A Associates**
Journey WV

Ev frequently asks if he is thin or if he looks fat. His roommate shared with me that Ev asks this every morning, and that Ev is "purging" regularly. I presumed that this meant he is vomiting regularly. SCS

**Evan Harris**                                          Q & A Associates
December 31, 2015 9:32am                                      Keith Bishop

Yesterday ev was pretty cooperative, following the process of the day. He becomes more anxious in the afternoons when doing chores as he is afraid he will not have time to get ready for work. Ev needs a pretty solid routine, and given that safety he does really well, he will need prompting if the routine changes so that he can prepare mentally for the change.

Q & A ASSOCIATES 000188

**Evan Harris**
December 31, 2015 9:32am

**Q & A Associates**
Keith Bishop

Yesterday ev was pretty cooperative, following the process of the day. He becomes more anxious in the afternoons when doing chores as he is afraid he will not have time to get ready for work. Ev needs a pretty solid routine, and given that safety he does really well, he will need prompting if the routine changes so that he can prepare mentally for the change.

Evan Harris
Q & A ASSOCIATES 000189

**Evan Harris**
December 29, 2015 4:35pm

**Q & A Associates**
Sandy Schmiedeknecht

Ev had a good day today. He told me he was assigned to one horse to take care of. He did a great job on his New Year's Resolution. I will upload it. He was pleasant and cooperative all day and his parent call was uneventful. Ev worked on a plan and would like to take Dahlia skating one day next week. He also made a plan to take out some money from his paycheck. We were unable to open his saving account this week as the bank was short staffed. We will work on opening it next week.

Q & A ASSOCIATES 000190

Evan Harris
December 29, 2015 10:53am

Q & A Associates
Tammy Robbins

Met with Rick and Kathy. Previously listened to Evan's LS call. Evan is like a small boy who is looking for instant gratification through gifts. He continues to ask for things in efforts of receiving packages. A text was sent to Marci stating I was going to ask his parents not to send anything else.

Kathy did a stellar job in telling Evan that he had a job and could purchase his own phone, she only needed to know when to shut it off. She told Evan she had suspended the phone due to his ugly and crude remarks to them through text. Evan also eluded to the fact his jeans are loose and he needs new jeans. Marci told Evan he could make a plan for jeans as he now has a job. Evan stated on the call that when asked to go somewhere no one would take him. It was reported to his parents it was important that Evan learn the difference between instant and delayed gratification. Evan also needed to learn that there were many individuals in his house and everyone had to be considered. Making a plan was part of the LS cirruculum as it promoted executive functioning skills and abstract thinking. Marci would help him to make a plan. We also discussed money and money management in Life Skills. Kathy had ask Evan if he had received a check and if so, was he saving money.

It was reported Evan has continued with therapy and establishing a connection with Jen. He is doing a good job of working out his emotions and thoughts. It was stated he reported feeling like the staff and peers care for him. It was reported Evan is doing some things right, settling in and becoming more of a part. It didn't mean everything was great but you can see progress.

A recent email was sent by Kathy about a trip:

Dear Sandy and Tammy:

My husband and I went over the calendar for January, and the best time for me to come visit Evan will be January 9-12. I would be landing in Washington D.C. at 2:25pm on Saturday and then flying back to New Orleans on Tuesday on a flight that leaves at 4pm. I've never been to the D.C. area before, so it may take me a little extra time to find my way around. I would plan to leave the Davis area after breakfast Tuesday morning.

I know these dates are earlier than we had previously discussed, but I'd like to take advantage of the warmer weather and avoid driving alone in unfamiliar territory on icy roads and snow conditions. I was also trying to avoid the Martin Luther King holiday weekend when Evan may be needed for work. Will these dates work for both of you and Evan's employers?

Please let me know as soon as possible.

Thanks, Kathy Harris

Kathy and I worked on a plan from a parent perspective. First, Kathy knows that she can't spend a great deal of time with Evan, it turns into a disaster. After looking at Evan's work schedule, it appears that he will work Sunday and Monday evening. Kathy is on board with Evan keeping his work schedule. She will be arriving on Saturday evening and depending on weather, it could be late. She knows if she gets lost or the weather is bad to call and I will meet her and bring her into the valley. Once she arrives at CVSP she will stay and meet Evan at the farm at 9AM. It was stated I would be happy to take her to meet him. It was reported she could take Evan to work on Sunday afternoon. She would like to have dinner at the restuarant that evening. I will have dinner with her and anyone else who would like to join. Evan will return home that evening and she can spend Monday day with him and take him to work again that evening. Kathy will need to leave the valley, weather dependent, by 11:30 or noon on Tuesday. She would like to see Evan in the morning and then return him to the LS office. She knows the LS office will be busy and would like to have a few minutes during the drop to see Sandy and Marci, to meet.

Based on last week's events, Kathy needs to see where Evan is living and working. She needs to see his world. Kathy stated she needed to have some peace and relax. Understood. She reported Evan will have a list items he will want and she does not want to be in that space with him. It was reported the valley would take care of that since we do not have strip malls and chain resturants. Evan can put in a plan to show her a few places to eat, hike or see during her visit. Due to the fact Evan needs to work, going off the mountain will not be an option.

Evan Harris
Q & A ASSOCIATES 000191

We will meet on the 5th to finalize any plans. Note: Kathy will tell Evan next week she is coming This worked itself out in that it will be short notice for work and won't be able to take time off.

Q & A ASSOCIATES 000192

**Evan Harris**
December 28, 2015 2:47pm

**Q & A Associates**
Jen Randall

---

Progress Note

Client Name: Evan Harris
Date of Session: 12/28/2015
Therapist: Jen Randall
Admission Date: 11/19/2015

Subjective: Evan stated that he had self-harmed last week. He had a wrap around his left wrist and pulled it off to show me a red mark on his left wrist. He said he did this after crying about a past negative experience with outsiders trying to break up a romantic relationship in the past. He said this came up now because he is trying to date someone here and there was a note passed to that young woman advising her not to date him. Evan said he felt supported and that he realized he is cared for and that both his peers and staff members are here to help him.

Objective: Evan was initially hesitant to give me any details of the self-harm incident and asked repeatedly if I already knew and if I would talk to his parents. After I reassured him that since staff already knew and had dealt with it accordingly, my only role today was to support him. He visibly calmed and then proceeded to talk more than he ever has before in session. He denied suicidal ideation, plan, or intent. However, he did give me details of other SI in his past during the break up of this romantic relationship that happened in the past.

Assessment: Evan seemed to be calmed back down when we spoke today after what I am sure was a tumultuous week for his entire household in the wake of the loss of one of their peers. Evan did say that he began to fantasize what his parents might do if he was suddenly gone and if they would understand his pain. While I normalized that thought process in the wake of this tragedy, I also reiterated the reality that he would not be here to know how others felt about him after he is gone. He said he knows that and would never really kill himself, but that he just wants his parents to see how painful it has been to move from program to program.

Plan: I congratulated Evan on having the courage to share all of this with me today. We also talked about his future plans to establish what he will do if he feels this upset again. He again pointed to the positive support he received from both staff and his peers to know that he has support. I asked to keep talking with me about his emotions in sessions each week so that he can better identify that he is getting overwhelmed before there is a crisis. He agreed and we will meet next week.

--Digitally Signed: 12/28/2015 02:56 pm:    Jen Randall

Q & A ASSOCIATES 000193

**Evan Harris**                                                **Q & A Associates**
December 28, 2015 9:41am                                        Journey WV

Ev completed most of his assigned chores. He goes out to help with the horses but tries to hide around the corners or stands and watches. If a client says anything to him he gets hostile with them. When I said something to him he said at least I did something.
Ev went to work Saturday and Sunday at Deerfield and the nook on Sunday.
Ev didn't want to participate in the sweat lodge with the rest of the group. MVA

Q & A ASSOCIATES 000194

**Evan Harris**
December 26, 2015 5:43am

**Q & A Associates**
Journey WV

Ev did not join everyone for Christmas dinner last night, ostensibly because he "does not believe in Christmas" (as he told one of his housemates). He had, however, earlier participated in opening presents. Later in the evening EA found him crying in the upstairs bathroom and spoke with him (i do not know what was said). Immediately after, Ev came down to get his medication, and I asked him what was bothering him. He told me that an event had occurred that reminded him of past emotional trauma, and that it had hit him all at once; he stated that this was the reason he did not join everyone for dinner. The current event that triggered this was a note written by a girl to another girl that he is infatuated with. This is the same note that Dan recorded remarks about on Dec. 24th. The note apparently encouraged the recipient to not have anything to do with Ev. Ev told me that it reminded him of a past situation where his "fiance" left him at the urging of her friends and family. He told me that he "was going to ask her to marry him, and they were going to have kids and everything". Ev told me that after this he was very distraught, and mentioned a series of suicidal ideations and attempts involving firearms. He seemed to have calmed down after this and i gave him the many-fish-in-the-sea pep talk. SCS

Q & A ASSOCIATES 000195

**Evan Harris**
December 24, 2015 10:16pm

**Q & A Associates**
Journey WV

In light of this weeks problems, I asked all the clients if they wanted to go to CR with me tonight. I explained to Evan what it was and stated that he needed to let me know. He hadn't said anything earlier but when I arrived at the farm tonight another client said he was going. I laid down the rules and he said he was OK with them. He broke every one and said with an attitude that he had only gone for the food. He was fine when we were eating but developed an attitude of disrespect after that. I don't believe he will attend again but f he decides to go at a future time he will need to acknowledge his not following the rules and his lack of respect. RC

Q & A ASSOCIATES 000196

**Evan Harris**
December 24, 2015 5:28pm

**Q & A Associates**
Keith Bishop

---

Ev continues to have difficulty managing his anger and impulsiveness. He lost his temper while feeding the horses when I gave him some instructions. He was screaming obscenities and racial slurs at me, and at one point threatened to beat up MD. I sent him out of the barn, and let him know that no one would be transporting him anywhere until he could treat the staff and other clients with some basic respect. When I returned to the house client JK reported to me that Ev was cutting his arm in his room. I went upstairs and inspected his arms. He had 1 very superficial scratch on his left wrist that was not bleeding. He was calm, apologized for the previous incident, and said that he was upset because one of the girls was trying to break up the "relationship" he thinks he has with DF. I pointed out to him that calling DF his girlfriend before they've even been on a date is premature, especially when he doesn't even know her last name. I encouraged him to avoid getting sucked into other people's drama. I also told him that I would continue to hold him accountable for his actions to help him practice impulse control and anger management. He decided to accompany the other boys and Rene to celebrate recovery and was smiling as he left. Dan

Q & A ASSOCIATES 000197

**Evan Harris**                                                                 **Q & A Associates**
December 24, 2015 10:00am                                                        Sandy Schmiedeknecht

Ev had another call with his family yesterday morning. He was respectful and polite when he was in the office. His call was uneventful except he complained of not sleeping. He is to take benadryl at night if he is not sleeping well.

Q & A ASSOCIATES 000198

**Evan Harris**
December 23, 2015 9:52am

Ev and I had several confrontations yesterday. He got aggressive and angry when he didn't get his way, and was posturing and yelling obscenities. Each time I was able to pace and lead him to a calmer state after a while. Last nite we had a long talk and Ev told me that he has issues with me because I remind him of his grandfather, who he says beat him and his grandmother. He recognized that contributes to his anger issues and impulsive behavior. He was crying quite a bit at this point. I recommended that he share this with Jen, and that I would help him implement any recommendations she made. Dan

Q & A ASSOCIATES 000199

**Evan Harris**
December 22, 2015 11:07pm

**Q & A Associates**
Journey WV

Evan's behavior tonight was all about him not getting his way. He was greedy trying to get more than his share of dinner and dessert. That prompted an argument with JH. Evan instigates altercations with his mouth and then hides behind calling 911 or his mother. He definitely feels more privileged stating his family has WAY more money than any of the other clients. (And it came out of left field). While speaking with Keith it was discovered that part of his problem was fearing what would happen to his job when he told Matt about the cinder block in the barn that he destroyed.

He also shared that he didn't like showing his feelings in any way - he sees that as a sign of weakness. RC

Q & A ASSOCIATES 000200

**Evan Harris**
December 22, 2015 5:53pm

**Q & A Associates**
Sandy Schmiedeknecht

Ev did not make it in for his call and it has been rescheduled for 9:30 tomorrow. I understand that he did speak with them today but they have requested his call be done tomorrow as well I also understand he was disrespectful cussing and screaming in the office. Keith was notified and worked with Ev to get him redirected and he did settle down. He was hyper focused on his packages (one that he could have today and one for Christmas).

Q & A ASSOCIATES 000201

**Evan Harris**
December 22, 2015 12:50pm

**Q & A Associates**
Tammy Robbins

Met with Rick and Kathy. Both parents went right into the email sent last night by Angie. Rick stated they were having trust issues as this was a completely different set up than before. Basically what he is saying is working to make a connection, a trusting relationship. Both parents have been very supportive of our efforts in order to help Evan to move forward.

They struggled to understand the events as only limited information was given. It was reported that it was a single accident, no other students were involved. From a safety perspective, it was not a typical behavior the other clients would be engaged in. It was stated the father had been in town for the morning and as difficult as it was, he was very supportive of our efforts and the other students time at Journey house. It was stated that once the family has had some time, a more detailed account could be given.

They asked if Evan roomed with the student in which the answer was no. It was also asked if he was close to this particular student. It was reported all the boys were close as they share the same space together. It was reported the boys were fully supported. It was stated Jen, the therapist and other staff had spent time at the boys house to assist with the loss. It was reported the most important thing was for the boys to keep moving into their daily life.

Kathy asked if Evan wanted to call home could he? Of course. It was reported that if any of our students wanted to call home a mentor could help facilitate the call. It was reported we live wide open here, there are no secrets. Details were not being given out of respect for the family at this time. It was stated the students were our family. We live our lives with them and are here out of our passion to see them flourish into adulthood.

Rick asked about Deerfield in which it was reported that Evan was working 4 to 5 days a week and doing a great job. In the absence of the phone, he was making progress. It was stated Evan could work up to making pizzas and participating behind the line. It was stated that in a conversation with Evan we discussed the job he was doing and ownership he was taking in his work. He was also saving money and learning. It was reported Deerfield would be very busy for the next couple of weeks due to the Christmas season and the start of ski season, even though there was no snow. Rick asked about his schedule in which it was given from the master calendar. They asked about the logistics of rides.

In a follow up text from Kathy, Evan has tried to call his mother. She sent back times she would be available. In efforts to support the family and Evan, a text was sent to facilitate a call to ease their minds.

Meet next week.

Q & A ASSOCIATES 000202

Evan Harris                                                              Q & A Associates
December 21, 2015 2:30pm                                                       Jen Randall

<hr>

Progress Note

Client Name: Evan Harris
Date of Session: 12/21/2015
Therapist: Jen Randall
Admission Date: 11/19/2015

Subjective: Ev talked at length today both about his pattern of substance abuse and what he described as the signs that he had crossed the line into addiction; such as, tolerance, and frequent hospitalizations. He also was very compassionate in his discussion about how hard his behavior has been for his parents.

Objective: Ev smiled broadly as he came into session. As usual, he had a backpack with him, along with his headphones on. He did sit down and take the headphones off, focusing on session quickly.

Assessment: Ev seemed to be sharing much more of his background with me today from a more compassionate perspective for all of the people in his life he has hurt. I observed that shift verbally to him and he responded that he has been exploring the idea of being in a romantic relationship and knows that he has to be more caring to do so with someone.

Plan: We used the white board to visually depict the addiction cycle and illustrate what Ev shared today. He said that while he has seen something similar before, it was helpful to see how his addiction has negatively impacted his ability to have the type of connections he wants to have. He did ask that we continue working on processing how usually getting everything he wanted has left him ill-equipped to deal with being an adult.
--Digitally Signed: 12/21/2015 02:36 pm:    Jen Randall

Q & A ASSOCIATES 000203

**Evan Harris**
December 21, 2015 7:25am

**Q & A Associates**
Keith Bishop

Evan had a much better weekend, following his routine as strictly as he could. He also seemed to socialize a bit more with his peers. He struggles a lot with schedule changes or differences in his routine.
He still struggles with the reality that this is his life, often saying he only has to do this for a little while longer and then he gets to go home.

Q & A ASSOCIATES 000204

**Evan Harris**
December 15, 2015 10:09pm

**Q & A Associates**
Journey WV

Evan was called twice for dinner tonight. The first time he ignored the call; the second time he said he was in the shower. He tried to get a plate to eat but I told him dinner was over. He threw the ate in the floor and stomped upstairs. How the plate didn't break I don't know.

While upstairs he called his mother.

MDe had a meltdown later and stormed upstairs. While up there he thought it best to inform Evan of his responsibilities. Needless to say that didn't go over well.

I did dish up a plate for Evan and left it sitting out. About 9:30 he came down and did his chore and ate the dinner then took his meds and went upstairs. RC

Q & A ASSOCIATES 000205

Evan Harris                                                        Q & A Associates
December 15, 2015 10:09pm                                          Journey WV

Evan was called twice for dinner tonight. The first time he ignored the call; the second time he said he was in the shower. He tried to get a plate to eat but I told him dinner was over. He threw the ate in the floor and stomped upstairs. How the plate didn't break I don't know.

While upstairs he called his mother.

MDe had a meltdown later and stormed upstairs. While up there he thought it best to inform Evan of his responsibilities. Needless to say that didn't go over well.

I did dish up a plate for Evan and left it sitting out. About 9:30 he came down and did his chore and ate the dinner then took his meds and went upstairs. RC

Q & A ASSOCIATES 000206

Evan Harris
December 15, 2015 7:28pm

Q & A Associates
Sandy Schmiedeknecht

Ev was on edge all day. Ev's entire focus on going for a visit is not to see his family but to see and hang out with his friends. He initially did not want to have his call but I asked him to go ahead and speak with his parents, which did not go well as his mother told him they were going to talk now and Ev wanted to talk this evening so he hung up and tossed the phone across the desk. She texted me around 5 pm and told me she had suspended his service. He will still have access to the music that he already loaded on his phone. Will see how he does. Ev did ask to work 7 days a week

Q & A ASSOCIATES 000207

Evan Harris
December 15, 2015 3:15pm

Q & A Associates
Tammy Robbins

Met with Rick and Kathy. Had previously listened to the LS call. Evan reported to his parents that he would talk to them this evening. Kathy did a great job in saying no that the LS call would be their call. Evan stated they had ignored his call all week and he would speak to them tonight. Kathy again stated she they would use the LS call. Evan hung up.

On my call we dove right in to the need to cut the call, natural consequences for total disrespect. Kathy stated she wanted to know if he could still have his music. It was reported if she suspended the phone he could listen to the downloaded music. When Rick was asked how it was going, he stated it had been quiet. He had blocked his number and therefore had not had calls with Evan. Kathy stated she had a couple but had stopped.

It was reported that Evan was making a small shift. This was impart to them creating boundaries. It was reported Evan had been working at the nook 4 or 5 days a week and doing a good job. He was stepping up in the house as well. It was stated that he had continued to go to therapy and was engaging into conversation with Jen.

It was reported Evan is looking to purchase a ticket to go to a wedding in Jan in LA. His mother told a story of taking Evan for an overnight at this previous placement and had to bring him back as a result of his behaviors. Kathy stated he was always looking to punish them. It was reported that with Rick's statement of it being quiet, it needed to continue. If Evan was going to make a go of the opportunity provided he would need to be on his own with the support of staff. It was important for them to know that he was not in a position to have a relationship with them as he can't have one with himself at this point, he can manage. This is what the staff was for.

Rick and Kathy have established more trust in the program and feel better about turning off the phone. Lets see if they do. They have sent him Chirstmas presents but no food or electronic devices.

Meet next week.

Printed from HostNicer CRM

**Evan Harris**
December 15, 2015 8:18am

**Q & A Associates**
Journey WV

Evan maintained a good attitude yesterday. He went above and beyond in doing chores. He kept at it even when others weren't. His spot with Jen started at 4:30 when he was supposed to start work. He was very concerned about that. I shared about my conversation with Scott and he calmed down. He pushed to not get his sleeping pill until midnight. Said he was going to speak with Sandy regarding this matter. I caught him not taking all his meds last night so keep a watch on this. RC

Q & A ASSOCIATES 000209

**Evan Harris**
December 14, 2015 5:17pm

**Q & A Associntes**
Jen Randall

Progress Note

Client Name: Evan Harris
Date of Session: 12/14/2015
Therapist: Jen Randall
Admission Date: 11/19/2015

**Subjective:** Ev agave me the details of a conversation he had with his parents recently in which he admitted to trying to push them emotionally into giving in and letting him come home when he wants to. He then said that he has often done bad things and makes bad decisions and does not view himself as a good person anymore becuase he knows he is just using his parents for their money.

**Objective:** Even though Ev smiled as he reported the words each side used in this verbal argument, he also said afterwards that he is worried (and there was concern in his facial features) that he does not know any other way to interact.

**Assessment:** Ev seemed to respond well after initially being derailed by my question of how long he thinks he can gt away by hustling people. He spent some quiet time and then finally said that he knows there is a part of him that wants to have real connections with people.

**Plan:** I asked Ev to spend the week in between our sessions thinking about what it might mean for him to try a different way of interacting with people, particularly if he could learn how to be more self-reliant. He agreed to do so and we will meet next week.

—Digitally Signed: 12/14/2015 05:21 pm:    Jen Randall

Q & A ASSOCIATES 000210

**Evan Harris**
December 14, 2015 7:42am

**Q & A Associates**
Journey WV

Ev completed his assigned chores. He is still slow to help and does minimal of tasks. He stated them at he enjoys working at Deerfield. MVA

Q & A ASSOCIATES 000211

**Evan Harris**
December 12, 2015 6:17pm

**Q & A Associates**
Sandy Schmiedeknecht

Evans mother is working on shutting off his phone. She is having to re-do the plan and it is a lengthy wait. I suggested in the meantime she block his number. His prescriptions have been called into Walgreens.

**Evan Harris**
December 12, 2015 6:02am

**Q & A Associates**
Journey WV

---

Ev opened up a little last night, asking me if i thought he was a bad kid (no) and if his behavior ever irritated me (yes, very much so). He recognized his tendency to isolate himself, and characterized it as a way to cope with fear of acceptance. He also expressed awareness of his disrespect for others and himself. He asked for advice on steps to take to overcome these behaviors. I told him that he could willingly participate in group activities and do his share in meeting group responsibilities (chores). In regards to self-respect, I told him that working to meet his own basic needs instead of expecting others to do so would build confidence and self-respect. Additionally, confidence could be built by trying to do a given task on his own, and then asking for help if he needed it, instead of immediately asking for help when a task is assigned (his asking for "help" seemed to be used as a synonym for "do it for me").

Arriving at the house after this discussion (it occurred during his ride to and from work) Ev took it upon himself to clean some dishes, even though he had no assigned chores on Friday. He really seems to enjoy his job, and expressed a desire to be there every day, if he could. SCS

Q & A ASSOCIATES 000213

Evan Harris
December 11, 2015 6:06pm

Q & A Associates
Keith Bishop

Evan continues to refuse to work or do chores unless a mentor is standing right next to him. He said all he needs to do is misbehave enough and his parents will send him back to waterfall canyon or let him come home. He takes no responsibility for the choices that he's made and blames his parents for his unhappiness. Several times he demanded that he be allowed to eat what he wants and do whatever he wants. I informed him that no one will be giving him rides if he's treating them like servants.

While we were grooming the horses, Evan was talking on the phone to his dad about movies rather than paying attention to what he was doing. Dan

Q & A ASSOCIATES 000214

**Evan Harris**                                                     **Q & A Associates**
December 11, 2015 9:27am                                           Sandy Schmiedeknecht

Ev called this morning to ask about coming in as we discussed on Tuesday as Stephen said no since it was not on the
calendar. When I contacted Stephen he texted that Evan had been disrespectful to Gerald and did not fix dinner so Keith
suggested Ev not come in. I returned Ev's call and asked if he had been disrespectful to Gerald and he told me he was. The
food continues to be an issue as he will eat meat, vegetables and salads but does not want pasta (but does love his PB&J). I
explained to Ev that he must be respectful to everyone including his parents, do what is assigned to him, and work on his Life
Skills and then he can come in for some extra time. It is my opinion that Ev will respond to a more non-confrontational
behavioral approach. He stated he would try and I told him we would try again next week.

Q & A ASSOCIATES 000215

**Evan Harris**
December 8, 2015 8:18pm

**Q & A Associates**
Sandy Schmiedeknecht

Ev's mother did a fantastic job of holding the line with him. She was very clear that he would not be coming back to the house to live. He was hear to learn to be independent. She also told him the next time he speaks to her as he did this past week (end) she would hang up. He did ask to speak with her alone and she told him she would only speak with him on Tuesdays if he was going to say "awful and abusive"things. Ev did ask if he could come in on Friday to download some things. I told him he could but had to work on his Life Skills only on Tuesday. Once he is finished with his chores and any jobs, I am fine with him coming in for a bit. I also told him no more running off or calling/texting his mother hateful things. He smiled and said you know everything don't you...Why yes I do! I am the Q.

Q & A ASSOCIATES 000217

**Evan Harris**
December 7, 2015 10:26pm

**Q & A Associates**
Journey WV

Evan seemed to enjoy work at DF tonight. He came home and chowed down what was fixed for dinner - even complimenting JK for the job he did in the turkey. He's insistent that he be allowed to take 2 or 3 shirts a day. The other guys tried to tell him about this house being in a well but that didn't matter to him at all. RC

Evan Harris                                              Q & A Associates
December 7, 2015 4:27pm                                      Jen Randall

---

## Progress Note

Client Name: Evan Harris
Date of Session: 12/07/2015
Therapist: Jen Randall
Admission Date: 11/19/2015

Subjective: Ev had several questions about my informed consent and wanted to be sure that he could quit if he wanted to in the future. I answered his questions and then we discussed how he has quit everywhere else his parents have sent him in an effort to just get them to rescue him and let him go back home. He acknowledged that he has sent some mean text messages to his parents over the last week trying to manipulate them into going home.

Objective: Ev smirked as he talked about running away from various placements. It was clear that he often exaggerates his limitations so that others will do for him.

Assessment: Ev appears to be very good at getting out of having to work. He did say that his lifelong career aspiration is to work in a restaurant and maybe eventually start cooking. He said that he sees himself living at home, perhaps with his grandmother since she has more money than even his parents.

Plan: Ev did say towards the end of our session that he sees a possibility to work, save money, still return home, but to do so as a man instead of a child. We will meet again next week.
--Digitally Signed: 12/07/2015 04:32 pm:    Jen Randall

Q & A ASSOCIATES 000219

**Evan Harris**
December 7, 2015 7:58am

**Q & A Associates**
Journey WV

Ev continues to struggle with chores. He has to be told constantly about daily chores. He has not been eating with the group. He says that he doesn't want or have to. He stated that he has food and will just eat his sandwiches instead of with the group.mva

Evan Harris

Q & A ASSOCIATES 000220

Evan Harris                                                          Q & A Associates
December 5, 2015 5:47am                                                   Journey WV

Evan avoids chores and participation in group activities as much as possible, typically by staying in his bedroom. He is on his phone EVERY time I retrieve him from his bedroom to do his chores or help with group projects.

After feeding the horses in the arena Friday, he retreated to the house because he "needed to pee really badly" instead of joining the rest of us at the upper barn to complete feeding. I left him there, as I wanted to be done before dark. Two of the other boys, who had been working all day with Pat, walked up to the upper barn as we were finishing. One of them reported that Evan was eating snacks and stashing away food when they left the house. Evan's chore that day was cooking dinner, which he initially refused to do. He wanted to know if there were consequences for not cooking. I told him that everything has consequences and that i wasn't going to give him a roadmap of the outcomes of his possible future decisions. I then left him in his room, and devised an alternate plan for dinner. Evan emerged from his room during this process, and decided that he would cook dinner. There was then a pointless argument about what he was cooking (pulled pork vs. pasta), which was resolved rather quickly. A couple of his housemates assisted in cooking, as Evan didn't know where to began because "he doesn't cook". I told him he does now. SCS

Q & A ASSOCIATES 000221

Evan Harris                                                    Q & A Associates
December 3, 2015 6:00pm                                        Journey WV

Ev has tried to control and manipulate throughout my entire shift. He drags his feet when he has chores to do. He always claims he has to use the bathroom and hides in there listening to his music. He showers 3 times a day but you can hear the water running and he is not in it. He is hyper focused on his food and not wanting to eat with everyone else and wanting to be able to snack later at night after he refuses to eat the house meal. This is definitely culture shock for him. When I refused to allow him to eat a jar of peanut butter 10 minutes before dinner was to be served that was the last straw for him and he proceeded to pack up and runaway. He made it 1000 feet form the farm. Despite all of the negative I have seen him grow in his confidence with the horses, he isn't afraid of getting dirty when he has to and is willing to do his chore. - GJ

**Evan Harris**
December 2, 2015 5:40pm

**Q & A Associates**
Sandy Schmiedeknecht

Evan came in today and discussed a couple of very superficial concerns that have been addressed already by his mother. His package of clothing is on the way, his ITunes card is on the way, Gerald is taking him to speak with Colleen tomorrow about a job at the Nook, and he wants peanut butter and jelly sandwich before bed. I discussed this with Gerald and he provided the other side of the food issue. Ev will need to be encouraged to eat at suppertime instead of waiting until bed to make a sandwich. He remained respectful throughout the entire conversation.

Evan Harris

Q & A ASSOCIATES 000223

Evan Harris
December 1, 2015 8:17pm

Q & A Associates
Tammy Robbins

Met with Rick and Kathy. Both parents listen to the support given and so far have honored. Evan is struggling with a huge bit of entitlement. He is holding his parents emotionally hostage. He is sending text stating he would purchase a plane ticket to LA for Christmas and wanted to know if he could stay in his room. This was pointed out as he wanted to be the little boy taking care of. Agreed.

It was reported Evan, who wanted to be called Ev, has disrespectful, claiming if he had to participate in chores or do something he felt he didn't have to, then he would call his parents or have staff sued. His father laughed at the comments. Rick stated Evan had been contacting him wanting things. It was reported they needed not to get him anything as he needed to get a job and begin to take care of himself. Evan is also holding them emotionally hostage with other members in the family. It is apparent this i a well-to-do old money large family. Evan is creating guilt using the other members who would want to see him over Christmas. It was important to help them to see just how he is baiting them and holding them emotionally hostage.

It was reported the bottom line is Evan is entitled, spoiled and used to getting his way He was like a young child in the grocery check out wanting candy, elevating his behaviors to the extreme to get his wants, his needs have been covered. Both parents agreed. It was stated it was not being said he does not have anger issues however, it is evident he has escalated and habitually uses his anger to get his way.

It was stated they needed to back out to a safe line for themselves and give him the opportunity to get his way. They spoke of his cutting, superficial marks. It was stated the staff has seen this many times. We would use protocol if needed however, with the narrative told on their part this was used for attention and sympathy. Again, to get his wants met. They told as in somewhat fear if they set strong boundaries. We charted new waters to help him to see if he gets mad, throws a tantrum or cuts, we would support. What would be important for them is to allow the process to happen without disruption.

Kathy reported the LS call was difficult and they led. This was a great opportunity to discuss how the call is designed for Evan not them; he is to direct. Evan told them on the call he would directly contact them tomorrow. The broken record approach to guilt them into a rescue home. They are to tell him they have 5 minutes. If the broken record starts, and it will, to let him know they will not speak to him unless he can talk as an adult.

While this may work in the short term, Evan's phone will need to go. This has been seeded.

Meet Dec 8

Evan Harris                                                    Q & A Associates
December 1, 2015 6:00pm                                              Journey WV

Ev has difficulty getting focused in life skills but he does attempt to some of his work but quickly gets sidetracked with wanting internet and updating the music on his phone and laptop. He is not fond of being told no. - GJ

Q & A ASSOCIATES 000225

Evan Harris
December 1, 2015 5:51pm

Q & A Associates
Sandy Schmiedeknecht

Ev and I discussed his challenges with time management, food, chores, etc. I encouraged him to set his alarm and get up 1/2 hour earlier so he would have plenty of time so he could eat a good breakfast. I have also encouraged him to drink 16 oz of water with each set of pills so they don't settle in his stomach. His call was uneventful. His mother set up that she would call him in the evening after dinner tomorrow. He struggles with making a plan which he is to work on regarding going home for Christmas. He told me his parents said he could not stay at the house but could stay in a hotel and come over during the day. We discussed the expenses and he felt his parents would split the cost of the flight and pay his hotel. He turned in a plan for an xbox! He has still not obtained a job but will need to work in a Q & A business such as the Nook as a dishwasher so we can assess his ability to follow directions and work semi independently.



Q & A ASSOCIATES 000226

Evan Harris                                                    Q & A Associates
December 1, 2015 5:40pm                                              Journey WV

Ev's main goals today were to get more food & to get internet access. He struggled with filling out his family call plan and a plan to get a gaming system but he did it. He does not enjoy the work on the farm especially feeding the chickens & goats. He's supposed to follow everyone so he can learn but manages to always be in the bathroom while chores need to be done.
-GJ

Q & A ASSOCIATES 000227

Evan Harris
November 30, 2015 9:31pm

Q & A Associates
Journey WV

Evan wants what he wants when he wants it. He doesn't seem to understand no or that things are not always like they were at home.

We went over the food rules again. He didn't have any snacks left and wanted to have another sandwich. He said he had run out and he needed more money for next week. We talked about budgeting money and food.

When we drove to CVR today he was highly annoyed that he couldn't get internet or phone access in the park. He was also upset that he wouldn't be able to use the gym because it is closed until 12/18. (also his idea of working out at the gym is 2 hours on the treadmill and 1 hour doing weight training)

He wanted to know if there would be any problem with him going for a walk. I shared that there were rules that would need to be followed for safety since this was a country road and most people went over the speed limit. One of the rules had to do with not having both ears covered with head phones. He DID NOT like that.

He did not understand and was unwilling to understand the 'on time' concept. He told me to just speed - that's what his parents did. They also were always late for stuff and it was no big deal. RC

Q & A ASSOCIATES 000228

**Evan Harris**
November 30, 2015 5:52pm

Q & A Associates
Jen Randall

Ev and I met for a second time today to go back through the intake assessment process, since he was unprepared to do so during our time together last week. He gave consent to participate in the NATSAP study, as well as going through the OQ, the FFMQ, and the FAD-GF. His scores were consistent with somebody that is currently not experiencing any significant symptoms; however, given many of his questions during the assessment process it was clear that he was minimizing his current level of functioning in an attempt to present himself as a ready to leave and be on his own. He did ask to meet again next week, and we will go through the informed consent process as well as my professional disclosure at that time.

--Digitally Signed: 11/30/2015 05:55 pm:  Jen Randall

Q & A ASSOCIATES 000229

**Evan Harris**
November 30, 2015 7:29am

**Q & A Associates**
Journey WV

Evan completed his assigned chores but had to be called back to finish his tasks. He prefers to be called Ev. Ev has a sense of entitlement and frequently says that he is going to tell his mom when he doesn't want to do something. Ev was able to attend the stained glass class with tom on Sunday. MVA

Q & A ASSOCIATES 000230



Evan Harris
November 26, 2015 10:00pm

Q & A Associates
Journey WV

Ev tried to keep focused in life skills but was easily distracted. His main priority was getting internet access and catching up on the walking dead. He had no honeymoon period. Our first outing he is bumming cigarettes from strangers and sneaking away to play in the electronics department instead of helping. He struggles with waking up on time and following his meal plan. I explained one morning when he woke up late that he had missed breakfast and his first reaction was telling me his mom was going to sue me for not giving him his meds which is something that was never mentioned. He showers 3 times a day but I think it is more time for him to be alone and listen to his music while the water is running. He didn't want to help with thanksgiving preparations. - GJ

Evan Harris                                              Q & A Associates
November 25, 2015 5:19pm                                 Sandy Schmiedeknecht

Evan did well his first life skill day on Tuesday. He did complete the first chapter on Making Decisions but we are going to move him to the easier curriculum as he has limited vocabulary and understanding. He was pleasant and cooperative. He attempted to start to get amped up and wants to go back to Waterfall Canyon. I explained that I am sure they are going to want to see him demonstrate that he can care for himself, his environment, hold a job down, maintain his sobriety, etc. and when he was able to do this, I would help support him in whatever further avenue he chose. He does much better if you walk beside him as opposed to setting up barriers or drawing a line in the sand.

Q & A ASSOCIATES 000232

**Evan Harris**
November 24, 2015 8:57am

Kathy sent several text from Evan to keep everyone on the same page about his thoughts/plans. Updates were given to Kathy as well. Keith was contacted this morning for an update and Kathy was updated. Kathy sent the appropriate text to Evan yesterday stating if he wanted something different in his life he needed to put in a plan with Marci and Sandy. She did.

**Evan Harris**
November 23, 2015 6:46pm

Evan came in today and had several questions about who I was and my role as a counselor here. He was clearly upset and was not in a space to either go through informed consent or the NATSAP intake paperwork. We therefore spent our time talking about what this place is and is not from my perspective and what we could offer him in terms of getting the independence he says he wants. He was very interested in what my thoughts were on the feasibility of hi making a plan and getting to leave to go back to another program he had run away from; however, he quickly shifted his focus to working on a plan tomorrow after a quick review of the elements out here in the winter as well as the surrounding wildlife. He smiled broadly and agreed that he does a very good job at hiding who he truly is behind a tough guy exterior. I offered up as closing today that I would love to work with him if he decides to stay.

--Digitally Signed: 11/23/2015 06:49 pm:  Jen Randall

Q & A ASSOCIATES 000234

Evan Harris
November 23, 2015 3:37pm

Q & A Associates
Tammy Robbins

Met with Evans parents. We had a good 45 minute phone call. Both parents were very open to receiving information about the program and their new role. We jumped right in to my role as their advocate and background that led me to this position. The roles of staff were given as well.

Kathy reported the numerous text received by Evan and his determination by guilt and manipulation to go home/to leave. He has used the old, "if you loved me and you said you would take care of me" lines to guilt her into the rescue. The phrases were a perfect opportunity to illustrate the "hook and bait" process. The metaphor of Evan being a fisherman with several poles, baited, and looking for them to bite. It was reported they had been biting and how the reactionary space has created a young adult how is enabled and disabled.

We discussed the training ground where we do not operate off of restriction or punitive behaviors, they simply do not work. His parents were able to reflect back on many occasions where they used the process of "dangling a carrot to create a shift" to get their desired behavior. Rick stated several times how they tried to keep Evan home for three years but could not make any progress. This was used to help them to see this was the end of the road for Evan and now it time for Evan to take the ropes and work toward making his own decisions and deciding his quality of life. Evan has depended on them for rescue and the decision making process and his parents have obliged.

The program was discussed from a framework of "his training ground", a place for him to practice, receiving bumps and bruises all necessary to the growing process. It was reported we would not keep him from falling but walk beside him for support. As their advocate we would work together to help them to step back, turn our own ship that would in turn help Evan to shift into a more adult capable role. Kathy stated Evan has continued to send text, make calls and ask to return to another program. The illustration of "the grass is always greener" approach was being used. And "wherever you go there you are" is the reality of the situation. Empathy was used as Evan has been to Waterfall and Aspiro, both structured programs. It was reported while there is some structure it is not a treatment program. Evan will be responsible for farm work, household responsibilities, etc. and to find employment to begin creating a life. It was stated this was not an easy process as it is not supposed to be. It was reported that for most of us we had to get out into the chaos to find our way. It was stated that chaos is where we grow and Evan had a great opportunity to grow and move forward in his life.

It was reported that Keith had been contacted before the call to get an update. It was stated Evan was struggling and not putting in any real effort. It was stated that each time they respond to a phone call or text they are enabling the process of him remaining stagnant. It would be crucial for both parents to respond sparingly to his contact. Both parents stated they feared he would walk off. It was reported that if he did we would keep up with his whereabouts and Evan would return. Its cold and he does not have the resources or life skills to go very far. Again, this was more about the hook and bait to get the rescue. It was reported the community is very good about alerting staff if one of the clients are walking in the community, the community is our facility. It was reported that we would not lay our hands on him, restrain or make him get in a car. This would be punitive and painful. Evan is scared and running from self, from his life and the process of making any decisions for himself.

Toward the end of the call Kathy stated she was exhausted over the amount of calls and texts. She agreed not to respond and to put her phone in the bedroom and walk away. It was stated no news was good news. If they were notified that did not mean something terrible had happened it would be about keeping them updated.

It was stated they had my cell and email and could contact anytime. Kathy was taught how to paste and copy text messages to keep everyone on the same page with Evan.

Meet next week

Q & A ASSOCIATES 000235



**Evan Harris**
November 20, 2015 3:40pm

**Q & A Associates**
Sandy Schmiedeknecht

Evan came in and completed his initial assessment. His mother called and is concerned that he is not on Lithium extended release and is taking amantadine twice a day. She gave me his home psychiatrist contact information and was certain that he would follow Evan. I have sent him an email with the pharmacy contact info, Dr. Trefzger info in the event he is not going to follow him and the opportunity if he is to schedule a call or Skype session. She just really wanted to talk about how she has managed him and how difficult it was going to be, etc. etc. I told her there were 20 of us to do what she had been doing and many many years of experience. She stated she felt more comfortable and I told her that Tammy is who she will give her updates and will be in touch.if not already to begin calls to support them while we support Evan. Evan stated he wanted to get his driver's license so I gave him the book to begin studying this weekend.

Q & A ASSOCIATES 000236

**Evan Harris**
November 19, 2015 5:07pm

**Q & A Associates**
Sandy Schmiedeknecht

Evan has arrived and is getting settled in. His EC has been notified. I have sent the parents a quick note and a copy of the med sheet since they seemed concerned when they spoke with Audrey. Evan will come in tomorrow for his initial assessment.



**Evan Harris**
October 21, 2015 2:12pm

**Q & A Associates**
Audrey Peavey

Spoke with Christie about this young man a few months ago as well as the dad. She called a few weeks ago and said he ended up at Waterfall Canyon, but then got asked to leave because he kept 'finding" drugs and inappropriate online activity. He is currently at Aspiro with Caitlin. Spoke with Dad last week and they really like the idea of coming our way when he is done. He has 4 to 6 weeks more there. He's doing well, but says he will still do drugs if they are around.

**Evan Harris**
October 21, 2015 2:11pm

**Q & A Associates**
Audrey Peavey

Contact Created