

## CLIENT MEDICATION COMPLIANCE

I, __EV harris__, an adult, am solely responsible for managing my medications. I will take any of the prescribed medication(s) as directed by my physician.

Should I desire to change or discontinue the medication, change the time of administration or route of administration, I am solely responsible to contact my physician and obtain a written change in the order(s).

__EV harris__ _____

Signature                                               Date