7/24/16

At 5:30 a phone call was made
to Rich Harris. It was reported to Rich
that Evan had hung himself and had
passed away. Rich struggled to make
sense of what was said and then
become very agitated and angry. Rich
asked what time the passing had
occurred and it was stated around
3pm. Rich stated it was with a blue
and white rope. This was not confirmed
or denied. Rich stated the program was
to be keeping eyes on them. It was stated
it was not unusual for a student to
walk outside, the barn was 100 yards
away. Rich stated he was angry it was
Slated understood. He stated the weather
there was bad and may not fit it. It was
reported the sun had been out and
the roads have cleared. The airports have
reopened but back logged. Rich took my
number said he would till his wife.
Rich stated he would live with this for
the rest of her life more than he
would. It was stated, I understand

Tammy Rollins - Ellis