Statement of: Eric Henry Allman
Taken By: Deputy B.T. Zirk
Date: Sunday, January 24, 2016
Time: 1746 hours


Q: What Happened?
A: Ev Decided to hang himself.

Q: What can you tell me about Ev?
A: He was reclusive definitely a intrivert he didn't like authority and recently prone to self harm.

Q: Did Ev ever talk about suicide?
A: Once actually multiple times and one when he really said suicide. He said he had tried in the past to commit suicide.

Q: Has he made any comments about committing suicide?
A: He did today was the most recent one. He asked what would you do if I committed suicide and I said I wouldn't because I thought he was bluffing I didn't think he would do it.

Q: Is this statement true and correct?
A: Yes.