☰ Navigation



# CERTIFIED COACHES FEDERATION

You are here: Home › About › Code of Ethics

# Code of Ethics

The Certified Coaches Federation requires its members to conform to the following ethical principles, and shall hold members accountable for any departure from these principles.

## CCF Philosophy of Coaching

Certified Coaches Federation teaches and supports a form of coaching that honors the client as the expert in their own life and work. We believe that every client is creative, resourceful, and whole. Using this as a foundation for our coaching process, we believe it is the coach's responsibility is to:

- Discover, clarify, and align with what the client wants to achieve
- Encourage client self-discovery and self-empowerment
- Elicit client-generated solutions and strategies

- Hold the client responsible and accountable

# CCF Definition of Coaching

Coaching is a professional relationship that helps people break through their limitations to achieve extraordinary results in their lives, careers, businesses or organizations. The process of coaching encourages clients deepen their learning, improve their performance, and enhance their quality of life through self-discovery and self-empowerment. In each meeting, the client chooses the focus of conversation, while the coach listens and contributes with observations and questions. This interaction creates clarity and moves the client into action. Coaching accelerates the client's progress by providing greater focus and awareness of choice. Coaching concentrates on discovering and clarifying goals, and eliciting strategies and solutions to get the client on track to achieve their future goals at a pace that is achievable for the client. CCF coaches recognize that results depend on the client's intentions, choices and actions as they are supported by the coach's efforts and application of the coaching process.

# CCF Standards of Ethical Conduct

## Professional Conduct At Large

**As a coach:**
I will not knowingly make any public statements that are untrue or misleading, or make false claims in any written documents relating to the coaching profession.

As a trainer or supervisor of current and potential coaches, I will conduct myself in accordance with the CCF Code of Ethics in all training and supervisory situations.

I will accurately create, maintain, store and dispose of any records of work done in relation to the practice of coaching in a way that promotes confidentiality and complies with any applicable laws.

Members shall always be honest about the nature of their titles and degrees when referring to them to the general public, the media, and within the confines of our profession.

**Colleagues:** Members shall treat other coaches without public defamation.

## Professional Conduct with Clients

I will be responsible for setting clear, appropriate, and culturally sensitive boundaries that govern any physical contact that I may have with my clients.

I will not become sexually involved with any of my clients.

I will construct clear agreements with my clients, and will honor all agreements made in the context of professional coaching relationships.

I will ensure that, prior to or at the initial session, my coaching client understands the nature of coaching, the bounds of confidentiality, financial arrangements and other terms of the coaching agreement.

I will respect the client's right to terminate coaching at any point during the process. I will be alert to indications that the client is no longer benefiting from our coaching relationship.

If I believe the client would be better served by another coach, or by another resource, I will encourage the client to make a change.

**Client Welfare:** Members shall make the physical and mental well-being of each client a prime consideration.

**Client Safety:** Members shall not engage in verbal, physical or emotional abuse of any client.

**Practice Limits:** Members shall coach each client within the limits of their training and competence and in conformity to the laws of their state or province.

**Reasonable Practice:** Members shall withhold coaching if a client's behavior, appearance or statements would lead a reasonable person to believe that the client should be evaluated by a licensed health care professional.

## Conflicts of Interest

I will seek to avoid conflicts between my interests and the interests of my clients.

## CCF Pledge of Ethics

As a professional coach, I acknowledge and agree to honor my ethical obligations to my coaching clients and colleagues and to the public at large. I pledge to comply with the CCF Code of Ethics, to treat people with dignity as independent and equal human beings, and to model these standards with those whom I coach. If I breach this Pledge of Ethics or any part of the CCF Code of Ethics, I agree that CCF in its sole discretion may hold me accountable for so doing. I further agree that my accountability to the CCF for any breach may include loss of my CCF membership and/or my CCF credentials.

About Pages

Our Philosophy

Our Team

Code of Ethics

Cancellation Policy

Legal





## CONTACT US



About     Privacy     Certifications     Events     Membership     Conference

© 2017 Certified Coaches Federation. All Rights Reserved

Developed & designed
in Peterborough, Ontario.