Case 2:16-cv-00046-JPB    Document 70-13    Filed 03/29/18    Page 1 of 1 PageID #: 946

