**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.                                                               Civil Action No. 2:16-cv-46
                                                                   Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

**PLAINTIFF'S BIOGRAPHICAL SKETCHES OF EXPERT WITNESSES**

Now Comes Plaintiff, by and through his counsel David A. Sims and does hereby provide the biographical sketches of his expert witnesses:

1. Paul Pelts, M.D. His CV, Affidavit and Prior Testimony are attached hereto as Exhibit 1;

2. Kevin D. Fenstermacher, Ph.D. His CV and Report are attached hereto as Exhibit 2;

3. Christine Woodfin, Ph.D. Her biographical information and report are attached hereto as Exhibit 3.

                                                  Friedrichs Harris, Administrator

                                                  s/David A. Sims

By:                                           _____
                                                  David A. Sims (#5196)
                                                  LAW OFFICES OF DAVID A. SIMS, PLLC
                                                  P.O. Box 5349
                                                  Vienna, West Virginia 26105
                                                  304-428-5291
                                                  david.sims@mywvlawyer.com

**CERTIFICATE OF SERVICE**

I David A. Sims as counsel for Plaintiff do hereby certify that I served PLAINTIFF'S BIOGRAPHICAL SKETCHES OF EXPERT WITNESSES by CM\ECF counsel for Defendants:

Lindsey M. Saad, Esquire
FLAHERTY SENSABAUGH BONASSO, PLLC
48 Donley Street
Suite 501
Morgantown, WV 26501
lsaad@flahertylegal.com

Dated at Vienna, West Virginia on this 4th day of April 2018.

Friedrichs Harris, Administrator
By counsel,

/s/David A. Sims
_____
David A. Sims (W.Va. Bar No. 5196)

LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com