

**Woodfin and Associates, LLC**

**Best School for You**

Educational Consultant

IEC | CEP |

Atlanta • New Orleans

- Home
- Who We Are
- The Process
- Types of Placements
- Testimonials
- Blog
- SSAT
- Contact Us

# Types of Placements

Whether the best school for you is a therapeutic program, a traditional boarding school, an independent day school or a specialized setting for students with learning issues, Woodfin & Associates believes that the most important task is to achieve a wonderful match where the student's intellect, interests and energy are nurtured by the school's atmosphere and offerings.

Placements for Students with Learning Disabilities

Therapeutic, Behavioral and Emotional Issues Placements

Day School, Middle School and Prep School Placements

Failure to Launch, Post Secondary, Transitional & Gap Year Placements

College Counseling

← Return to Home



ATLANTA & NEW ORLEANS | Phone: 404-249-9898 | Fax: 404-506-9660 | info@bestschoolforyou.com

Website by Kime Media

# Who We Are

The most basic qualification for working with students and their families is enjoying and respecting children and adolescents. In addition to the commitment, warmth and enthusiasm that Christie Woodfin brings to her work in finding the best school for you, she possesses clinical training, years of experience, and current knowledge about educational institutions.

**Christie Theriot Woodfin M.Ed., L.P.C.\*, C.E.P.**




Certified Educational Planner

The most basic qualification for working with students and their families is enjoying and respecting adolescents. In addition to the commitment, warmth and enthusiasm that Christie Theriot Woodfin brings to her work, she also possesses clinical expertise, years of experience, and current knowledge about educational institutions.

Christie Theriot Woodfin is a Certified Educational Planner and a member of the Independent Educational Consultants Association. She has served on the Board of Directors of IECA and chaired the Professional Development and Learning Disabilities Committees. She has also been a member of IECA's Schools, Special Needs, and Nominating Committees, and served on the Ethics Task Force. She has been a board member of the International Dyslexia Association's Houston Branch. Ms. Woodfin belongs to the Secondary Schools Admissions Testing Board, Small Boarding Schools Association, and the National Association of Therapeutic Schools and Programs.

Ms. Woodfin is a recipient of IECA's Irvin J.Katz Award, recognizing volunteer service for her work in New Orleans following Hurricane Katrina. She appeared on The Today Show in 2007 regarding the college acceptance process.

Christie Woodfin holds a Masters Degree in Counseling from the Educational Psychology Department of the University of Houston. She is licensed by the state of Texas as a Psychological Counselor. During her internship at Texas Children's Hospital's Learning Support Center, she worked with learning disabled, neurologically and emotionally impaired children and their parents in group settings.

Woodfin spends approximately a week a month visiting schools and programs, attending meetings, and keeping her knowledge current.

In addition to her focus on students with learning issues, and emotional and behavioral problems, she is interested in gifted students, students on the Autism/ Asperger's Spectrum, and adopted children.

Ms. Woodfin's undergraduate degree is from Agnes Scott College, Atlanta, Georgia. Her secondary school experience was at Isidore Newman School in New Orleans.

In 2005, after maintaining a practice in Houston, Texas for 10 years, Ms. Woodfin returned to Atlanta at the urging of the revered consultant, Jean Hague.

Although Woodfin strives to meet her adolescent clients face to face whenever possible, she is sought out by families from throughout the country. The bulk of her practice is serving families in the Southeast, Atlanta and New Orleans.

Christie Woodfin has guided several hundred families in placing their students in boarding, therapeutic, and post-secondary and specialized learning disability settings.


IECA PRINCIPLES OF GOOD PRACTICE

\* *Licensed by the state of Texas as a psychological counselor.*



**Woodfin and Associates, LLC**

**Best School for You**

Educational Consultant

**IECA** ━━━━━━━━━ **CEP** | ━━━━━━━━━

Atlanta • New Orleans

- Home
- Who We Are
- The Process
- Types of Placements
- Testimonials
- Blog
- SSAT
- Contact Us

# The Process

An Educational Consultant is part Counselor, part Match Maker, part Navigator, and part Case Manager. A good educational consultant will never think that admission to a desired school or program is the end of the story. Christie Woodfin strives to direct students to places that fit them individually. Places where they will thrive.

Guiding families to make wise choices about their child is a process which involves understanding the family and student well, and knowing educational institutions intimately. By knowing both child and school in detail, she can create the best match.



Christie knows that there are variations between the child in the file, the child seen through parents' and teachers' eyes, and the child in the chair in her office. She garners all information possible, assimilating the parent's account of the child's life history, directly observing the student's maturity level, personality, stated interests, and degree of engagement in her individual meetings with the adolescent as well as the parents. She also collects impressions from teachers and therapists, and studies transcripts and previous testing.

If additional testing is necessary, Christie will provide the family with names of respected clinicians or refers them back to their own psychologist.

When Christie has completed her information gathering, she writes a brief summary of the student and shares it with the schools or programs that she considers appropriate for her client. She speaks with each school to advocate for the student's admission. And when she meets back with parents, she presents viable and available options for their consideration.

If a student is in a short-term placement prior to attending a longer-term program, Christie confers weekly with the counselor who is working with the student. In this manner she can refine recommendations and pinpoint even more precisely which next-step will be most appropriate.

Families typically visit individual institutions, asks any questions that they may have, and submit applications. As the family narrows the choices, Christie is available to help the parents and student as they edit applications, examine options, and arrive at a final selection. Because many emotions are involved in this important decision, Christie provides nurturing support as well as wise answers. After enrollment she will maintain contact with the institution to monitor the child's progress, to serve as an advocate for the student, and to prepare, if appropriate, for the next placement.

Christie Woodfin spends 25% to 30% of her professional time updating her knowledge. To know schools well, one must see them in operation. She continually visits boarding and therapeutic schools as well as programs for young adults past the age of 18. She also attends national conferences of Small Boarding Schools Association, National Association of Therapeutic Schools and Programs, and The Independent Educational Consultants Association to stay current on issues affecting students and their success in school. Christie is especially talented in considering the child's abilities and personality when recommending the best fit schools.

**Woodfin & Associates' only client is the student and the student's family.  Educational consultants neither solicit nor accept compensation from any school for placement of a client.**

Woodfin & Associates makes every effort, utilizing knowledge and expertise, to effect a suitable school placement. However, it does not exert undue pressure on admissions officers and the schools' decisions cannot be guaranteed.

IECA **+ PRINCIPLES OF GOOD - PRACTICE**

⟵ **Return to Home**



ATLANTA & NEW ORLEANS | Phone: 404-249-9898 | Fax: 404-506-9660 | info@bestschoolforyou.com

Website by Kime Media

**Woodfin and Associates, LLC**
### Best School for You
Educational Consultant



Atlanta • New Orleans

- Home
- Who We Are
- The Process
- Types of Placements
- Testimonials
- Blog
- SSAT
- Contact Us

# Types of Placements

Whether the best school for you is a therapeutic program, a traditional boarding school, an independent day school or a specialized setting for students with learning issues, Woodfin & Associates believes that the most important task is to achieve a wonderful match where the student's intellect, interests and energy are nurtured by the school's atmosphere and offerings.

**Placements for Students with Learning Disabilities**

**Therapeutic, Behavioral and Emotional Issues Placements**

**Day School, Middle School and Prep School Placements**

**Failure to Launch, Post Secondary, Transitional & Gap Year Placements**

**College Counseling**

← Return to Home



ATLANTA & NEW ORLEANS | Phone: 404-249-9898 | Fax: 404-506-9660 | info@bestschoolforyou.com

Website by Kime Media



**Woodfin and Associates, LLC**

**Best School for You**

Educational Consultant

IEC**A**━━━━━━━━ **CEP** | ━━━━━━━━

**Atlanta • New Orleans**

- Home
- Who We Are
- The Process
- Types of Placements
- Testimonials
- Blog
- SSAT
- Contact Us

# Testimonials

"Christie,

In a million years, I will never find the way to thank you for what you have done for our son and family.

Having a remarkable son who struggles with anxiety and all the social challenges that go with that, has been heartbreaking. And yet because of what you have recommended and what my husband and I have had the courage to execute, our family is in a place that is now described as peaceful, joyful, flexible, respectful, and self-aware. It used to be described as chaotic, stressful, despairing, and blaming.

The wilderness program our son attended for 3 months was life-transforming and was the start of a journey that has required endurance, perseverance, faith, and every ounce of emotional courage the 3 of us had. Every moment of our son's wilderness experience was useful and healing; the therapeutic, educational, clinical, and program staff there was extraordinary and we stay in touch with them because they will forever be a part of our family. Now that our son is continuing his journey at residential treatment, we have been able to take the life-transforming experience wilderness afforded our family and leverage that to deepen the roots of healing. What our son is learning about himself is the quintessential gift of a lifetime. He is grounded, motivated, quietly confident, connected to himself, insightful, humble, socially happy, bonded with his peers, learning how to be a leader, insightful, disciplined, and grateful. He is learning that the most wonderful motivator is inside of himself. He is living what he is embracing: that there is no outside solution to an inside problem.

The program he is in now and which he is working diligently with maximum effort and motivation, is world-class. Never have I seen the likes of the therapeutic talent. The devotion to the boys, the no-nonsense loving approach, the clarity of perspective is miraculous. Who are these people who spend their lives rescuing other people's sons and doing so in such

empowering, collaborative, respectful ways? They are the people to whom you introduced us even when you knew my grief was overwhelming.

And of course, my husband and I are doing our work, too. We knew this was not a "fix our kid" scenario. We knew we had to dig deep, go where the few go, and heal our dysfunctional behaviors that contributed to and exacerbated our son's struggles. You were clear about this … we took the invitation. There are no words for our appreciation.

So … there have definitely been "dark nights of the soul". Times that were so heartbreaking I was not sure I would have the resolve to continue with the decisions and the letting go. What kind of mother leaves her son thousands of miles away from home with literal strangers in the wilderness? And then again in the mountains of Utah? A mother who knows that it is only in the letting go that there will be a coming together. A mother who knows that she is fighting for her son's life. A mother who had to take the counsel of experts like you because there was nothing left to do. The moments of doubt passed relatively quickly each time they occurred because over and over again we knew, in our hearts, that we were doing the right thing by our son for whom we would literally "sell our skin".

God has His angels on earth and you, Christie, are literally a healing agent. We have already received the most wonderful Christmas gift: a son who feels comfortable in his own skin, who is strong and healthy, and whose courage is a shining example of what the human spirit is capable of. A family that is united and devoted.

Merry Christmas, dear Christie. We send our loving thoughts and endless gratitude.

XXXXXXX

XXXXXXXXXXXXXX, MSW

"Thank you for coming to our rescue once again. We truly appreciate your wisdom, knowledge and compassion. You are the bomb!" – Parent

"I hope all is well! I wanted to let you know that I am graduating on June 10th. I has been quite a journey, but I'm finally finishing and getting my diploma. I am very excited.

Thank you so much for everything that you have done for my family and me. We would have never found this school without your expertise and dedication to us. It means a lot. You really have a special talent for this because this place has really been the perfect fit for me. We would not have been able to do this without you. I am very grateful that we found you because if we didn't things would have ended up a lot different, a probably not in a good way. You are the best!" – Student

"Choosing a school for our son was not a job. It was a deeply personal quest. So to say that Christie exceeded our expectations, which is true, does not do justice to our experience.

Christie joined us on our quest, making it her own. She was, and still is, our navigator, our guide, our consultant, our hand-holder and cheerleader. Christie shared our commitment and led us through our uncertainty and anxiety with expertise, confidence and the compassion that comes through true listening.

Through personally meeting our son, extensively reviewing his history and speaking with those who know him, she "got him." And that felt good. She got us (parents) too – she understood who we are, where we were coming from, what we want, and our fears.

About our fears – Christie validated them and yet challenged us to let some of them go – perhaps they were old stories that were more about us (parents) than our son? With the trust built in our relationship, we could hear her as an advocate for our son, and discuss things openly.

Christie knows her schools, and they know her. All 6 schools we visited, unsolicited, told us how much they respected, trusted and loved working with her. In our experience, that is very unusual. She frequently visits each of the schools she recommends, and also has a network of people to help keep her up-to-date.

Still, how she puts all this together – matching our son with a list of schools – well, there is all of the above, intuition and some magic dust. Knowing that there is no one "right" or "best" place for our son makes this journey all the more difficult and Christie all the more valuable.

We had never heard of any of the schools on her list and could never have imagined being able to find them on our own. Christie discussed each school on the list, less with pros and cons, but more in terms of the fit for our son and our family, and in terms of higher and lower "risk," (risk meaning more or less of a stretch for him and us; for example, higher risk could be less structure, more independence, or a larger as opposed to smaller school, one in a town as opposed to one with a separate campus/more controlled environment). Christie also had the courage to prioritize the list, not as best-to-worst or a first-to-last, just her choices for the optimal fit.

Prior to visiting the schools, we were not quite as in-sync or in agreement with this prioritization. However, after visiting them, things matched up perfectly. It was uncanny. Our first choice was definitely hers, and that is where our son is currently attending high school. And we are happy to report, he is doing well.

That said, this is not the first school choice we have made. Things change. It may not be the last. But we have Christie. Her job could have been completed after she delivered her list to us. But as we said, this is not a job to her. She has never failed to reply to any of our questions or concerns and routinely follows-up with our son at his school.

So, it's time for the official rating….on a scale of 1-10, we give her an 11, and would highly recommend Christie, without hesitation." -Parent

"Once again we would like to thank you so much not only for the expert help and guidance you gave us, but the calm, patient and understanding way in which you dealt with us. You have a unique style, which made a big difference during this difficult time. And you showed a genuine level of care and concern for our child that goes way beyond a normal business relationship. So thanks a bunch, and you will hear from us at some point in the future I'm sure." – Parent

"Christie Woodfin has been a pleasure to work with during our search for an Academic Boarding School for our daughter. From the first interview, it was clear that she is not only

knows the schools well, but she was also took the time to get to know us as a family and was able to quickly understand our situation, and our daughter's needs. She recommended schools which were not originally on our radar, and spoke from first hand experience about the schools right down to the details of the dorm rooms! With Christie's guidance, my daughter was very successful in the application process and in the end had many fine schools from which to choose. We would recommend Woodfin and Associates to anyone embarking on the journey to find a the right fit for their child."  – Parent

"I know that [my husband] had emailed you to thank you for all your help with placing [our daughter]. I would like to personally thank you for your endless passion in placing not only her but other troubled kids as well! You seem to invest your life and soul into this seemingly impossible task! We cannot thank you enough for doing this. You are truly a remarkable person."  – Mother

"As you can imagine, we are so proud. [He has graduated from college, pursued his passion and embarked on a successful career.] Our son has come so far. Thank you again for helping us through a difficult time"  – Parent



"                                        At the time my son met Christie Woodfin, he had battled clinical depression and anxiety since the tenth grade. He'd been to good therapists, had been on several prescription medicines, had earned his GED and had enrolled in a few college classes. With limited success, however, and a lack of momentum, he suffered from low self esteem and felt despair about his future.Christie started the process of finding an appropriate placement for my son by getting to know him. She gained his trust right away, asking him straightforward questions and showing compassion for what he'd experienced. After talking with us both, she summarized her impressions and described briefly the type of program she felt would be most appropriate for him. Her remarkable insight into my son—his struggles, needs, and his gifts–was both a comfort and a source of hope.At our follow up meeting Christie recommended three programs and urged us to visit them. Of all the possible placements in the country, she maintains an intimate and current knowledge of those with the most successful

outcomes. Of the three she suggested, my son and I chose the one we felt was the best fit and that he was most excited about. After three weeks in that program, he said to me, "I didn't know I could be this happy." Not only did Christie get my son's life back on track but she put joy and courage back into mine. Since that time he has made substantial progress, building a belief in himself and his future."  − Parent

← Return to Home

Visit our facebook page for pictures and comments from Woodfin's latest school visits and conferences

ATLANTA & NEW ORLEANS  | Phone: 404-249-9898 | Fax: 404-506-9660 | info@bestschoolforyou.com

-

Website by Kime Media

**Woodfin and Associates, LLC**
Best School for You
Educational Consultant



Atlanta ● New Orleans

- Home
- Who We Are
- The Process
- Types of Placements
- Testimonials
- Blog
- SSAT
- Contact Us

Home » Blog

## Growth Mindset: Clearing up Some Common Confusions

Posted by christie on Apr 21, 2016 in Blog | 0 comments By Eduardo Briceño A growth mindset is the understanding that personal qualities and abilities can change. It leads people to take on challenges, persevere in the face of setbacks, and become more effective learners. As more and more people learn about the growth mindset, which was first discovered by Stanford Professor Carol Dweck, we sometimes observe some confusions about it. Recently some...
read more

## Stressed, Tired, Rushed: A Portrait of the Modern Family

Posted by christie on Mar 18, 2016 in Blog | 0 comments Children are much more likely than not to grow up in a household in which their parents work, and in nearly half of all two-parent families today, both parents work full time, a sharp increase from previous decades. What hasn't changed: the difficulty of balancing it all. Working parents say they feel stressed, tired, rushed and short on quality time with their children, friends, partners or...
read more

## Is the Drive for Success Making Our Children Sick?

Posted by christie on Mar 18, 2016 in Blog | 0 comments STUART SLAVIN, a pediatrician and
professor at the Saint Louis University School of Medicine, knows something about the impact of
stress. After uncovering alarming rates of anxiety and depression among his medical students, Dr.
Slavin and his colleagues remade the program: implementing pass/fail grading in introductory classes,
instituting a half-day off every other week, and creating small...
read more

## Early Behavior Therapy Found to Aid Children With A.D.H.D.

Posted by christie on Mar 8, 2016 in Blog | 0 comments Photo – William E. Pelham helped lead a new
study about treatment options for children with attention-deficit problems. Above, Dr. Pelham at a
summer camp focusing on social skills training.  (Credit Florida International University) Children
with attention-deficit problems improve faster when the first treatment they receive is behavioral —
like instruction in basic social skills — than...
read more

# What Prodigies Could Teach Us About Autism

Posted by christie on Mar 8, 2016 in Blog | 0 comments By KIMBERLY STEPHENS and JOANNE RUTHSATZFEB. 27, 2016 MANY parents remember a moment when their toddler astounded them. Maybe he outpaced his playgroup at mastering a song. Maybe she knew an esoteric fact about outer space. They might quietly wonder: Is my child a prodigy?...
read more

# Lecture Me. Really.

Posted by christie on Mar 1, 2016 in Blog | 0 comments This article is an interesting defense of the lecture format in education. There are so many different approaches to teaching that are advocated right now. My sense is that we can't eschew some older methods -lecture, seminar- as we embrace the new – project based, inquiry based, technology-heavy, online, etc. Different methods may be most appropriate at different stages of...
read more

« Older Entries

Search for: [                    ] [ Search ]

## Recent Posts

- Thank you
- How to Raise a Child
- How to Choose a College
- Growth Mindset: Clearing up Some Common Confusions
- This made my Day!

## Archives

- December 2016
- May 2016
- April 2016
- March 2016
- August 2015
- May 2015
- June 2014

- May 2014
- November 2013
- July 2013
- June 2013
- December 2012
- October 2012
- September 2012
- November 2010
- August 2009

## Explore

ADHD **adolescents** alternative schools **anxiety** atlanta Boarding Schools brain function children

Christie Woodfin computers continuous partial attention **depression** development distractions educational

Educational Consultant Educational Consulting Emotional Growth Schools emotional illness Experience

Helping Violent Teens ieca inspiration Insurance for mental health iphones **mental health** mental illness Montana natural new orleans

Newtown New York Times New York Times Article research School Visit social media soft skills Students **teens** Therapeutic therapeutic

programs **Therapeutic School** video games violent teen WWASP

## Organizitons

- IECA Independant Educational Consultant Association


Visit our facebook page for pictures and comments from Woodfin's latest school visits and conferences

ATLANTA & NEW ORLEANS | Phone: 404-249-9898 | Fax: 404-506-9660 | info@bestschoolforyou.com

Website by Kime Media

**Woodfin and Associates, LLC**
**Best School for You**
Educational Consultant



**IEC** ━━━━━━━━━ **CEP** | ━━━━━━━━━

Atlanta • New Orleans

- Home
- Who We Are
- The Process
- Types of Placements
- Testimonials
- Blog
- SSAT
- Contact Us

# SSAT Testing in Atlanta

Christie Woodfin is a member of the Secondary Schools Admissions Test Board, and Woodfin & Associates administers the SSAT Flex Test in our office setting.

The Flex Test is a way for students to take this admissions test at a time that is convenient for him or her, in a quiet settling, alone or with one or two other students. The date and time of administration is arranged with our Atlanta office in advance, in order to insure that the student will have a distraction-free experience. The Flex Test is particularly appropriate:

- When the dates of the group administration test are inconvenient
- When a student is likely to do better in an encouraging, individualized setting
- When parents would like for a student who has taken the group test to take the test in a different setting in hopes that scores will improve

Special accommodations that have been granted by SSAT can be implemented in SSAT Flex testing, but one does not need to have a learning disability in order to take the Flex.

Schools give exactly the same weight to SSAT Flex and group administered tests. But only one Flex test can be taken per student in an academic year.

Please contact our office at info@bestschoolforyou.com or (404) 249-9898 in our office for additional details and fees.

Visit our facebook page for pictures and comments from Woodfin's latest school visits and conferences

ATLANTA & NEW ORLEANS | Phone: 404-249-9898 | Fax: 404-506-9660 | info@bestschoolforyou.com

-

Website by Kime Media

**Woodfin and Associates, LLC**

**Best School for You**

Educational Consultant



Atlanta • New Orleans

- [Home](#)
- [Who We Are](#)
- [The Process](#)
- [Types of Placements](#)
- [Testimonials](#)
- [Blog](#)
- [SSAT](#)
- [Contact Us](#)

# Contact Us in Atlanta

Contact us in Atlanta and let us help you find the best school for you!

**Click Here for Mailing Address and Phone Number**

Name [Name]

Email Address [Email Address]

Subject [Subject]

Captcha:
15 + 15 = [    ]

Message [Message]

[Reset] [Submit]

Search for: [            ] [Search]

## Recent Posts

- Thank you
- How to Raise a Child
- How to Choose a College
- Growth Mindset: Clearing up Some Common Confusions
- This made my Day!

## Archives

- December 2016
- May 2016
- April 2016
- March 2016
- August 2015
- May 2015
- June 2014
- May 2014
- November 2013
- July 2013
- June 2013
- December 2012
- October 2012
- September 2012
- November 2010
- August 2009

## Explore

ADHD **adolescents** alternative schools **anxiety** atlanta Boarding Schools **brain function** children Christie Woodfin computers continuous partial attention **depression** **development** distractions educational **Educational Consultant** Educational Consulting Emotional Growth Schools emotional illness Experience Helping Violent Teens ieca inspiration Insurance for mental health iphones **mental health** mental illness Montana natural new orleans Newtown New York Times New York Times Article research School Visit social media soft skills **Students** **teens** Therapeutic therapeutic programs **Therapeutic School** video games violent teen WWASP

## Organizitons

- IECA Independant Educational Consultant Association



ATLANTA & NEW ORLEANS | Phone: 404-249-9898 | Fax: 404-506-9660 | info@bestschoolforyou.com

-

Website by Kime Media

### WOODFIN & ASSOCIATES, LLC
#### Christie Theriot Woodfin, M.Ed., L.P.C., C.E.P.
#### CERTIFIED EDUCATIONAL PLANNER
##### MEMBERINDEPENDENT EDUCATIONAL CONSULTANTS ASSOCIATIONIECA+

THE BROOKWOODEXCHANGEBUILDING
1708 PEACHTREE STREET
SUITE 310
ATLANTA, GEORGIA 30309

TELEPHONE 404-264-9995
FAX 404-506-9660
E-MAIL cwoodfin@bestschoolforyou.com
www.bestschoolforyou.com

## EVAN HARRIS
### 5/22/1992

Dr. Rick and Kathleen Harris               504-888-2266
3720 Edenborn Aveneue                      504-473-9803
Metairie, LA 70002                         kreeharris@aol.com

I would like to introduce you to Evan Harris for your consideration.  Evan is a 22 year old man in the New Orleans area with emotional, behavioral and intellectual challenges.

Evan has attended a number of schools and programs including St. George's and Holy Rosary in New Orleans, and Duck River, Bachman Academy, San Marcos and Meridell.  He currently lives at home and has a part-time busboy job at East Jefferson Hospital; a position procured by his father.  Most of the rest of his time he spends isolated in his room, playing video games, doing a little porn, obsessing about the size of his penis (and probably ordering hormone enhancement drugs online), and violently challenging his parents.  He does enjoy martial arts and working out at the gym, so engages in that activity as well.

If not working, Evan sleeps until 1:00.  Then he begins his routine of playing Grand Theft Auto, etc.

Evan is adopted.  His bio mom was bipolar and had many children.  He began exhibiting emotional lability at a very young age.  By Pre-K he had been diagnosed with ADHD and ODD.  In grade school his PRI was his relative intellectual strength, but social skills, compromising and sharing were always a struggle.  He was transferred from St. George's to Holy Rosary around the time of Katrina (when every school child in New Orleans was disrupted) because he threatened another youngster.   When classes reconvened he went to Holy Rosary.  At that time he couldn't bear to be in the car with his mother, and in 7th grade he was aggressive towards a female classmate.  The parents then placed him at Three Springs' Duck River.

They learned from that placement that behavior modification is not helpful for Evan.  And he began to have explosive rages.

After Duck River he attended Bachman Academy and did better, but by the end of the first year he was putting holes in the walls.  Subsequently he had stays at both San Marcos and Meridell.

After graduation from high school Evan's parents engaged Louisiana Works Program to procure employment for Evan. The program's placements were not appropriate and the follow-up was insufficient.

It should be noted that Evan is respectful with non-family adults. He has one "best-friend" but both live in unreal worlds. His IQ is around 70 – 80 although all of his testing in dated.

He would like independence, the ability to drive, and he needs better coping skills and life skills.

Evan has a few restrictions: A physical condition makes it difficult for him to deal with extreme heat. He must have a private room – a shared room will be a non-starter.

His current medications include:
Lithium, Focalyn, Trileptal, Amantadine, Geodone, Deplin, Fish Oil, Trazadone, Benedril.

I'd like to discuss this young man with you. Will you please call me at your earliest convenience to confer about his appropriateness for your program? I shall be meeting with his parents after tomorrow.

Regards,

Christie Woodfin

**WOODFIN & ASSOCIATES, LLC**
**CHRISTIE THERIOT WOODFIN, M.Ed., L.P.C., C.E.P.**
EDUCATIONAL CONSULTANT

## Parent Survey

Student's Full Name: Evan Matthew Harris

Parent(s) Name: Fredrich Harris and Kathleen Harris

Address: 3700 Edenborn Ave.   City Metairie LA   Zip 70002

Email Address: Kreeharris @ aol. com

Home Phone: (504) 888 2266   Cell Phone: (504) 4300951   Office Phone: (504) 4573687

Student Cell: (504) 3331625   Student Email:

Child's Educational History: PK-2 St. George's Episcopal School. Evan was moved to Holy Rosary Academy at grade 3, because he was unable to keep up with his peers academically in spite of tutoring and assistance from resource teachers. Was moved to Three Springs at 5/7 grade because Evan was walking out of class. Completed high school at

In what is your child most interested? playing video games and trying to drive; Bachman learning how to live independently; wants a girlfriend   Academy

What are some of the other talents, hobbies, past activities, sports? fishing, exercising / working out, martial arts; took drum lessons briefly; enjoys Jhorror movies

What do you see as the student's best qualities? curiosity, takes pride in his work

What academic honors has the student received? most improved student; dorm student of the month; student of the week

What are the student's greatest problems or handicaps? easily disoriented regarding time and place; poor sense of direction; has difficulty completing tasks without direct supervision; makes agreements to do things after much negotiation and then changes his mind; poor

Does the student have past disciplinary problems (smoking, drugs, alcohol, school disruptions)?   work, yes — occasionally disruptive at school, fighting   memos

What is the student's need for structure? Is the child self-disciplined in any areas? Evan needs structure but resists strict rules; he is self disciplined when it comes to taking care of material possessions that he cares about; he bathes and grooms himself

Does the student have learning disabilities? yes, poor working memory, ADHD, yes

Is the student taking medication(s)? Lithium, Focalin, Dynantadine, Trileptal, Lamictal, Geodon, Deplin, Trazodone, Fish Oil

Has the student ever been seen by a psychologist? yes

Who was the psychologist? Dr. Mindy Malik, Leslie Higgins, and staff psychologists at Three Springs Therapeutic School at Dickson, TN and Bachman Academy in McDonald, TN

Student Name: Evan Matthew Harris

How would you describe your child's level of intellectual engagement? he can talk about music, gear or movies and sound age appropriate, but as you get to a deeper level, his understanding is more like a pre-teen

What subjects do you see as particular strengths? woodshop, putting things together, physically, following brief, clear instructions; math skills poor

Weaknesses? math skills, poor critical thinking skills

Does the student have many friends? no — maybe 3-4

How well does the student get along with peers? doesn't argue with them, but definitely want to do things his way

How well does the student get along with adults? resists rules/restrictions from parents and is often disrespectful with authority figures at home; is respectful to most adults outside the home

How does the student react when he/she cannot have his or her own way, or when corrected by an adult? resists at times, gets angry, yells, may slam doors, curses

What works and does not work? setting consistent limits and telling him in advance of any changes in his routine

Who usually disciplines him/her? father

How committed is the student to attending a new school? has expressed interest in developing independent living skills and learning to drive, does not want to move away from his friends

Has the student ever been away to camp? yes

What is the religious background of the student? Lutheran Sunday school through 4th grade; church in high school

Does the student have any career goals? wants to do construction work

What are key roles you hope a new school will play in your child's life? learn independent living skills

What worries you most about this process? concerned that he won't stick with it

Do you have any other concerns? concerned that he will get depressed if he is away from friends and family

**WOODFIN & ASSOCIATES, LLC**
**CHRISTIE THERIOT WOODFIN, M.ED., L.P.C., C.E.P.**
EDUCATIONAL CONSULTANT

### Check List of Adolescent Attributes

Student's Name: EVAN MATTHEW HARRIS

| | Strongly Disagree | Somewhat Disagree | Neutral | Somewhat Agree | Strongly Agree |
|---|---|---|---|---|---|
| Excitement seeking | | | | ✓ | |
| Optimistic | | | ✓ | | |
| Imaginative | | | ✓ | | |
| Has artistic talents or appreciation for art and beauty | | | ✓ | | |
| Open to deep feelings | | | | ✓ | |
| Likes to try new foods | | | | | ✓ |
| Likes to try new adventures | | | | ✓ | |
| Enjoys new ideas | | | | ✓ | |
| Thinks deeply about societal or religious values | | ✓ | | | |
| Trusting | | | ✓ | | |
| Frank, sincere, & straightforward | | | ✓ | | |
| Altruistic, concerned for others | | | ✓ | | |
| Compliant with authority | | ✓ | | | |
| Modest, humble | | | ✓ | | |
| Tenderhearted | | | | ✓ | |
| Competent | | ✓ | | | |
| Dutiful, fulfills obligations | | ✓ | | | |
| High aspirations | | | ✓ | | |
| Self-disciplined | | | ✓ | | |
| Deliberative before acting | | ✓ | | | |
| Resilient, hard to discourage | | ✓ | | | |
| Sleeps well, no night disturbances | | | | ✓ | |
| Doesn't walk in sleep | | | | | ✓ |
| Goes to sleep easily | | ✓ | | | |
| Easy to awaken | ✓ | | | | |
| Doesn't wets bed | | | | | ✓ |
| Not shy | | ✓ | | | |
| Doesn't show off excessively | | | ✓ | | |
| Compliant; not stubborn | | ✓ | | | |
| Very obedient | | ✓ | | | |
| Doesn't show signs of depression | | ✓ | | | |
| Doesn't swear excessively | ✓ | | | | |
| Doesn't have extreme /unusual fears | | ✓ | | | |
| Seldom lazy or lethargic | | ✓ | | | |
| Not dependent for age | ✓ | | | | |
| Seldom nervous or anxious | | ✓ | | | |
| Does not set fires | | | ✓ | | |
| Doesn't have allergies | ✓ | | | | |
| Receptive to criticism | | ✓ | | | |
| Few temper tantrums | | ✓ | | | |
| Never steals | | ✓ | | | |
| Seldom lies | | ✓ | | | |

| | | | | | |
|---|---|---|---|---|---|
| Doesn't daydream | | | | | ✓ |
| Doesn't bully others | | ✓ | | | |
| Agreeable; not irritable | | ✓ | | | |
| Doesn't seem hyperactive | | ✓ | | | |
| Long attention span (for uninteresting tasks) | ✓ | | | | |
| Not overly suspicious | | | ✓ | | |
| Not very jealous | | ✓ | | | |
| Careful with property; not destructive | | ✓ | | | |
| Seldom has sudden mood changes | | | ✓ | | |
| Sociable | | ✓ | | | |
| Avoids strong hates | | ✓ | | | |
| Doesn't engage in unusual sexual activities | | | | | ✓ |
| Doesn't have odd or compulsive habits | | | | | ✓ |
| Doesn't seem lonely or isolated | | ✓ | | | |
| Idealistic | | | ✓ | | |
| Doesn't seem sad or dejected | | ✓ | | | |
| Not easily embarrassed | | | ✓ | | |

| | | | | | |
|---|---|---|---|---|---|
| Not angered easily | | ✓ | | | |
| Not apprehensive, fearful, or prone to worry | | ✓ | | | |
| Considers consequences before acting | ✓ | | | | |
| Doesn't seem needy or vulnerable | ✓ | | | | |
| Warm and affectionate | | | | ✓ | |
| Gregarious | | ✓ | | | |
| Assertive, speaks in groups | ✓ | | | | |
| Has lots of energy, strong need to be busy | | ✓ | | | |

| Student has been diagnosed at some time as: | | | | | |
|---|---|---|---|---|---|
| L.D. | ✓ | Anxious | ✓ | Autistic | |
| A.D.D. | | Adopted | ✓ | Gifted | |
| A.D.H.D. | ✓ | Depressed | ✓ | Mentally Retarded | |
| Oppositional | ✓ | Self-Harming | ✓ | Substance Abuse | |
| Conduct Disorder | | P.D.D. | | Substance Addiction | |
| Obsessive/Compulsive | | Aspergers | | Other (specify): explosive rage syndrome | |

## ABOUT THE INDEPENDENT EDUCATIONAL CONSULTANTS ASSOCIATION

IECA was founded in 1976 as a non-profit, professional association of established educational consultants. As the nation's respected voice of the profession, IECA sets the standards, leads the discussion, and serves as the public face of educational consulting to the media, colleges, and other professionals.

IECA helps members update knowledge and maintain skills through meetings, workshops, training programs, and information exchange with colleges, schools, programs, and other consultants.

When a family chooses an independent educational consultant who is a member of IECA, they are assured that the consultant is experienced, highly trained, and committed to honest and ethical practices.

IECA⁺
INDEPENDENT
EDUCATIONAL
CONSULTANTS
ASSOCIATION

3251 Old Lee Highway • Suite 510 • Fairfax, VA  22030

Phone: 703-591-4860
Fax: 703-591-4860

E-mail: info@IECAonline.com
Web site: www.IECAonline.com

*Excellence in Educational Planning*

© 2008 Independent Educational Consultants Association

Printed on recycled paper

## WHAT TO EXPECT WHEN YOU WORK WITH AN IECA MEMBER CONSULTANT



INDEPENDENT EDUCATIONAL
CONSULTANTS

ADVISING FAMILIES
ON EDUCATIONAL PLANNING

IECA⁺
INDEPENDENT
EDUCATIONAL
CONSULTANTS

# HOW AN INDEPENDENT EDUCATIONAL CONSULTANT HELPS YOUR FAMILY

Finding the right school or college is one of the most important decisions your family will make. A correct choice will enrich and enhance your student's life, and can impact his or her future. Finding the right fit, however, can be daunting. That is where an IECA member educational consultant plays a vital role.



**IECA member consultants can be trusted to meet your family's needs because they have met the highest standards in the profession.** IECA's required qualifications include: a master's degree, at least three years of admissions counseling experience; and experience working with scores of students before we will consider their applications for membership. We also require extensive campus visits—our members, on average, have visited over 150 campuses each, and continue to visit an average of 35 campuses annually.

**IECA member educational consultants are first and foremost advocates for the student.** They are not affiliated with any institution or program. Consultants help your family identify the learning environment that best suits the individual needs of your student. They offer unbiased help in evaluating the pros and cons of every institution, and help sort through the glut of information that can be overwhelming.

**IECA member consultants are specialists.** They bring a vast knowledge to their practice with experience in secondary and higher education, school and college admissions, counseling and psychology. Depending on their specialty, some are experienced in all areas of school placement. Others focus on particular age groups or issues such as learning differences, behavioral problems, or overseas placements. IECA members pride themselves on their first-hand knowledge of educational institutions. They visit campuses to learn about their unique academic, athletic, housing and community features, and continually keep up-to-date on changes and admission trends.

**IECA member consultants provide individual attention to the student and family.** They will help you choose the school or college that provides the best environment for your student's educational, social, and personal growth. With their extensive knowledge of schools and colleges, consultants can broaden the potential choices, and provide vital help in weighing factors such as cost, location and curriculum. With a consultant, your student has the opportunity to explore a wider variety of options and discuss possibilities in a meaningful way. Because they are not tied to any specific school or college, IECA member consultants are not burdened with unrelated duties, and are available at the family's convenience—not just during school hours during the school year.



# PRINCIPLES OF GOOD PRACTICE OF THE INDEPENDENT EDUCATIONAL CONSULTANT'S ASSOCIATION

All members of IECA must adhere to the following principles:

- The consultant's primary obligation is to represent each student accurately, based upon a professional evaluation of the circumstances and requirements of each client's educational and social needs. The consulting relationship does not imply guarantee of specific placement.

- The consultant does not accept compensation from any educational institutions for placement of a child, and avoids any action that may even give the appearance of soliciting or accepting compensation.

- The consultant shall respect the integrity of the consulting relationship, and of all relevant information protecting the privacy of the family.

- The consultant shall present to the family the most appropriate choices, representing each one fairly. The consultant shall make clear the client's responsibilities in dealing with any schools, colleges, or institutions.

- The consultant strives to be cognizant of, but does not discriminate based on cultural, individual, and role differences which may arise from such factors as age, race, gender, language, religion, ethnicity, disability, sexual orientation and socioeconomic level.

# PRINCIPLES OF GOOD PRACTICE



*All IECA members are required to pledge adherence to these Principles when admitted to membership and annually with membership renewal.*

## INTRODUCTION

These Principles are designed to promote and maintain the highest standards of professional service and personal conduct among all IECA members (hereafter referred to as "members").

While it is understood that ethical issues are not always clear-cut, these Principles are meant to provide guidance and to be adhered to in a manner consistent with good ethical judgment and avoidance of even the appearance of impropriety.

All members are required to pledge adherence to these Principles when admitted to membership and annually with membership renewal.

## I. COMPETENCE

**A.** Members practice within the boundaries of their competence, which derives from relevant education, training, acquired knowledge and professional experience. They are straightforward about what they are—and are not—competent to do. In cases with elements outside their competence, they either consult with or refer clients to appropriate colleagues.

**B.** Members continually update their knowledge of educational options, both in breadth and in depth, through such activities as site visits, attendance at professional conferences, continuing education and professional reading.

**C.** Members know and understand the philosophies, values, missions, goals, approaches and methods of the schools, universities, programs and therapeutic institutions (hereafter inclusively referred to as "Schools/Programs") they recommend.

**D.** Members are familiar with and adhere to state and federal laws relevant to their practices.

## II. MULTIPLE RELATIONSHIPS AND POTENTIAL CONFLICTS OF INTEREST

**A.** Multiple relationships exist when a member has a relationship with a School/Program that may create or appear to create a conflict of interest. Such relationships include, but are not limited to, owning or serving as a consultant to or board member or employee of a School/Program.
   i. Members are expected to avoid multiple relationships that could reasonably and foreseeably give rise to actual or perceived conflicts of interest, interfere with the ability of the independent educational consultant (IEC) to provide objective service, embarrass the student or family, or compromise the confidence or trust basic to the client-consultant relationship.

**B.** When such a multiple relationship exists, the member must disclose in writing the existence, extent and nature of that relationship. This disclosure should include a consent form for clients to sign, indicating that they have been informed of this additional role and agree to proceed with the services.

**C.** When a member provides services to a client in his/her capacity as a member of another licensed profession or professional organization, he/she acts in accordance with the ethical code of that profession or organization and within its guidelines regarding multiple relationships.

**D.** Members shall avoid not only conflicts of interest but also the appearance of conflicts by being forthcoming with clients, colleagues and Schools/Programs.

## III. RELATIONSHIPS WITH STUDENTS AND FAMILIES

**A.** Members treat students and their families with respect and decency, with sensitivity to their special strengths, values and needs.
   i. Members are aware of and sensitive to cultural, individual and role differences, and do not discriminate or condone discrimination based on age, race, gender, sexual orientation, language, religion, ethnicity, disability, national origin or socioeconomic status.

   ii. Members shall not write application essays or any portion of an essay for students. Their role is to serve as advisors, to question, coach and encourage students to fully and honestly express the best that is within them.

**B.** A member's primary obligation is to assess, make recommendations for, and represent each student accurately and fairly based upon a professional evaluation of the circumstances, requirements of the case, and needs of the student.
   i. The member has additional obligations to the student's parents/guardians, who are also his/her clients and involved in the placement process.

**C.** During the placement process, with appropriate consent, members may communicate with other professionals, including School/Program admissions officers, other consultants and therapists, in addition to the student's parents/guardians.
   i. Members maintain confidentiality of records, notes and client information and disclose confidential information only with written consent and on a need-to-know basis.

   ii. Members provide substantially consistent information to the student, family members and all other professionals involved in the placement.

**D.** Members are clear and forthright about the nature and scope of their services.
   i. Members disclose fees and financial arrangements in writing before services begin.

   ii. Members neither guarantee placement nor outcomes.

   iii. Members inform clients of their confidentiality policies.

**E.** Members retain their principles in all social media (Twitter, Facebook, Listservs, etc.) interactions and do not include identifiable personal client references there or in public presentations.

## IV. RELATIONSHIPS WITH COLLEGES/PROGRAMS/SCHOOLS

**A.** Members neither solicit nor accept compensation from Schools/Programs for placing or attempting to place students with them. They scrupulously avoid behavior that might be construed as soliciting or accepting compensation.

 **i.** Compensation includes, but is not limited to, any form of payment, in money or in kind, and any sort of favor or special treatment to reward or encourage placements, even from Schools/Programs where finder's fees are commonly considered appropriate. Expressly forbidden are quid pro quo relationships involving referral of clients tied with referrals back to members and relationships that promise the exclusive or more favorable use of a particular School/Program. Gifts received from a school or program totaling less than $75 in a calendar year shall not be considered compensation.

 **ii.** Expenditures by Schools/Programs to educate IECs regarding particular Schools/Programs are not considered compensation, as long as they are customary, ordinary, and reasonable. Travel, lodging and meals associated with visiting a School/Program or a working lunch when a School/Program representative visits an IEC are customary, ordinary, and reasonable expenditures.

**B.** Members must avoid words or actions that might give the appearance of applying influence regarding admissions process, decisions or other interactions.

**C.** Members must abide by the standards set forth in the Code of Conduct for IECA members on College, Program and School Tours.

 **i.** Members accept invitations only from Colleges/Programs/Schools within the scope of their practice or evolving practice, and only when the visit would customarily be needed to assess them. Members may request invitations but not demand them.

 **ii.** Visits are a cost of doing business for consultants. Members must not imply, demand or otherwise solicit reimbursement for these expenses.

 **iii.** When reimbursement is offered without solicitation, members do not request the use of specific airlines, special flights, lodging accommodations or upgrades (beyond what is necessary for a disability); or reimbursement for anyone other than oneself, or for expenses not agreed to in advance.

## V. RELATIONSHIPS WITH OTHER INDEPENDENT EDUCATIONAL CONSULTANTS

**A.** Members accept payment only for work performed. They do not receive commissions or other payments for enrollment in or referrals to programs or vendors; nor do they accept remuneration for referring clients to other consultants or other related professionals, unless such relationships involve ongoing coordination, responsibility and oversight for delivery of services. This policy should not be interpreted as interfering with formal, ongoing business relationships a consultant may have with partners, associates, or employees in which a portion of fees paid support company overhead or remuneration agreements.

**B.** Ordinarily members do not pay one another for serving as resources, although a member may make financial arrangements with colleagues on a one-time or ongoing basis to assist with placements involving aspects outside his/her competence or practice preference or, when in the judgment of the member, another member will produce a superior result.

## VI. ADVERTISING AND OTHER PUBLIC STATEMENTS

In dealings with the public, including paid or unpaid advertising, members represent themselves honestly, avoiding misrepresentation of what they say or refrain from saying. They claim special competencies only if such competencies are demonstrable. Members do not contribute to heightening anxiety surrounding admission.

© IECA June 2011



## INDEPENDENT EDUCATIONAL CONSULTANTS ASSOCIATION

3251 Old Lee Highway, Suite 510
Fairfax, Virginia 22030
Phone: 703-591-4850 Fax: 703-591-4860
www.IECAonline.com • info@IECAonline.com

 Printed on recycled paper

**WOODFIN & ASSOCIATES, LLC**
CHRISTIE THERIOT WOODFIN, M.ED., L.P.C., C.E.P.
CERTIFIED EDUCATIONAL PLANNER
MEMBER INDEPENDENT EDUCATIONAL CONSULTANTS ASSOCIATION IECA+

THE BROOKWOOD EXCHANGE BUILDING
1708 PEACHTREE STREET
SUITE 310
ATLANTA, GEORGIA 30309

TELEPHONE 404-264-9995
FAX: 404-506-9660
E-MAIL: cwoodfin@bestschoolforyou.com
www.bestschoolforyou.com

# EVAN HARRIS
# RECOMMENDED PROGRAMS

**Benchmark Transitions**
Shelley Skaggs
25612 Barton Road #286
Loma Linda, CA  92354
Phone: 800-474-4848
Fax: 909-793-4499
admissions@benchmarkyas.com
www.benchmarktransitions.com

**Cardinal Cushing Center Residential Program**
405 Washington Street
Hanover, MA 02339
781-826-6371
Michelle Markowitz
m.markowitz@coletta.org

**King's Daughters' School**
412 West 9th Street
Columbia, TN 38401
931-388-3810
http://www.tkds.org/yaa.html

**Lakeview Neuro Rehabilitation Center**
Susan Bartlett
244 Highwatch Road
Effingham, NH 03882
800-473-4221
www.lakeviewsystem.com
mcampbell@lakeviewsystem.com

**Waterfall Canyon Academy**
Laura Kemper, MSW, LCSW
3375 Harrison Blvd.
Ogden, UT  84403
Phone: (801) 621-3901
Fax: (801) 606-7195
laura@waterfallcanyon.com
www.waterfallcanyon.com

Woodfin Associates - Atlanta, LLC
1708 Peachtree St. Ste 310
Atlanta, GA 30309

# Statement

Date

12/9/2014

To:

Harris,Rick
Rick and Kathy Harris
3720 Edenton Ave.
Metairie. LA 70002

|  | Amount Due | Amount Enc. |
|---|---|---|
|  | $2,000.00 |  |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/30/2013 | Balance forward |  | 0.00 |
| 06/05/2014 | INV #2009A334a. Due 06/05/2014. | 600.00 | 600.00 |
| 06/05/2014 | INV #2009A335a. Due 06/05/2014. | 0.00 | 600.00 |
| 07/11/2014 | PMT #5631. Harris - Thank you | -600.00 | 0.00 |
| 10/05/2014 | PMT #5659. Harris - Thank you | -2,150.00 | -2,150.00 |
| 10/14/2014 | INV #20141004. Due 10/14/2014. | 4,150.00 | 2,000.00 |

*Paid in full.*
*# 5675*

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | $2,000.00 |