IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**FRIEDRICH HARRIS, Administrator**
**of the Estate of Evan M. Harris,**

    Plaintiff,

v.                                    Civil Action No. 2:16-CV-46
                                           (BAILEY)

**Q&A ASSOCIATES, INC., et al.,**

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ENLARGEMENT OF TIME TO FILE RESPONSE

Pending before this Court is the Plaintiff's Motion for Enlargement of Time to File Response [Doc. 73], filed May 3, 2018. Therein, the plaintiff requests an extension of time to comply with the Court's Scheduling Order [Doc. 60]. In support, plaintiff's counsel states that he has encountered airline difficulties and will not be able to meet the current deadline, May 4, 2018, for, presumably, Rule 26(a)(3) disclosures, voir dire, jury instructions, and verdict form, motions in limine, and biographical sketches. Defense counsel has provided that they do not object to a mutual extension.

Finding good cause, this Court **GRANTS** the Plaintiff's Motion for Enlargement of Time to File Response **[Doc. 73]**, and **EXTENDS** the deadline for the above-listed materials for all parties until **May 7, 2018**. Accordingly, any objections to the May 7 filings will be due by **May 21, 2018**.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to all counsel of record.

**DATED:** May 3, 2018.

                                                     JOHN PRESTON BAILEY
                                                     UNITED STATES DISTRICT JUDGE