## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.                                                                                             Civil Action No. 2:16-cv-46
                                                                                           Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

## PLAINTIFF'S PROPOSED VERDICT FORM
## SPECIAL INTERROGATORIES

1.      We the jury find that Rick Harris has proven by a greater weight of the evidence that the death of Evan Harris was proximately caused by the negligence of the Defendants.

        _____ Yes           _____ No

2.      We the jury find that Rick Harris has proven by a greater weight of the evidence that the death of Evan Harris was proximately caused by the intentional or reckless conduct of the Defendants.

        _____ Yes           _____ No

3.   We the jury find that Rick Harris has proven that the Defendants violated the West Virginia Consumer Protection Act and that the violations of the Act were a proximate cause of the death of Evan Harris.

_____ Yes          _____ No

If you answered NO to question No. 1, and question No. 2, and question No. 3, you do not need to answer any further questions. The jury Foreperson should sign the Verdict Form and alert the bailiff that you have reached a verdict.

4.   We the jury find that the following Defendants were negligent or reckless in the following percentages that were a proximate cause of the death of Evan Harris:

| | |
|---|---|
| Q & A Associates, Inc. | _____ |
| Angela Shockley | _____ |
| Keith Bishop | _____ |
| Matthew Shockley | _____ |
| Sandy Schmiedeknecht | _____ |
| Tammy Robbins | _____ |
| Other Employees of Q & A | _____ |
| Total: | 100% |

5.   We the jury find that the beneficiaries of the Estate of Evan Harris are entitled to the following economic damages:

a.   Future financial support that Evan Harris would have contributed to the family:

$_____

2

  b. Future losses of gifts or benefit that the family would have expected to receive from Evan Harris in the future:

  $_____

  c. Future household services that Evan Harris would have provided to the family:

  $_____

  d. Funeral and burial expenses:

  $_____

  e. The loss of Evan Harris's love, companionship, comfort, care, assistance, protection, affection, society, and moral support, his training and guidance from January 24, 2016 to the present suffered by Rick Harris:

  $_____

  f.  The loss of Evan Harris's love, companionship, comfort, care, assistance, protection, affection, society, and moral support, his training and guidance from January 24, 2016 to the present suffered by Kathy Harris:

    $_____

  g.  The loss of Evan Harris's love, companionship, comfort, care, assistance, protection, affection, society, and moral support, his training and guidance from January 24, 2016 to the present suffered by E. Harris, Evan's sister:

    $_____

  h.  The loss of Evan Harris's love, companionship, comfort, care, assistance, protection, affection, society, and moral support, his training and guidance suffered by Rick Harris in the future for the rest of his natural life:

    $_____

  i.  The loss of Evan Harris's love, companionship, comfort, care, assistance, protection, affection, society, and moral support, his training and guidance suffered by Kathy Harris in the future for the rest of her natural life:

    $_____

    j.      The loss of Evan Harris's love, companionship, comfort, care, assistance, protection, affection, society, and moral support, his training and guidance from January 24, 2016 to the present suffered by E. Harris, Evan's sister, in the future:

$_____

    k.      If you found that the conduct of these Defendants was reckless and it caused Rick Harris to suffer severe emotional distress, you are to make an award of money damages for that emotional distress that Rick Harris sustained:

$_____

    l.      If you found that the conduct of these Defendants was reckless and it caused Kathy Harris to suffer severe emotional distress, you are to make an award of money damages for that emotional distress that Kathy Harris sustained:

$_____

    m.    If you found that the conduct of these Defendants was reckless and it caused E. Harris, Evan's sister, to suffer severe emotional distress, you are to make an award of money damages for that emotional distress that E. Harris sustained:

$_____

6.    We the jury find by a greater weight of the evidence that Evan M. Harris suffered emotional distress prior to his death which was proximately caused by the conduct of these Defendants in the percentages that were indicated above and award the Estate of Evan M. Harris the sum of $_____ to compensate him for such emotional distress.

7.    We the jury find by clear and convincing evidence that the reckless conduct of these Defendants justifies award of punitive damages against them in the amount of $_____, based upon their percentages of fault previously assessed by us.

                                              _____
                                              Jury Foreperson

                                              _____
                                              Date

            Respectfully submitted,

            Friedrichs Harris, Administrator

*s/David A. Sims*

_____
David A. Sims (#5196)
LAW OFFICES OF DAVID A. SIMS, PLLC
P.O. Box 5349
Vienna, West Virginia 26105
304-428-5291
304-428-5293 (fax)
david.sims@mywvlawyer.com

**CERTIFICATE OF SERVICE**

    I David A. Sims as counsel for Plaintiff do hereby certify that I served the attached Plaintiff's Proposed Jury Instructions through the CM/ECF service:

Lindsey M. Saad, Esquire
FLAHERTY SENSABAUGH BONASSO, PLLC
48 Donley Street, Suite 501
Morgantown, WV  26501
lsaad@flahertylegal.com

    Dated at Vienna, West Virginia on this 7th day of May 2018.

Friedrichs Harris, Administrator
By counsel,

/s/David A. Sims

_____
David A. Sims (W.Va. Bar No. 5196)
LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com