IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.                                                                        CIVIL ACTION NO.: 2:16-cv-00046
                                                                                 JUDGE BAILEY

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, KEITH BISHOP,**
**MATTHEW SHOCKLEY, SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## DEFENDANTS' PROPOSED VERDICT FORM

Please respond to the questions listed on this verdict form. When you have reached unanimous agreement as to your verdict, have your Foreperson fill in, date, and sign this verdict form and then return with your verdict to the courtroom.

---

1.  Do you find that the Plaintiff proved by a preponderance of the evidence that Defendant Q&A Associates, Inc. was negligent in its responsibilities to Evan Harris and that such negligence caused his death?

        Yes _____                              No _____

2.  Do you find that the Plaintiff proved by a preponderance of the evidence that Defendant Angela Shockley was negligent in her responsibilities to Evan Harris and that such negligence caused his death?

        Yes _____                              No _____

3. Do you find that the Plaintiff proved by a preponderance of the evidence that Defendant Keith Bishop was negligent in his responsibilities to Evan Harris and that such negligence caused his death?

Yes _____          No _____

4. Do you find that the Plaintiff proved by a preponderance of the evidence that Defendant Matthew Shockley was negligent in his responsibilities to Evan Harris and that such negligence caused his death?

Yes _____          No _____

5. Do you find that the Plaintiff proved by a preponderance of the evidence that Defendant Sandy Schmiedeknecht was negligent in her responsibilities to Evan Harris and that such negligence caused his death?

Yes _____          No _____

6. Do you find that the Plaintiff proved by a preponderance of the evidence that Defendant Tammy Robbins was negligent in her responsibilities to Evan Harris and that such negligence caused his death?

Yes _____          No _____

(If you marked "**No**" to **ALL** of the above questions, you have completed your deliberations. Please sign, date and return the verdict form and notify the bailiff.

If you marked "**Yes**" to **ANY** of above questions, please identify the amount of compensatory damages you award to Friedrichs Harris as the administrator of the

estate of Evan Harris for sorrow, mental anguish, and solace suffered as a result of Evan Harris's death.

$_____

If you marked "**Yes**" to **MORE THAN ONE** of above questions, please identify the percentage of each Defendant's conduct that caused the injury to Friedrichs Harris as the administrator of the estate of Evan Harris for sorrow, mental anguish, and solace suffered as a result of Evan Harris's death.

| | |
|---|---|
| Q&A Associates, Inc. | _____% |
| Angela Shockley | _____% |
| Keith Bishop | _____% |
| Matthew Shockley | _____% |
| Sandy Schmiedeknecht | _____% |
| Tammy Robbins | _____% |

7.   Do you find by clear and convincing evidence that the damages suffered by Friedrichs Harris as the administrator of the estate of Evan Harris were the result of the conduct that was carried out by the Defendants with actual malice toward Evan Harris or a conscious, reckless and outrageous indifference to the health, safety and welfare of Evan Harris?

Yes _____        No _____

If you answered YES set forth below your award of punitive damages to the Plaintiff as against the Defendants. If your answer to this question is NO, sign the space below and return it to the Court.

$_____


Dated: _____            _____
                                     Jury Foreperson

**DEFENDANTS,**

**By Counsel**

/s/ Lindsey M. Saad
Lindsey M. Saad (WV Bar No. 11155)
John T. McCartney (WV Bar No. 12242)
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0720 (fax)
lsaad@flahertylegal.com
jmccartney@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

      **Plaintiff,**

v.                                        **CIVIL ACTION NO.: 2:16-cv-00046**
                                          **JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

      **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2018, I filed electronically via CM/ECF a true copy of "**DEFENDANTS' PROPOSED VERDICT FORM**" with notice of the same being electronically served by the Court to the following:

David A. Sims, Esq.
Law Offices of David A. Sims, PLLC
P.O. Box 5349
Vienna, WV 26105

                                          /s/ Lindsey M. Saad
                                          Lindsey M. Saad (WV Bar No. 11155)