IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

    **Plaintiff,**

v.                                  **CIVIL ACTION NO.: 2:16-cv-00046**
                                      **JUDGE BAILEY**

**Q&A ASSOCIATES, INC.,**
**ANGELA SHOCKLEY, KEITH BISHOP,**
**MATTHEW SHOCKLEY, SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

    **Defendants.**

## DEFENDANTS' BIOGRAPHICAL SKETCH OF EXPERT WITNESS

Now come the Defendants, Q&A Associates, Inc., Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins (hereinafter collectively "Defendants"), by counsel, hereby submit the biographical sketch for the following expert witness they intend to call at the trial of this matter:

1. **Daniel Bruce Thistlethwaite, M.D.**
   312 6th Avenue, Suite 2
   South Charleston, WV  25303

   His biographical sketch is attached.

                                            **Q & A ASSOCIATES, INC.,**
                                            **ANGELA SHOCKLEY,**
                                            **KEITH BISHOP,**
                                            **MATTHEW SHOCKLEY,**
                                            **SANDY SCHMIEDEKNECHT, and**
                                            **TAMMY ROBBINS**,

                                            **DEFENDANTS**
                                            **BY COUNSEL,**

<u>/s/ Lindsey M. Saad</u>
Lindsey M. Saad (WV Bar No. 11155)
John T. McCartney (WV Bar No. 12242)
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0720 (fax)
lsaad@flahertylegal.com
cjones@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF**
**THE ESTATE OF EVAN M. HARRIS,**

  **Plaintiff,**

v.            **CIVIL ACTION NO.: 2:16-cv-00046**
               **JUDGE BAILEY**

**Q&A ASSOCIATES, INC., A WEST VIRGINIA**
**CORPORATION, ANGELA SHOCKLEY, KEITH**
**BISHOP, MATTHEW SHOCKLEY, AND SANDY**
**SCHMIEDEKNECHT, and TAMMY ROBBINS.**

  **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2018, I served a copy of **"DEFENDANTS' BIOGRAPHICAL SKETCH OF EXPERT WITNESS"** by filing the foregoing electronically in the CM/ECF filing system for service upon the following counsel of record:

    David A. Sims, Esquire
    Law Offices of David A. Sims, PLLC
    P.O. Box 5349
    Vienna, WV 26105

            /s/ Lindsey M. Saad
            Lindsey M. Saad (WV Bar No. 11155)