IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

      Plaintiff,

v.                                 CIVIL ACTION NO.: 2:16-cv-00046
                                   JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

      Defendants.

## JOINT MOTION TO AMEND DEADLINES

COME NOW, Defendants, Q&A Associates, Inc. (hereinafter "Q&A"), Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins (hereinafter "Defendants"), and Plaintiff, Friedrichs Harris, Administrator of the Estate of Evan Harris, by their respective counsel, and jointly move the Court to extend the deadlines for the parties to object to Rule 26(a)(3) disclosures, voire dire, jury instructions, verdict forms, and motions *in limine* from May 21, 2018 to May 25, 2018.

                                                      JOINTLY SUBMITTED,

                                                      By Counsel,

/s/ Lindsey M. Saad
Lindsey M. Saad (WV Bar No. 11155)
John T. McCartney (WV Bar No. 12242)
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0720 (fax)
lsaad@flahertylegal.com
jmccartney@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com


/s/ David A Sims
David A. Sims, Esq.
Law Offices of David A. Sims, PLLC
P.O. Box 5349
Vienna, WV 26105

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

    **Plaintiff,**

v.                                CIVIL ACTION NO.: 2:16-cv-00046
                                     JUDGE BAILEY

Q&A ASSOCIATES, INC., A WEST VIRGINIA
CORPORATION, ANGELA SHOCKLEY, KEITH
BISHOP, MATTHEW SHOCKLEY, AND SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

    **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 17th day of May, 2018, I filed electronically via CM/ECF a true copy of "**JOINT MOTION TO AMEND DEADLINES**" with notice of the same being electronically served by the Court, addressed to the following:

    David A. Sims, Esq.
    Law Offices of David A. Sims, PLLC
    P.O. Box 5349
    Vienna, WV 26105

                                      /s/ Lindsey M. Saad
                                      Lindsey M. Saad (WV Bar No. 11155)
                                      Christopher M. Jones (WV Bar No. 11689)