IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

    Plaintiff,

v.                                      CIVIL ACTION NO.: 2:16-cv-00046
                                         JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

    Defendants.

## ORDER

Upon consideration of the Motion to Amend Deadlines, it is hereby **ORDERED** that the deadlines to object to Rule 26(a)(3) disclosures, voir dire, jury instructions, verdict forms, and motions *in limine* as stated in the Court's Amended Scheduling Order is hereby **AMENDED** and extended to May 25, 2018.

DATED: 5-17-2018

Judge John Preston Bailey