**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

 Plaintiff,

v.                 Civil Action No. 2:16-cv-46
                    Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

 Defendants.

### PLAINTIFF'S RESPONSE TO DEFENDANTS' PROPOSED VOIR DIRE

 NOW COMES Plaintiff, by and through his attorney, David A. Sims, and hereby files his response to *Defendants' Voir Dire* as follows:

 1. Plaintiff does not object to any of Defendants' proposed voir dire as many of these questions are posed by counsel for Plaintiff in his proposed voir dire; and,

 2. The proposed voir dire is proper.

             Respectfully submitted,

             Friedrichs Harris, Administrator

             s/David A. Sims
      By: _____
             David A. Sims (#5196)
             LAW OFFICES OF DAVID A. SIMS, PLLC
             P.O. Box 5349
             Vienna, West Virginia 26105
             304-428-5291
             304-428-5293 (fax)
             david.sims@mywvlawyer.com

## **CERTIFICATE OF SERVICE**

      I David A. Sims as counsel for Plaintiff do hereby certify that I served PLAINTIFF'S OBJECTIONS TO DEFENDANTS' VOIR DIRE by CM\ECF counsel for Defendants:

Lindsey M. Saad, Esquire
FLAHERTY SENSABAUGH BONASSO, PLLC
48 Donley Street
Suite 501
Morgantown, WV  26501
lsaad@flahertylegal.com

      Dated at Vienna, West Virginia on this 24th day of May 2018.

                                     Friedrichs Harris, Administrator
                                     By counsel,

/s/David A. Sims
_____
David A. Sims (W.Va. Bar No. 5196)

LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com