UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.                                                                      Civil Action No. 2:16-cv-46
                                                                       Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

**PLAINTIFF'S OBJECTION TO DEFENDANTS' RULE 26(a)(3) DISCLOSURE OF TRIAL EXHIBITS**

NOW COMES Plaintiff, by and through his attorney, David A. Sims, and hereby files the within Objections to *Rule 26(a)(3) Disclosure of Trial Exhibits* as follows:

**Defendants' Proposed Exhibit #11.**

Plaintiff objects to Defendants' Proposed Exhibit #11 titled "photos." Defendants' do not specify the substance of the photographs that Defendants seek to admit into evidence. One of the purposes of the discovery process under our Rules of Civil Procedure is to eliminate surprise. *McDougal v. McCammon*, 455 S.E.2d 788, 795-796 (W.Va. 1993). Furthermore, trial by ambush is not contemplated by the Rules of Civil Procedure. *Graham v. Wallace*, 588 S.E. 2d 167, 184 (W.Va. 2003). Here, Defendants' fail to give any indication as to the photographs they wish to use as evidence. Permitting the admission of *any* potential photograph into evidence, without previously disclosing the substance of said

photograph to Plaintiff's Counsel, would constitute a trial by ambush. Without knowledge of the photographs' substance, Plaintiff does not have adequate notice of the evidence Defendants seek to admit. As a matter of fairness, Plaintiff must have such notice to properly prepare for the case. Otherwise, Plaintiff would be unfairly surprised, which is what the discovery process is meant to eliminate.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to sustain Plaintiff's' objection to *Defendants' Rule 26(a)(3) Disclosure of Trial Exhibits.*

Respectfully submitted,

Friedrichs Harris, Administrator

By: s/David A. Sims
_____
David A. Sims (#5196)
LAW OFFICES OF DAVID A. SIMS, PLLC
P.O. Box 5349
Vienna, West Virginia 26105
304-428-5291
304-428-5293 (fax)
david.sims@mywvlawyer.com

**CERTIFICATE OF SERVICE**

     I David A. Sims as counsel for Plaintiff do hereby certify that I served PLAINTIFF'S OBJECTION TO DEFENDANTS' RULE 26(a)(3) DISCLOSURE OF TRIAL EXHIBITS by CM\ECF counsel for Defendants:

Lindsey M. Saad, Esquire
FLAHERTY SENSABAUGH BONASSO, PLLC
48 Donley Street
Suite 501
Morgantown, WV  26501
lsaad@flahertylegal.com

     Dated at Vienna, West Virginia on this 24th day of May 2018.

                                           Friedrichs Harris, Administrator
                                           By counsel,

/s/David A. Sims

_____
David A. Sims (W.Va. Bar No. 5196)
LAW OFFICES OF DAVID A. SIMS, PLLC
P. O. Box 5349
Vienna, West Virginia 26105
(304)-428-5291
david.sims@mywvlawyer.com