# EXHIBIT A

**Saad, Lindsey M.**

| | |
|---|---|
| **From:** | Saad, Lindsey M. |
| **Sent:** | Thursday, July 27, 2017 2:08 PM |
| **To:** | 'David Sims' |
| **Subject:** | RE: Harris v. Q&A |

David,

I still have not received your discovery responses in this matter or any communication about when they might be forthcoming. Please allow this email to serve as a good faith effort to resolve this dispute. If I do not receive this discovery by August 1, I will have no choice but to file a Motion to Compel.

## Lindsey M. Saad

## Flaherty
FLAHERTY SENSABAUGH BONASSO PLLC
PHONE: 304.225.3052

**From:** David Sims [mailto:david.sims@mywvlawyer.com]
**Sent:** Monday, July 03, 2017 1:09 PM
**To:** Saad, Lindsey M.
**Subject:** Re: Harris v. Q&A

I can by the 14th. The holidays and other things scheduled will permit me to get them done by that date.

> On Jul 3, 2017, at 12:53 PM, Saad, Lindsey M. <LSaad@flahertylegal.com> wrote:
>
> Hi David,
>
> I hope this email finds you well. Can you please have the plaintiff's discovery responses to me in the next week? Thank you.
>
> Hope you have a happy Fourth,
>
> ## Lindsey M. Saad
>
> ## Flaherty
> FLAHERTY SENSABAUGH BONASSO PLLC
> PHONE: 304.225.3052

**From:** David Sims [mailto:david.sims@mywvlawyer.com]
**Sent:** Thursday, June 08, 2017 4:03 PM
**To:** Saad, Lindsey M.
**Subject:** RE: Harris v. Q&A

Hi Lindsey.

1

Very shortly.

I have them done. I just need to review. I have been preparing for a trial that just got continued today, so I am going to have some unexpected free time.

David

**From:** Saad, Lindsey M. [mailto:LSaad@flahertylegal.com]
**Sent:** Thursday, June 8, 2017 3:54 PM
**To:** David Sims <david.sims@mywvlawyer.com>
**Subject:** RE: Harris v. Q&A

Hi David,

I wanted to touch base about this discovery. Do you have a time frame of when we can expect to receive the responses?

## Lindsey M. Saad

## Flaherty

FLAHERTY SENSABAUGH BONASSO PLLC
PHONE: 304.225.3052

**From:** David Sims [mailto:david.sims@mywvlawyer.com]
**Sent:** Thursday, April 13, 2017 10:34 AM
**To:** Saad, Lindsey M.
**Cc:** Jones, Christopher M
**Subject:** RE: Harris v. Q&A

Thank you for following up. I appreciate it. I have them nearly completed, but I have about 1500 pages of information to review that I am sending that are new documents you don't already have.

**From:** Saad, Lindsey M. [mailto:LSaad@flahertylegal.com]
**Sent:** Thursday, April 13, 2017 10:32 AM
**To:** David Sims <david.sims@mywvlawyer.com>
**Cc:** Jones, Christopher M <CJones@flahertylegal.com>
**Subject:** Harris v. Q&A

David,

I'm sorry that I missed your call yesterday, but I understand that you spoke with Chris. As he stated, take as long as you need to get the discovery responses to us. Thank you.

## Lindsey M. Saad
Attorney

2

# Flaherty

**FLAHERTY SENSABAUGH BONASSO** PLLC

48 DONLEY STREET, SUITE 501

MORGANTOWN, WV 26501

PHONE: 304.225.3052

FAX: 304.598.0790

**FLAHERTYLEGAL.COM**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

3

## Saad, Lindsey M.

| | |
|---|---|
| **From:** | Saad, Lindsey M. |
| **Sent:** | Tuesday, August 22, 2017 2:44 PM |
| **To:** | 'David Sims' |
| **Subject:** | RE: Harris v. Q&A |

Hi David,

I sincerely hope your treatment is going well and that you are getting better.

Thank you for looking into the missing discovery.

## Lindsey M. Saad

## Flaherty
FLAHERTY SENSABAUGH BONASSO PLLC
PHONE: 304.225.3052

**From:** David Sims [mailto:david.sims@mywvlawyer.com]
**Sent:** Tuesday, August 22, 2017 10:36 AM
**To:** Saad, Lindsey M.
**Subject:** RE: Harris v. Q&A

Hi Lindsey. I was in Morgantown all day yesterday at the Cancer Treatment Center for infusion therapy. I had to go to the hospital this morning for lab work from the treatment yesterday. I am at the office now. I will hunt down your box. If I don't get a lead on it today, I will put the records on a disc and overnight them to you.

David

**From:** Saad, Lindsey M. [mailto:LSaad@flahertylegal.com]
**Sent:** Monday, August 21, 2017 4:15 PM
**To:** David Sims <david.sims@mywvlawyer.com>
**Subject:** RE: Harris v. Q&A

David,

Still no discovery. Please provide information as to when and how it was sent. I believe you said you mailed it more than 10 days ago.

## Lindsey M. Saad

## Flaherty
FLAHERTY SENSABAUGH BONASSO PLLC
PHONE: 304.225.3052

1

**From:** David Sims [mailto:david.sims@mywvlawyer.com]
**Sent:** Friday, August 18, 2017 10:09 AM
**To:** Saad, Lindsey M.
**Subject:** Re: Harris v. Q&A

Thanks for letting me know.

David A. Sims
Law Offices of David A. Sims, PLLC
304-428-5291

**From:** David Sims
**Sent:** Friday, August 18, 2017 10:07:52 AM
**To:** Saad, Lindsey M.
**Subject:** Re: Harris v. Q&A

I will check when I return to the office. I am in court in KY today.

David A. Sims
Law Offices of David A. Sims, PLLC
304-428-5291

**From:** Saad, Lindsey M. <LSaad@flahertylegal.com>
**Sent:** Friday, August 18, 2017 10:04:37 AM
**To:** David Sims
**Subject:** Harris v. Q&A

Hi David,

The discovery from Harris v. Q&A still has not arrived. Do you have tracking information for the package?

## Lindsey M. Saad
Member

# Flaherty

FLAHERTY SENSABAUGH BONASSO PLLC
48 DONLEY STREET, SUITE 501
MORGANTOWN, WV 26501
PHONE: 304.225.3052
FAX: 304.598.0790

**FLAHERTYLEGAL.COM**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.