# EXHIBIT B

**Saad, Lindsey M.**

| | |
|---|---|
| **From:** | Saad, Lindsey M. |
| **Sent:** | Friday, September 29, 2017 9:45 AM |
| **To:** | 'David Sims' |
| **Subject:** | RE: Harris v. Q&A |

Thank you.

## Lindsey M. Saad

## Flaherty

FLAHERTY SENSABAUGH BONASSO PLLC
PHONE: 304.225.3052

---

**From:** David Sims [mailto:david.sims@mywvlawyer.com]
**Sent:** Friday, September 29, 2017 9:45 AM
**To:** Saad, Lindsey M.
**Subject:** Re: Harris v. Q&A

Yes, you may.

David A. Sims
Law Offices of David A. Sims, PLLC
304-428-5291

---

From: Saad, Lindsey M. <lsaad@flahertylegal.com>
Sent: Friday, September 29, 2017 9:44 AM
Subject: Harris v. Q&A
To: David Sims <david.sims@mywvlawyer.com>

David,

The medical authorization that was signed by Mr. Harris is not dated and it is being rejected for that reason. Would you authorize me to add the date of today to the authorization and fill in the DOB and last four digits of the social security number? Thank you.

## Lindsey M. Saad
Member

# Flaherty

FLAHERTY SENSABAUGH BONASSO PLLC
48 DONLEY STREET, SUITE 501
MORGANTOWN, WV 26501
PHONE: 304.225.3052
FAX: 304.598.0790

1