# EXHIBIT C



| | CHARLESTON |
| --- | --- |
| | MORGANTOWN |
| | WHEELING |

FLAHERTY | SENSABAUGH | BONASSO   PLLC

Lindsey M. Saad, Esq.
lsaad@flahertylegal.com
304.598.0788

December 29, 2017

***VIA EMAIL AND U.S. MAIL***
David A. Sims, Esq.
Law Offices of David A. Sims, PLLC
P.O. Box 539
Vienna, WV 26105

**Re: Estate of Evan Matthew Harris v. Q&A Associates, Inc.**
**Our File No.:10977.48572**

Dear David,

The discovery deadline for this matter expires on January 31, 2018. Please provide dates and the desired location that Friedrichs Harris, Kathy Harris and Emily Harris are available for deposition in the month of January.

Thank you for your anticipated cooperation.

Sincerely,

Lindsey M. Saad