IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

      Plaintiff,

v.                                         CIVIL ACTION NO.: 2:16-cv-00046
                                                   JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

      Defendants.

### JOINT MOTION TO AMEND DEADLINE FOR JOINT PRETRIAL ORDER

COME NOW, Defendants, Q&A Associates, Inc. (hereinafter "Q&A"), Angela Shockley, Keith Bishop, Matthew Shockley, Sandy Schmiedeknecht, and Tammy Robbins (hereinafter "Defendants"), and Plaintiff, Friedrichs Harris, Administrator of the Estate of Evan Harris, by their respective counsel, and jointly move the Court to extend the deadline for filing the Joint Pretrial Order from June 18, 2018 to June 25, 2018. In support of their motion, the parties state that the Final Pretrial Conference is not scheduled to occur until July 16, 2018, with the trial scheduled to begin on July 24, 2018. The Defendants' Partial Motion for Amended Scheduling Order and New Trial Date is also pending at this time.

                                                         JOINTLY SUBMITTED,

                                                         By Counsel,

/s/ Lindsey M. Saad
Lindsey M. Saad (WV Bar No. 11155)
John T. McCartney (WV Bar No. 12242)
FLAHERTY SENSABAUGH BONASSO PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0720 (fax)
lsaad@flahertylegal.com
jmccartney@flahertylegal.com

and

Thomas V. Flaherty (WV Bar No. 1213)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338
(304) 345-0200
(304) 345-0260 (fax)
tflaherty@flahertylegal.com


/s/ David A Sims
David A. Sims, Esq.
Law Offices of David A. Sims, PLLC
P.O. Box 5349
Vienna, WV 26105

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

**FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,**

      **Plaintiff,**

v.                                                             CIVIL ACTION NO.: 2:16-cv-00046
                                                               JUDGE BAILEY

**Q&A ASSOCIATES, INC., A WEST VIRGINIA
CORPORATION, ANGELA SHOCKLEY, KEITH
BISHOP, MATTHEW SHOCKLEY, AND SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.**

      **Defendants.**

## CERTIFICATE OF SERVICE

I certify that on this 18th day of June, 2018, I filed electronically via CM/ECF a true copy of "**JOINT MOTION TO AMEND DEADLINE FOR JOINT PRETRIAL ORDER**" with notice of the same being electronically served by the Court, addressed to the following:

      David A. Sims, Esq.
      Law Offices of David A. Sims, PLLC
      P.O. Box 5349
      Vienna, WV 26105

      /s/ Lindsey M. Saad
      Lindsey M. Saad (WV Bar No. 11155)