IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA AT ELKINS

FRIEDRICHS HARRIS, ADMINISTRATOR OF
THE ESTATE OF EVAN M. HARRIS,

        Plaintiff,

v.                                          CIVIL ACTION NO.: 2:16-cv-00046
                                          JUDGE BAILEY

Q&A ASSOCIATES, INC.,
ANGELA SHOCKLEY, KEITH BISHOP,
MATTHEW SHOCKLEY, SANDY
SCHMIEDEKNECHT, and TAMMY ROBBINS.

        Defendants.

## ORDER

Upon consideration of the Joint Motion to Amend Deadline for Joint Pretrial [Doc. 112] Order, it is hereby **ORDERED** that the deadline to file the Joint Pretrial Order as stated in the Court's Amended Scheduling Order is hereby **AMENDED** and extended to June 25, 2018.

DATED: 6-18-2018

Judge John Preston Bailey