## Verification for Petition

I, Friedrichs Harris, upon my oath, do hereby aver that the information contained in this Petition is true and accurate or is based upon information that I believe to be true and accurate.

_____
Friedrichs Harris, M.D.

Taken and subscribed to before me, a Notary Public, on the 20th day of July 2018.

_____
Notary Public
JAMES E. MITZ
NOTARY # 001969

5