**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 2:16-cv-46
　　　　　　　　　　　　　　　　　　　　　　　　Judge Bailey
Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

    Defendants.

### EMILY HARRIS CONSENT TO SETTLEMENT AND DISTRIBUTION

I Emily Harris do hereby consent to the settlement reached with the Defendants and I consent to the proposed distribution. In support of both, I offer the following:

1. I am over the age of 18 years.

2. I am a beneficiary of the Estate of Evan M. Harris, my brother.

3. I am an educated person and my mother and father have explained, in general terms, what the lawsuit involving my brother Evan M. Harris is about.

4. I know what the dollar amount of the settlement is. I know what the attorney fees are, 40% of that amount, and I know what expenses have been incurred by Law Offices of David A. Sims, PLLC to pursue the litigation.

5. I know that my father, Friedrichs Harris, has proposed a distribution wherein I am to receive ½ of the settlement proceeds and my mother, Kathleen Stull Harris, is to receive ½ of the settlement proceeds, after the payment of attorney's fees and costs.

6. I understand that my father has decided to waive any claim to the settlement proceeds, which I am in agreement with as I respect his wishes.

7. My parents and I have discussed the proposed distribution and I am consenting to it.

8. I believe that the proposed distribution is in the best interests of the beneficiaries of the Estate of Evan M. Harris.

Executed this 20th day of July 2018.

_____
Emily Harris