**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

Friedrichs Harris, Administrator of the
Estate of Evan M. Harris, deceased,

     Plaintiff,

v.

                                            Civil Action No. 2:16-cv-46
                                            Judge Bailey

Q & A Associates, Inc.
Angela Shockley, Individually,
Keith Bishop, Individually,
Matthew Shockley, Individually,
Sandy Schmiedeknecht, Individually, and,
Tammy Robbins, Individually,

     Defendants.

### KATHLEEN STULL HARRIS CONSENT TO SETTLEMENT AND DISTRIBUTION

I Kathleen Stull Harris do hereby consent to the settlement reached with the Defendants and I consent to the proposed distribution. In support of both, I offer the following:

1. I am a beneficiary of the Estate of Evan M. Harris, my son.

2. My husband is a medical doctor and is generally familiar with the litigation process.

3. I am a lawyer and a former prosecuting attorney and I am generally familiar with the litigation process.

4. I was physically present in Morgantown, West Virginia for the Mediation that took place in this matter on the 12th day of July 2018, with R. Scott Long serving as the mediator.

5. I was involved in the negotiation of the settlement terms, along with my husband Friedrichs Harris, M.D.

6.  At all times during the case and mediation, we were guided by David A. Sims and I believed that he acted in our best interests and advocated for the changes that we wanted to see the business practices of these Defendants.

7.  We had made it clear to David A. Sims that we wanted to effectuate changes in the business practices of the Defendants and we were able to accomplish that through the litigation and settlement process.

8.  I know what the dollar amount of the settlement is. I know what the attorney fees are, 40% of that amount, and I know what expenses have been incurred by Law Offices of David A. Sims, PLLC to pursue the litigation.

9.  I know that my husband, Friedrichs Harris, has proposed a distribution wherein I am to receive ½ of the settlement proceeds and our daughter, Emily Harris, is to receive ½ of the settlement proceeds, after the payment of attorney's fees and costs.

10. I understand that my husband has decided to waive any claim to the settlement proceeds, which I am in agreement with as I respect his wishes.

11. My husband and I have discussed the proposed distribution and I am consenting to it.

12. My husband and I have discussed the proposed distribution with our daughter Emily Harris and she has expressed agreement to it also.

13. I think the settlement and the distribution are in the best interests of the beneficiaries of the Estate of Evan M. Harris.

Executed this 20th day of July 2018.

_____
Kathleen Stull Harris

2