## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA
## ELKINS

**FRIEDRICHS HARRIS, Administrator**
of the Estate of Evan M. Harris,

    Plaintiff,

v.                                                    Civil Action No. 2:16-CV-46
                                                          (BAILEY)

**Q&A ASSOCIATES, INC., et al.,**

    Defendants.

## ORDER OF DISMISSAL

    In light of this Court's Order Approving Wrongful Death Settlement and Distribution [Doc. 124], it is **ORDERED** that this civil action be, and the same is, hereby **DISMISSED WITH PREJUDICE** and retired from the active docket of this Court.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to all counsel of record herein.

    **DATED:** August 1, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE